Judge McMahon

07 CV 5798

William J. Honan (WJH 1922)
Michael J. Frevola (MJF 8359)
HOLLAND & KNIGHT LLP
195 Broadway
New York, NY 10007-3189
(212) 513-3200

JUN 19 2007

U.S. . . TAT
CA. . . . . . .

ATTORNEYS FOR PLAINTIFF
WILHELMSEN PREMIER MARINE FUELS AS

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

WILHELMSEN PREMIER MARINE FUELS AS,

Plaintiff,

-against-

UBS PROVEDORES PTY LTD. a/k/a USS-UBS
INTERNATIONAL,

Defendant.

---

07 Civ. _____ ( _____ )

**VERIFIED COMPLAINT**

Plaintiff, Wilhelmsen Premier Marine Fuels AS ("Wilhelmsen"), by and through its attorneys, Holland & Knight LLP, for its verified complaint against UBS Provedores Pty Ltd. a/k/a USS-UBS Intenational, alleges, upon information and belief, as follows:

1.     This is a case of admiralty and maritime jurisdiction as hereinafter more fully appears and is a maritime claim within the meaning of Rule 9(h) of the Federal Rules of Civil Procedure.

2.     At all times material herein, plaintiff Wilhelmsen was and is a business entity organized and existing under the laws of Norway and maintains a place of business at Strandveien 20, Lysaker, Norway.

3.    Upon information and belief, USS-UBS International is the trading name used by UBS Provedores Pty Ltd.  Hereinafter UBS Provedores Pty Ltd. a/k/a USS-UBS International will be referred to as "USS-UBS."

4.    Upon information and belief, at all times material herein, defendant USS-UBS is a business entity organized and existing under the laws of Australia, with a principal place of business located at Unit 2, 50 Borthwick Avenue, Murarrie, QLD 4172, Australia.

5.    From on or about January 19, 2007 though on or about May 1, 2007, Wilhelmsen provided bunkers to various vessels on the order of USS-UBS on nine separate occasions (the "Bunkering Services").  The invoices for the Bunkering Services are attached hereto as Exhibit 1.

6.    Wilhelmsen has received one partial payment from USS-UBS in the amount of $1,232,560.15 for the Bunkering Services, but the balance of $3,523,130.6 remains outstanding. To follow is a breakdown of the amounts owed per bunkering (Exhibit 1), minus the one payment received from USS-UBS, to arrive at the total amount owed by USS-UBS excluding interest, expenses, and reasonable attorneys' fees.

| Shipment Date | Invoice No. | Amount  in US$ |
|---|---|---|
| 01/19/07 | 27079 | 1,000,408.90 |
| 01/31/07 | 27166 | 383,525.00 |
| 03/05/07 | 27552 | 263,297.94 |
| 03/20/07 | 27647 | 114,747.95 |
| 03/21/07 | 27648 | 261,149.24 |
| 03/26/07 | 27717 | 1,536,481.64 |
| 04/09/07 | 27903 | 254,398.68 |
| 04/23/07 | 28022 | 184,749.75 |
| 04/20/07 | 28024 | 152,486.25 |
| 05/01/07 | 28223 | 604,445.76 |
| Invoice Total: | | 4,755,690.70 |
| | | |
| Partial payment by USS-USB made 05/09/07 | | -1,232,560.15 |
| | | |
| TOTAL OUTSTANDING: | | $3,523,130.60 |

(excluding interest, expenses and reasonable attorneys' fees)

7.    Pursuant to agreement between Wilhelmsen and USS-UBS, disputes arising in connection with the Bunkering Services are to be arbitrated in London.

8.    Under English law, Wilhelmsen also is entitled to reasonable costs and attorneys fees expended while prosecuting its claims to completion, which amount is estimated to be $981,316.44, as set forth below:

Interest:                        $   581,316.44 ($3,523,130.00 x 0.0825/year x 2 years)

Attorneys' Fees/Expenses:    $   400,000.00

Total Interest/Fees/Expenses: $  981,316.44

Total Due Wilhelmsen         $3,523,130.60

Total Sought:                $4,504,447.10

9.    Wilhelmsen is in the process of preparing its claim for arbitration in London.

10.    USS-UBS is not found within the Southern District of New York but does have assets, good or chattels within the jurisdiction, to wit: funds or accounts held in the name (or names) of USB-USS International with, upon information and belief, the following financial institutions:  Bank of America, N.A.; The Bank of New York; Citibank, N.A.; Deutsche Bank Trust Company Americas; HSBC Bank USA, N.A.; JPMorgan Chase Bank, N.A.; UBS AG; Wachovia Bank, N.A.; Société Générale; Standard Chartered Bank; BNP Paribas; Calyon Investment Bank; American Express Bank; Commerzbank; ABN Amro Bank; Bank Leumi USA; Fortis Financial Groups; Banco Popular; or any other financial institution within the Southern District of New York.

11.    While all disputes arising out of the Bunkering Services are to be arbitrated in London, England, the action herein is submitted in accordance with Rule B of the Supplemental Rules of Certain Admiralty and Maritime Claims of the Federal Rules of Civil Procedure, as well

3

as 9 U.S.C. §8, and is not and cannot be considered a waiver of the parties' agreement to arbitrate.

**WHEREFORE**, Wilhelmsen demands judgment as follows:

1.      That process in due form of law according to the practice of this Court in the form of a writ of maritime attachment be issued against bank accounts and other property of UBS Provedores Pty Ltd. and/or USB-USS International with the financial institutions noted above in paragraph 10;

2.      That UBS Provedores Pty Ltd. and/or USB-USS International and any other person claiming an interest therein may be cited to appear and answer the matters aforesaid;

3.      That judgment be entered in favor of Wilhelmsen Premier Marine Fuels AS and against UBS Provedores Pty Ltd. a/k/a USB-USS International in the amount of US$4,504,447.10 (including estimated interest, expenses and attorneys' fees); and,

4.      That this Court grant Wilhelmsen Premier Marine Fuels AS such other and further relief which it may deem just and proper.

Dated: New York, New York
      June 19, 2007

HOLLAND & KNIGHT LLP

By:      _____

William J. Honan (WJH 1922)
Michael J. Frevola (MJF 8359)
195 Broadway
New York, NY 10007-3189
Tel:   (212) 513-3200
Fax:  (212) 385-9010

*Attorneys for Plaintiff*
*Wilhelmsen Premier Marine Fuels AS*

4

## VERIFICATION

STATE OF NEW YORK      )

                                :ss.:

COUNTY OF NEW YORK    )

MICHAEL J. FREVOLA, being duly sworn, deposes and says:

I am a member of the firm of Holland & Knight LLP, counsel for Wilhelmsen Premier Marine Fuels AS ("Wilhelmsen"), plaintiff in the foregoing action. I have read the foregoing Verified Complaint and know the contents thereof, and the same are true and correct to the best of my knowledge. I have reviewed documentation provided to me by Wilhelmsen and corresponded with Wilhelmsen's representatives regarding this matter. I am authorized by Wilhelmsen to make this verification, and the reason for my making it as opposed to an officer or director of Wilhelmsen is that there are none within the jurisdiction of this Honorable Court.

_____

Michael J. Frevola (MJF 8359)

Sworn to before me this
19th day of June, 2007

_____

Notary Public

Elvin Ramos
Notary Public, State of New York
NO. 01RA4870243
Qualified in Queens County
Certificate filed in New York County
Commission Expires September 2, 2010

# 4607947_v1

5

# EXHIBIT 1

## Wilhelmsen
## Premier Marine Fuels

# Invoice

| Wilhelmsen Premier Marine Fuels AS | | |
|---|---|---|
| Office: | Strandveien 20 | Telephone: +47 67 58 42 66 |
| | Lysaker, Norway | Telefax: +47 67 58 42 98 |
| Mail: | P O Box 33 | E-mail: wp.oslo@wilhelmsen.com |
| | NO-1324 Lysaker | Internet: www.wilhelmsenpremier.com |
| | Norway | Enterprise No: NO 810 006 662 MVA |

USS-UBS International
50 Borthwick Avenue
Muralrre, QLD 4172
AUSTRALIA

| | Date |
|---|---|
| HMB | 2. February 2007 |

| Vessel: | SS Maj Stephen Pless | Invoice No. | 27079 |
|---|---|---|---|
| Port: | Sasebo | Order No. | 14948BY |
| Date of Delivery: | 19.01.07 | Posting Date | 19.01.07 |
| Vat reg. no.: | | Due Date | 18.02.07 |

| Product | Specification details | Quantity | Unit Price Ex | Amount |
|---|---|---|---|---|
| MGO | DMA | 1 416,959 MT | 705,00 | 998 956,10 |
| BOOMING | Booming/Oil Fence Charge | 1 | 1 063,66 | 1 063,66 |
| MISC | Marlen call fee | 1 | 172,95 | 172,95 |
| MISC | Boat fee | 1 | 216,19 | 216,19 |
| | | Total USD | | 1 000 408,90 |
| | | VAT Amount | | 0,00 |
| | | Total USD Incl. VAT | | 1 000 408,90 |

Without any charges to us, please pay to:
Nordea Bank Finland Plc, Account: 59955102
SWIFT: , IBAN: GB10NDEA40487859955102
Beneficiary: Wilhelmsen Premier Marine Fuels AS

Cheques are not acceptable.
We reserve the right to charge 1,5% interest monthly in the event of delayed payment

Best regards

Wilhelmsen Premier Marine Fuels AS



**Wilhelmsen**
**Premier Marine Fuels**

## Invoice

| Wilhelmsen Premier Marine Fuels AS | | |
|---|---|---|
| Office: | Strandveien 20 | Telephone: +47 67 58 42 66 |
| | Lysaker, Norway | Telefax: +47 67 58 42 96 |
| Mail: | P O Box 33 | E-mail: wp.oslo@wilhelmsen.com |
| | NO-1324 Lysaker | Internet: www.wilhelmsenpremier.com |
| | Norway | Enterprise No: NO 810 006 662 MVA |

USS-UBS International
50 Borthwick Avenue
Murarre, QLD 4172
AUSTRALIA

Date

NBA                    8. February 2007

| Vessel: | USNS Sumner | | Invoice No. | 27166 |
|---|---|---|---|---|
| Port: | Naha | | Order No. | 14996BY |
| Date of Delivery: | 31.01.07 | | Posting Date | 31.01.07 |
| Vat reg. no.: | | | Due Date | 02.03.07 |

| Product | Specification details | Quantity | Unit Price Ex | Amount |
|---|---|---|---|---|
| MGO | DMA | 529 MT | 725,00 | 383 525,00 |

| | | |
|---|---|---|
| Total USD | | 383 525,00 |
| VAT Amount | | 0,00 |
| Total USD incl. VAT | | 383 525,00 |

Without any charges to us, please pay to:
Nordea Bank Finland Plc, Account: 59955102
SWIFT: , IBAN: GB10NDEA40487859955102
Beneficiary: Wilhelmsen Premier Marine Fuels AS

Cheques are not acceptable.
We reserve the right to charge 1,5% interest monthly in the event of delayed payment

Best regards

Wilhelmsen Premier Marine Fuels AS

Part of Wilhelmsen Maritime Services,
a Wilh. Wilhelmsen group company

# Wilhelmsen Premier Marine Fuels

## Invoice

| | |
|---|---|
| **Wilhelmsen Premier Marine Fuels AS** | |
| Office: Strandveien 20, Lysaker, Norway | Telephone: +47 67 58 42 66 |
| Mail: P O Box 33, NO-1324 Lysaker, Norway | Telefax: +47 67 58 42 98 |
| | E-mail: wp.oslo@wilhelmsen.com |
| | Internet: www.wilhelmsenpremier.com |
| | Enterprise No: NO 810 006 862 MVA |

USS-UBS International
50 Borthwick Avenue
Murarrie, QLD 4172
AUSTRALIA

HMB

**Date**
19. March 2007

| | |
|---|---|
| **Vessel:** USNS Mary Sears | |
| **Port:** Sasebo | **Invoice No.** 27552 |
| **Date of Delivery:** 05.03.07 | **Order No.** 15331BY |
| **Vat reg. no.:** | **Due Date** 04.04.07 |

| Product | Specification details | Quantity | Unit Price Ex | Amount |
|---|---|---|---|---|
| MGO | EAFO | 392,982 MT | 670,00 | 263 297,94 |

| | |
|---|---|
| **Total USD** | 263 297,94 |
| **VAT Amount** | 0,00 |
| **Total USD incl. VAT** | 263 297,94 |

Without any charges to us, please pay to:
Nordea Bank Finland Plc, London Branch
Account: 59955102
SWIFT : NDEAGB2L,  IBAN: GB10NDEA40487859955102
Beneficiary: Wilhelmsen Premier Marine Fuels AS

Cheques are not acceptable.
We reserve the right to charge 1,5% interest monthly in the event of delayed payment

Best regards

Wilhelmsen Premier Marine Fuels AS

# Wilhelmsen
# Premier Marine Fuels

## Invoice

| | | | |
|---|---|---|---|
| Wilhelmsen Premier Marine Fuels AS | | | |
| Office: | Strandveien 20 | Telephone: | +47 67 58 42 66 |
| | Lysaker, Norway | Telefax: | +47 67 58 42 96 |
| Mail: | P O Box 83 | E-mail: | wp.oslo@wilhelmsen.com |
| | NO-1324 Lysaker | Internet: | www.wilhelmsenpremier.com |
| | Norway | Enterprise No: | NO 810 006 882 MVA |

USS-UBS International
50 Borthwick Avenue
Murairre, QLD 4172
AUSTRALIA

Date

KLH                            30. March 2007

| | | | |
|---|---|---|---|
| **Vessel:** | **HSV Westpac Express** | | |
| **Port:** | **Naha** | **Invoice No.** | 27647 |
| **Date of Delivery:** | 20.03.07 | **Order No.** | 15372BY |
| **Vat reg. no.:** | | **Due Date** | 19.04.07 |

| Product | Specification details | Quantity | Unit Price Ex | Amount |
|---|---|---|---|---|
| MGO | DMA | 155,696 MT | 737,00 | 114 747,95 |

| | |
|---|---|
| **Total USD** | **114 747,95** |
| VAT Amount | 0,00 |
| **Total USD incl. VAT** | **114 747,95** |

Without any charges to us, please pay to:
Nordea Bank Finland Plc, London Branch
Account: 59955102
SWIFT : NDEAGB2L,  IBAN: GB10NDEA40487859955102
Beneficiary: Wilhelmsen Premier Marine Fuels AS

Cheques are not acceptable.
We reserve the right to charge 1,5% interest monthly in the event of delayed payment

Best regards

Wilhelmsen Premier Marine Fuels AS

## Wilhelmsen
## Premier Marine Fuels

# Invoice

| Wilhelmsen Premier Marine Fuels AS | | | |
|---|---|---|---|
| Office: | Strandveien 20 | Telephone: | +47 67 58 42 66 |
| | Lysaker, Norway | Telefax: | +47 67 58 42 98 |
| Mail: | P O Box 33 | E-mail: | wp.oslo@wilhelmsen.com |
| | NO-1324 Lysaker | Internet: | www.wilhelmsenpremier.com |
| | Norway | Enterprise No: | NO 810 006 662 MVA |

USS-UBS International
50 Borthwick Avenue
Muraare, QLD 4172
AUSTRALIA

KLH

Date
30. March 2007

| | | | | |
|---|---|---|---|---|
| **Vessel:** | **USNS Bowditch** | | | |
| **Port:** | **Sasebo** | **Invoice No.** | **27648** | |
| **Date of Delivery:** | 21.03.07 | **Order No.** | **15446BY** | |
| **Vat reg. no.:** | | **Due Date** | **20.04.07** | |

| Product | Specification details | Quantity | | Unit Price Ex | Amount |
|---|---|---|---|---|---|
| MGO | MGO/AEFO | 384,043 | MT | 680,00 | 261 149,24 |

| | | |
|---|---|---|
| **Total USD** | | 261 149,24 |
| VAT Amount | | 0,00 |
| **Total USD incl. VAT** | | 261 149,24 |

Without any charges to us, please pay to:
Nordea Bank Finland Plc, London Branch
Account: 59955102
SWIFT : NDEAGB2L, IBAN: GB10NDEA40487859955102
Beneficiary: Wilhelmsen Premier Marine Fuels AS

Cheques are not acceptable.
We reserve the right to charge 1,5% interest monthly in the event of delayed payment

Best regards

Wilhelmsen Premier Marine Fuels AS


**Wilhelmsen Premier Marine Fuels**

## Invoice

| | |
|---|---|
| **Wilhelmsen Premier Marine Fuels AS** | |
| Office: Strandveien 20 | Telephone: +47 67 58 42 66 |
| Lysaker, Norway | Telefax: +47 67 58 42 98 |
| Mail: P O Box 33 | E-mail: wp.oslo@wilhelmsen.com |
| NO-1324 Lysaker | Internet: www.wilhelmsenpremier.com |
| Norway | Enterprise No: NO 810 006 662 MVA |

USS-UBS International
50 Borthwick Avenue
Murairre, QLD 4172
AUSTRALIA

Date

NBA                                                     3. April 2007

| | | |
|---|---|---|
| **Vessel:** | **SS Maj Stephen Pless** | |
| **Port:** | **Sasebo** | **Invoice No.** 27717 |
| **Date of Delivery:** 26.03.07 | | **Order No.** 15332BY |
| **Vat reg. no.:** | | **Due Date** 25.04.07 |

| Product | Specification details | Quantity | | Unit Price Ex | Amount |
|---|---|---|---|---|---|
| MGO | DMA | 516,536 | MT | 720,00 | 371 905,92 |
| BOOMING | Booming/Oil Fence Charge etc at tar | 1,000 | | 1 094,49 | 1 094,49 |
| MGO | DMA | 1 613,676 | MT | 720,00 | 1 161 846,72 |
| BOOMING | Booming/Oil Fence Charge | 1,000 | | 1 122,33 | 1 122,33 |
| MISC | Marine Call Fee | 1,000 | MT | 178,15 | 178,15 |
| MISC | Boat Fee | 1,000 | MT | 334,03 | 334,03 |

| | |
|---|---|
| **Total USD** | 1 536 481,64 |
| VAT Amount | 0,00 |
| **Total USD Incl. VAT** | 1 536 481,64 |

Without any charges to us, please pay to:
Nordea Bank Finland Plc, London Branch
Account: 59955102
SWIFT : NDEAGB2L,  IBAN: GB10NDEA40487859955102
Beneficiary: Wilhelmsen Premier Marine Fuels AS

Cheques are not acceptable.
We reserve the right to charge 1,5% interest monthly in the event of delayed payment

Best regards

Wilhelmsen Premier Marine Fuels AS

Part of Wilhelmsen Maritime Services,
a W h Wilhelmsen group company



# Wilhelmsen
# Premier Marine Fuels

## Invoice

**Wilhelmsen Premier Marine Fuels AS**

| | | | |
|---|---|---|---|
| Office: | Strandveien 20 | Telephone: | +47 67 58 42 66 |
| | Lysaker, Norway | Telefax: | +47 67 58 42 98 |
| Mail: | P O Box 33 | E-mail: | wp.oslo@wilhelmsen.com |
| | NO-1324 Lysaker | Internet: | www.wilhelmsenpremier.com |
| | Norway | Enterprise No: | NO 810 006 862 MVA |

USS-UBS International
50 Borthwick Avenue
Murairre, QLD 4172
AUSTRALIA

Date

20. April 2007

| | |
|---|---|
| **Vessel:** | **USNS Mary Sears** |
| **Port:** | **Naha** |
| **Date of Delivery:** | **09.04.07** |
| **Vat reg. no.:** | |
| Salesperson | Hans Magnus Borge |

| | |
|---|---|
| **Invoice No.** | 27903 |
| **Order No.** | 15613BY |
| **Due Date** | 09.05.07 |

| Product | Specification details | Quantity | Unit Price Ex | Amount |
|---|---|---|---|---|
| MGO | DMA | 343,782 MT | 740,00 | 254 398,68 |

| | |
|---|---|
| **Total USD** | 254 398,68 |
| VAT Amount | 0,00 |
| **Total USD Incl. VAT** | 254 398,68 |

Without any charges to us, please pay to:
Nordea Bank Finland Plc, London Branch
Account: 59955102
SWIFT : NDEAGB2L,  IBAN: GB10NDEA40487859955102
Beneficiary: Wilhelmsen Premier Marine Fuels AS

Cheques are not acceptable.
We reserve the right to charge 1,5% interest monthly in the event of delayed payment

Best regards

Wilhelmsen Premier Marine Fuels AS

Part of Wilhelmsen Maritime Services,
a Wilh. Wilhelmsen group company

# Wilhelmsen
# Premier Marine Fuels

## Invoice

| | |
|---|---|
| **Wilhelmsen Premier Marine Fuels AS** | |
| Office: Strandveien 20 | Telephone: +47 67 58 42 66 |
| Lysaker, Norway | Telefax: +47 67 58 42 98 |
| Mail: P O Box 33 | E-mail: wp.oslo@wilhelmsen.com |
| NO-1324 Lysaker | Internet: www.wilhelmsenpremier.com |
| Norway | Enterprise No: NO 810 006 862 MVA |

USS-UBS International
50 Borthwick Avenue
Murarrie, QLD 4172
AUSTRALIA

**Date**

HMB    2. May 2007

| | | | |
|---|---|---|---|
| **Vessel:** | USNS Bowditch | | |
| **Port:** | Naha | **Invoice No.** | 28022 |
| **Date of Delivery:** | 23.04.07 | **Order No.** | 15733BY |
| **Vat reg. no.:** | | **Due Date** | 23.05.07 |

| Product | Specification details | Quantity | Unit Price Ex | Amount |
|---|---|---|---|---|
| MGO | DMA 80Kgall | 246,333 MT | 750,00 | 184 749,75 |
| | | | Total USD | 184 749,75 |
| | | | VAT Amount | 0,00 |
| | | | Total USD Incl. VAT | 184 749,75 |

Without any charges to us, please pay to:
Nordea Bank Finland Plc, London Branch
Account: 59955102
SWIFT : NDEAGB2L, IBAN: GB10NDEA40487859955102
Beneficiary: Wilhelmsen Premier Marine Fuels AS

Cheques are not acceptable.
We reserve the right to charge 1,5% interest monthly in the event of delayed payment

Best regards

Wilhelmsen Premier Marine Fuels AS

Part of Wilhelmsen Maritime Services,
a Wilh. Wilhelmsen group company



**Wilhelmsen Premier Marine Fuels**

# Invoice

USS-UBS International
50 Borthwick Avenue
Murairre, QLD 4172
AUSTRALIA

**Wilhelmsen Premier Marine Fuels AS**

| | | | |
|---|---|---|---|
| Office: | Strandveien 20 | Telephone: | +47 67 58 42 66 |
| | Lysaker, Norway | Telefax: | +47 67 58 42 98 |
| Mail: | P O Box 33 | E-mail: | wp.oslo@wilhelmsen.com |
| | NO-1324 Lysaker | Internet: | www.wilhelmsenpremier.com |
| | Norway | Enterprise No: | NO 810 006 862 MVA |

Date
HMB                    2. May 2007

| | | | |
|---|---|---|---|
| **Vessel:** | **HSV Westpac Express** | | |
| **Port:** | **Naha** | **Invoice No.** | **28023** |
| **Date of Delivery:** 20.04.07 | | **Order No.** | **15739BY** |
| **Vat reg. no.:** | | **Due Date** | **20.05.07** |

| Product | Specification details | Quantity | Unit Price Ex | Amount |
|---|---|---|---|---|
| MGO | DMA | 203,315  MT | 750,00 | 152 486,25 |
| | | | Total USD | 152 486,25 |
| | | | VAT Amount | 0,00 |
| | | | Total USD Incl. VAT | 152 486,25 |

Without any charges to us, please pay to:
Nordea Bank Finland Plc, London Branch
Account: 59955102
SWIFT : NDEAGB2L, IBAN: GB10NDEA40487859955102
Beneficiary: Wilhelmsen Premier Marine Fuels AS

Cheques are not acceptable.
We reserve the right to charge 1,5% interest monthly in the event of delayed payment

Best regards

Wilhelmsen Premier Marine Fuels AS



**Wilhelmsen**
**Premier Marine Fuels**

# Invoice

| | | | |
|---|---|---|---|
| **Wilhelmsen Premier Marine Fuels AS** | | | |
| Office: | Strandveien 20 | Telephone: | +47 67 58 42 66 |
| | Lysaker, Norway | Telefax: | +47 67 58 42 98 |
| Mail: | P O Box 33 | E-mail: | wp.oslo@wilhelmsen.com |
| | NO-1324 Lysaker | Internet: | www.wilhelmsenpremier.com |
| | Norway | Enterprise No: | NO 810 006 882 MVA |

USS-UBS International
50 Borthwick Avenue
Murairre, QLD 4172
AUSTRALIA

Date

HMB                                  18. May 2007

**Vessel:**          **SS Cape Jacob**
**Port:**              **Sasebo**              **Invoice No.**      28224
**Date of Delivery:** 01.05.07               **Order No.**        15779BY
**Vat reg. no.:**                             **Due Date**         31.05.07

| Product | Specification details | Quantity | Unit Price Ex | Amount |
|---|---|---|---|---|
| 180CST | RME 180 | 1 399,180  MT | 432,00 | 604 445,76 |

|  |  |
|---|---|
| **Total USD** | 604 445,76 |
| **VAT Amount** | 0,00 |
| **Total USD incl. VAT** | 604 445,76 |

Without any charges to us, please pay to:
Nordea Bank Finland Plc, London Branch
Account: 59955102
SWIFT : NDEAGB2L,  IBAN: GB10NDEA40487859955102
Beneficiary: Wilhelmsen Premier Marine Fuels AS

Cheques are not acceptable.
We reserve the right to charge 1,5% interest monthly in the event of delayed payment

Best regards

Wilhelmsen Premier Marine Fuels AS