William J. Honan (WJH 1922)
Michael J. Frevola (MJF 8359)
HOLLAND & KNIGHT LLP
195 Broadway
New York, NY 10007-3189
(212) 513-3200

ATTORNEYS FOR PLAINTIFF
WILHELMSEN PREMIER MARINE FUELS AS

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

WILHELMSEN PREMIER MARINE FUELS AS,

    Plaintiff,

-against-

UBS PROVEDORES PTY LTD. a/k/a USS-UBS INTERNATIONAL,

    Defendant.

---

07 Civ. _____ ( ____ )

**CORPORATE DISCLOSURE STATEMENT IN ACCORDANCE WITH RULE 7.1 OF THE FEDERAL RULES OF CIVIL PROCEDURE**

JUN 19 2007

I, Michael J. Frevola, attorney for Wilhelmsen Premier Marine Fuels AS, having filed an initial pleading in the above captioned matter, make the following disclosure to the Court pursuant to Rule 7.1 of the Federal Rules of Civil Procedure:

Wilhelmsen Premier Marine Fuels AS is a limited company wholly-owned by Wilhelmsen Maritime Services AS. Wilhelmsen Maritime Services AS is mainly owned by Wilh. Wilhelmsen ASA (97.82%). Wilh. Wilhelmsen ASA is a public company traded on the Oslo Stock Exchange.

Dated:   New York, New York
         June 19, 2007

                              HOLLAND & KNIGHT LLP

                              By: _____
                              William J. Honan (WJH 1922)
                              Michael J. Frevola (MJF 8359)
                              195 Broadway
                              New York, NY 10007-3189
                              Tel:   (212) 513-3200
                              Fax:   (212) 385-9010
                              *Attorneys for Plaintiff*

# 4607926_v1