CLARK, ATCHESON & REISERT
Richard J. Reisert (RR-7118)
Attorneys for Garnishee
Societe Generale New York Branch
7800 River Road
North Bergen, NJ  07047
Tel: (201) 537-1200
Fax: (201) 537-1201

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------x
YN STORE AND ROYAL BOW CO., LTD.,         :
                                          :
                    Plaintiff,            :        **07-CV-6068**
                                          :
            v.                            :        **NOTICE OF**
                                          :        **APPEARANCE**
ASIATIC SHIPPING SERVICES, INC.,          :
                                          :
                    Defendant.            :
-------------------------------------------------------------x

TO THE CLERK OF THIS COURT AND ALL PARTIES OF RECORD:

    Please enter my appearance as counsel for Garnishee, Societe Generale New York Branch.  I certify that I am admitted to practice before this Honorable Court.

Dated:  North Bergen, New Jersey
        July 18, 2007

                              CLARK, ATCHESON & REISERT
                              Attorneys for Garnishee
                              Societe Generale New York Branch


By: _____
      Richard J. Reisert (RR-7118)
      7800 River Road
      North Bergen, NJ  07047
      Tel: (201) 537-1200
      Fax: (201) 537-1201
      Email:  reisert@navlaw.com