# Holland--Knight

Tel 212 513 3200
Fax 212 385 9010

Holland & Knight LLP
195 Broadway, 24th Floor
New York, NY 10007-3189
www.hklaw.com


RECEIVED
SEP 7 - 2007
CHAMBERS OF
COLLEEN McMAHON

Michael J. Frevola
212 513 3516
michael.frevola@hklaw.com

September 7, 2007

**MEMO ENDORSED**

USDS SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 9/10/07

<u>VIA TELEFAX</u>

The Honorable Colleen McMahon
United States District Judge
United States District Court
Southern District of New York
United States Courthouse
500 Pearl Street
New York, New York 10007

<u>Wilhelmsen Premier Marine Fuels AS v. UBS Provedores Pty Ltd. et al.</u>
SDNY Docket #: 07 Civ. 5798 (CM)

Honorable Madam:

We represent plaintiff Wilhelmsen Premier Marine Fuels AS ("Wilhelmsen") in the referenced matter.

We appeared before Your Honor earlier today at a scheduling conference, during which counsel for UBS Provedores Pty Ltd. ("UBS") raised the issue of UBS' retainer payment to counsel in the amount of $9,980 having been attached at Bank of America while en route to UBS' counsel's bank account. Your Honor directed Wilhelmsen to advise by next Monday whether it intended to maintain its right to attach those funds and, if it intended to maintain that attachment, to file a supporting brief by next Wednesday.

We have conferred with our client and they have agreed to release UBS' counsel's retainer. We ask that Your Honor endorse this letter as ordering: (1) the release of the $9,980.00 electronic funds transfer frozen by Bank of America on or about Wednesday, September 5, 2007, on which electronic funds transfer Raecorp International was listed as the originator and Betancourt, van Hemmen, Greco & Kenyon was listed as the beneficiary, and (2) similar future payments by either UBS or Raecorp International to Betancourt, van Hemmen, Greco & Kenyon as retainer or invoice payments.

2 -   The Honorable Colleen McMahon
      September 7, 2007

      We trust that this is responsive to Your Honor's directive today and we look forward to receiving Your Honor's endorsement on this letter.

                              Respectfully submitted,

                              HOLLAND & KNIGHT LLP

                              By: [signature]

MJF/mf
                              Michael J. Frevola

**SO ORDERED:**

_____   9/10/07
U.S.D.J.                         Date

**VIA E-MAIL**

Jeanne-Marie van Hemmen
Betancourt, van Hemmen, Greco & Kenyon
*Counsel for Defendants*

# 4780673_v1