# BETANCOURT, VAN HEMMEN, GRECO & KENYON

46 TRINITY PLACE
NEW YORK, NEW YORK 10006

Telephone: 212-297-0050
www.bvgklaw.com

Ronald Betancourt
Jeanne-Marie D. Van Hemmen
John Greco
Todd P. Kenyon

Of Counsel
Virginia A. Harper

**MEMO ENDORSED**

September 14, 2007

**BY TELEFAX (212) 805-6326**
The Honorable Colleen McMahon
United States District Judge
United States District Court Southern District of New York
United States Courthouse
500 Pearl St.
New York, NY 10007

9/14/07 Fine CM

Re: Wilhlemsen Premier Marine Fuels AS v. UBS Provedores Pty Ltd., et al
SDNY Docket No. 07 Civ 5786 (CM) [5798]

Your Honor,

We are attorneys for Defendants herein, UBS Provedores Pty Ltd. and Raecorp International Pty Ltd. We write seeking leave to file Defendants' Motion to Vacate Plaintiff's Rule B attachment electronically, in the form of a standard motion, rather than in the form of an Order to Show Cause.

We understood your September 7, 2007 Order issued from the bench during the hearing conducted in this matter required Defendants to file their motion to vacate Plaintiff's Rule B Attachment in the form of an Order to Show Cause on Monday, September 17, 2007. Your Order, however, also set forth dates for Plaintiff to file its opposition and scheduled a hearing for September 24, 2007. Given that the dates for Plaintiff's opposition and the hearing have already been set, we believe filing our motion electronically in the form of a standard motion would be appropriate. Accordingly, we seek the Court's leave to do so.

Thank you for your consideration.

Respectfully Submitted

Betancourt, Van Hemmen, Greco & Kenyon

Jeanne-Marie Van Hemmen

USDS SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 9/14/07

NEW JERSEY OFFICE • 114 MAPLE AVENUE, RED BANK, NEW JERSEY 07701 • TEL: 732-530-4646 • FAX: 732-530-9536

CC: by electronic mail
    Michael Frevola
    Holland & Knight, LLP
    Counsel for Plaintiff