UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X

WILHELMSEN PREMIER MARINE FUELS AS                07 Civ. 5798 (CM)

      Plaintiff,

        against

UBS PROVEDORES PTY LTD. AND
RAECORP INTERNATIONAL PTY LTD.,

      Defendants
------------------------------------------------------------X

**DEFENDANTS' NOTICE OF MOTION TO VACATE RULE B ATTACHMENTS OR, IN THE ALTERNATIVE, CERTIFY ISSUE FOR INTERLOCUTORY APPEAL**

      **PLEASE TAKE NOTICE** that upon the Attorney Certification of Jeanne-Marie Van Hemmen, dated September 17, 2007, the Declaration of William Rae, dated September 13, 2007, and the exhibits annexed thereto, the accompanying Memorandum of Law and all the pleadings and prior proceedings had herein, the Defendants UBS Provedores Pty. Ltd. ("UBS")and Raecorp International Pty. Ltd. ("Raecorp"), shall move this Court, pursuant to Fed. R. Civ. Pro., Supp.Adm.R. B & E(4)(f), before the Honorable Colleen McMahon, United States District Court Judge, in the United States District Court for the Southern District of New York, located at 500 Pearl Street, New York, New York 10007, on September 24, 2007, at 9:00 am in the forenoon or as soon thereafter as the matter may be heard, for an Order:

      (1)    vacating the Ex Parte Orders directing the Clerk to issue process of Maritime Attachment against UBS and Raecorp and the Processes of Maritime Attachment and Garnishment obtained and served by Plaintiff Wilhelmsen Premier Marine Fuels AS thereunder; or, in the alternative,

  (2) Certifying the issue of whether Defendants have property subject to attachment in the District for interlocutory appeal pursuant to 28 U.S.C. § 1292(b).

Pursuant to Judge McMahon's September 7, 2007 Order issued from the bench in a hearing conducted in this matter, Plaintiff's opposition, if any, is to be filed and served no later than Thursday, September 21, 2007.

Dated: New York, New York
   September 17, 2007

          BETANCOURT, VAN HEMMEN, GRECO & KENYON
          Attorneys for Petitioner

          _____/s/_____
          By: Jeanne-Marie Downey (JD-6414)
            46 Trinity Place
            New York, NY 10006
            (212) 297-0050