# EXHIBIT 1

# Invoice

**Wilhelmsen Premier Marine Fuels**

Wilhelmsen Premier Marine Fuels AS

| | | | |
|---|---|---|---|
| Office: | Strandveien 20 | Telephone: | +47 67 58 42 66 |
| | Lysaker, Norway | Telefax: | +47 67 58 42 98 |
| Mail: | P O Box 33 | E-mail: | wp.oslo@wilhelmsen.com |
| | NO-1324 Lysaker | Internet: | www.wilhelmsenpremier.com |
| | Norway | Enterprise No: | NO 810 006 662 MVA |

USS-UBS International
50 Borthwick Avenue
Murarrie, QLD 4172
AUSTRALIA

HMB

Date: 2. February 2007

| | | | |
|---|---|---|---|
| Vessel: | SS Maj Stephen Pless | Invoice No. | 27079 |
| Port: | Sasebo | Order No. | 14946BY |
| Date of Delivery: | 19.01.07 | Posting Date | 19.01.07 |
| Vat reg. no.: | | Due Date | 18.02.07 |

| Product | Specification details | Quantity | Unit Price Ex | Amount |
|---|---|---|---|---|
| MGO | DMA | 1 416,959 MT | 705,00 | 998 956,10 |
| BOOMING | Booming/Oil Fence Charge | 1 | 1 063,66 | 1 063,66 |
| MISC | Marien call fee | 1 | 172,95 | 172,95 |
| MISC | Boat fee | 1 | 216,19 | 216,19 |
| | | | Total USD | 1 000 408,90 |
| | | | VAT Amount | 0,00 |
| | | | Total USD Incl. VAT | 1 000 408,90 |

Without any charges to us, please pay to:
Nordea Bank Finland Plc, Account: 59955102
SWIFT: , IBAN: GB10NDEA40487859955102
Beneficiary: Wilhelmsen Premier Marine Fuels AS

Cheques are not acceptable.
We reserve the right to charge 1,5% interest monthly in the event of delayed payment

Best regards

Wilhelmsen Premier Marine Fuels AS

Part of Wilhelmsen Maritime Services,
a Wilh. Wilhelmsen group company



# Wilhelmsen Premier Marine Fuels

## Invoice

USS-UBS International
50 Borthwick Avenue
Murairre, QLD 4172
AUSTRALIA

**Wilhelmsen Premier Marine Fuels AS**

| Office: | Strandveien 20 | Telephone: | +47 67 58 42 66 |
| | Lysaker, Norway | Telefax: | +47 67 58 42 96 |
| Mail: | P O Box 33 | E-mail: | wp.oslo@wilhelmsen.com |
| | NO-1324 Lysaker | Internet: | www.wilhelmsenpremier.com |
| | Norway | Enterprise No: | NO 810 006 862 MVA |

NBA

**Date**
8. February 2007

| | | | |
|---|---|---|---|
| **Vessel:** | USNS Sumner | **Invoice No.** | 27166 |
| **Port:** | Naha | **Order No.** | 14996BY |
| **Date of Delivery:** | 31.01.07 | **Posting Date** | 31.01.07 |
| **Vat reg. no.:** | | **Due Date** | 02.03.07 |

| Product | Specification details | Quantity | Unit Price Ex | Amount |
|---|---|---|---|---|
| MGO | DMA | 529 MT | 725,00 | 383 525,00 |
| | | | Total USD | 383 525,00 |
| | | | VAT Amount | 0,00 |
| | | | Total USD Incl. VAT | 383 525,00 |

Without any charges to us, please pay to:
Nordea Bank Finland Plc, Account: 59955102
SWIFT: , IBAN: GB10NDEA40487859955102
Beneficiary: Wilhelmsen Premier Marine Fuels AS

Cheques are not acceptable.
We reserve the right to charge 1,5% interest monthly in the event of delayed payment

Best regards

Wilhelmsen Premier Marine Fuels AS

Part of Wilhelmsen Maritime Services,
a Wilh. Wilhelmsen group company

# Wilhelmsen Premier Marine Fuels

## Invoice

| | |
|---|---|
| **Wilhelmsen Premier Marine Fuels AS** | |
| Office: Strandveien 20, Lysaker, Norway | Telephone: +47 67 58 42 66 |
| Mail: P O Box 33, NO-1324 Lysaker, Norway | Telefax: +47 67 58 42 98 |
| | E-mail: wp.oslo@wilhelmsen.com |
| | Internet: www.wilhelmsenpremier.com |
| | Enterprise No: NO 810 006 862 MVA |

USS-UBS International
50 Borthwick Avenue
Murairre, QLD 4172
AUSTRALIA

HMB

**Date** 19. March 2007

| | |
|---|---|
| **Vessel:** USNS Mary Sears | |
| **Port:** Sasebo | **Invoice No.** 27552 |
| **Date of Delivery:** 05.03.07 | **Order No.** 15331BY |
| **Vat reg. no.:** | **Due Date** 04.04.07 |

| Product | Specification details | Quantity | Unit Price Ex | Amount |
|---|---|---|---|---|
| MGO | EAFO | 392,982 MT | 670,00 | 263 297,94 |
| | | | Total USD | 263 297,94 |
| | | | VAT Amount | 0,00 |
| | | | Total USD Incl. VAT | 263 297,94 |

Without any charges to us, please pay to:
Nordea Bank Finland Plc, London Branch
Account: 59955102
SWIFT : NDEAGB2L,  IBAN: GB10NDEA40487859955102
Beneficiary: Wilhelmsen Premier Marine Fuels AS

Cheques are not acceptable.
We reserve the right to charge 1,5% interest monthly in the event of delayed payment

Best regards

Wilhelmsen Premier Marine Fuels AS

# Wilhelmsen Premier Marine Fuels

## Invoice

USS-UBS International
50 Borthwick Avenue
Murairre, QLD 4172
AUSTRALIA

**Wilhelmsen Premier Marine Fuels AS**
Office: Strandveien 20, Lysaker, Norway
Mail: P O Box 33, NO-1324 Lysaker, Norway
Telephone: +47 67 58 42 66
Telefax: +47 67 58 42 96
E-mail: wp.oslo@wilhelmsen.com
Internet: www.wilhelmsenpremier.com
Enterprise No: NO 810 006 862 MVA

KLH

Date: 30. March 2007

| | |
|---|---|
| Vessel: | HSV Westpac Express |
| Port: | Naha |
| Date of Delivery: | 20.03.07 |
| Vat reg. no.: | |

| | |
|---|---|
| Invoice No. | 27647 |
| Order No. | 15372BY |
| Due Date | 19.04.07 |

| Product | Specification details | Quantity | Unit Price Ex | Amount |
|---|---|---|---|---|
| MGO | DMA | 155,696 MT | 737,00 | 114 747,95 |

| | |
|---|---|
| Total USD | 114 747,95 |
| VAT Amount | 0,00 |
| Total USD Incl. VAT | 114 747,95 |

Without any charges to us, please pay to:
Nordea Bank Finland Plc, London Branch
Account: 59955102
SWIFT : NDEAGB2L, IBAN: GB10NDEA40487859955102
Beneficiary: Wilhelmsen Premier Marine Fuels AS

Cheques are not acceptable.
We reserve the right to charge 1,5% interest monthly in the event of delayed payment

Best regards

Wilhelmsen Premier Marine Fuels AS

Part of Wilhelmsen Maritime Services,
a Wilh. Wilhelmsen group company

# Wilhelmsen Premier Marine Fuels

## Invoice

USS-UBS International
50 Borthwick Avenue
Murairre, QLD 4172
AUSTRALIA

**Wilhelmsen Premier Marine Fuels AS**

| Office: | Strandveien 20 | Telephone: | +47 67 58 42 66 |
| | Lysaker, Norway | Telefax: | +47 67 58 42 98 |
| Mail: | P O Box 33 | E-mail: | wp.oslo@wilhelmsen.com |
| | NO-1324 Lysaker | Internet: | www.wilhelmsenpremier.com |
| | Norway | Enterprise No: | NO 810 006 862 MVA |

KLH

Date: 30. March 2007

| Vessel: | USNS Bowditch |
| Port: | Sasebo |
| Date of Delivery: | 21.03.07 |
| Vat reg. no.: | |

| Invoice No. | 27648 |
| Order No. | 15446BY |
| Due Date | 20.04.07 |

| Product | Specification details | Quantity | Unit Price Ex | Amount |
|---|---|---|---|---|
| MGO | MGO/AEFO | 384,043 MT | 680,00 | 261 149,24 |
| | | | **Total USD** | 261 149,24 |
| | | | **VAT Amount** | 0,00 |
| | | | **Total USD Incl. VAT** | 261 149,24 |

Without any charges to us, please pay to:
Nordea Bank Finland Plc, London Branch
Account: 59955102
SWIFT : NDEAGB2L, IBAN: GB10NDEA40487859955102
Beneficiary: Wilhelmsen Premier Marine Fuels AS

Cheques are not acceptable.
We reserve the right to charge 1,5% interest monthly in the event of delayed payment

Best regards

Wilhelmsen Premier Marine Fuels AS

Part of Wilhelmsen Maritime Services,
a Wilh. Wilhelmsen group company

# Invoice

**Wilhelmsen Premier Marine Fuels**

**Wilhelmsen Premier Marine Fuels AS**

| Office: | Strandveien 20 | Telephone: | +47 67 58 42 66 |
|---|---|---|---|
| | Lysaker, Norway | Telefax: | +47 67 58 42 98 |
| Mail: | P O Box 33 | E-mail: | wp.oslo@wilhelmsen.com |
| | NO-1324 Lysaker | Internet: | www.wilhelmsenpremier.com |
| | Norway | Enterprise No: | NO 810 006 862 MVA |

USS-UBS International
50 Borthwick Avenue
Murairre, QLD 4172
AUSTRALIA

NBA

Date: 3. April 2007

| | |
|---|---|
| **Vessel:** | SS Maj Stephen Pless |
| **Port:** | Sasebo |
| **Date of Delivery:** | 26.03.07 |
| **Vat reg. no.:** | |

| | |
|---|---|
| **Invoice No.** | 27717 |
| **Order No.** | 15332BY |
| **Due Date** | 25.04.07 |

| Product | Specification details | Quantity | | Unit Price Ex | Amount |
|---|---|---|---|---|---|
| MGO | DMA | 516,536 | MT | 720,00 | 371 905,92 |
| BOOMING | Booming/Oil Fence Charge etc at tar | 1,000 | | 1 094,49 | 1 094,49 |
| MGO | DMA | 1 613,676 | MT | 720,00 | 1 161 846,72 |
| BOOMING | Booming/Oil Fence Charge | 1,000 | | 1 122,33 | 1 122,33 |
| MISC | Marine Call Fee | 1,000 | MT | 178,15 | 178,15 |
| MISC | Boat Fee | 1,000 | MT | 334,03 | 334,03 |
| | | | **Total USD** | | 1 536 481,64 |
| | | | **VAT Amount** | | 0,00 |
| | | | **Total USD Incl. VAT** | | 1 536 481,64 |

Without any charges to us, please pay to:
Nordea Bank Finland Plc, London Branch
Account: 59955102
SWIFT : NDEAGB2L,  IBAN: GB10NDEA40487859955102
Beneficiary: Wilhelmsen Premier Marine Fuels AS

Cheques are not acceptable.
We reserve the right to charge 1,5% interest monthly in the event of delayed payment

Best regards

Wilhelmsen Premier Marine Fuels AS

# Invoice

**Wilhelmsen Premier Marine Fuels**

Wilhelmsen Premier Marine Fuels AS
Office:   Strandveien 20              Telephone:  +47 67 58 42 66
          Lysaker, Norway             Telefax:    +47 67 58 42 98
Mail:     P O Box 33                  E-mail:     wp.oslo@wilhelmsen.com
          NO-1324 Lysaker             Internet:   www.wilhelmsenpremier.com
          Norway                      Enterprise No: NO 810 006 862 MVA

USS-UBS International
50 Borthwick Avenue
Murairre, QLD 4172
AUSTRALIA

Date
20. April 2007

| | | | | |
|---|---|---|---|---|
| Vessel: | USNS Mary Sears | | | |
| Port: | Naha | | | |
| Date of Delivery: | 09.04.07 | | Invoice No. | 27903 |
| Vat reg. no.: | | | Order No. | 15613BY |
| Salesperson | Hans Magnus Borge | | Due Date | 09.05.07 |

| Product | Specification details | Quantity | Unit Price Ex | Amount |
|---|---|---|---|---|
| MGO | DMA | 343,782 MT | 740,00 | 254 398,68 |
| | | | Total USD | 254 398,68 |
| | | | VAT Amount | 0,00 |
| | | | Total USD Incl. VAT | 254 398,68 |

Without any charges to us, please pay to:
Nordea Bank Finland Plc, London Branch
Account: 59955102
SWIFT : NDEAGB2L, IBAN: GB10NDEA40487859955102
Beneficiary: Wilhelmsen Premier Marine Fuels AS

Cheques are not acceptable.
We reserve the right to charge 1,5% interest monthly in the event of delayed payment

Best regards

Wilhelmsen Premier Marine Fuels AS

Part of Wilhelmsen Maritime Services,
a Wilh. Wilhelmsen group company


# Wilhelmsen
## Premier Marine Fuels

# Invoice

| | |
|---|---|
| **Wilhelmsen Premier Marine Fuels AS** | |
| Office: Strandveien 20, Lysaker, Norway | Telephone: +47 67 58 42 66 |
| | Telefax: +47 67 58 42 98 |
| Mail: P O Box 33, NO-1324 Lysaker, Norway | E-mail: wp.oslo@wilhelmsen.com |
| | Internet: www.wilhelmsenpremier.com |
| | Enterprise No: NO 810 006 862 MVA |

USS-UBS International
50 Borthwick Avenue
Murairre, QLD 4172
AUSTRALIA

HMB

**Date**
2. May 2007

**Vessel:** HSV Westpac Express
**Port:** Naha
**Date of Delivery:** 20.04.07
**Vat reg. no.:**

**Invoice No.** 28023
**Order No.** 15739BY
**Due Date** 20.05.07

| Product | Specification details | Quantity | Unit Price Ex | Amount |
|---|---|---|---|---|
| MGO | DMA | 203,315 MT | 750,00 | 152 486,25 |
| | | | Total USD | 152 486,25 |
| | | | VAT Amount | 0,00 |
| | | | Total USD Incl. VAT | 152 486,25 |

Without any charges to us, please pay to:
Nordea Bank Finland Plc, London Branch
Account: 59955102
SWIFT : NDEAGB2L, IBAN: GB10NDEA40487859955102
Beneficiary: Wilhelmsen Premier Marine Fuels AS

Cheques are not acceptable.
We reserve the right to charge 1,5% interest monthly in the event of delayed payment

Best regards

Wilhelmsen Premier Marine Fuels AS

Part of Wilhelmsen Marine Services,
a W;lr Wilhelmsen group company

# Invoice


**Wilhelmsen Premier Marine Fuels**

| Wilhelmsen Premier Marine Fuels AS | | | |
|---|---|---|---|
| Office: | Strandveien 20 | Telephone: | +47 67 58 42 66 |
| | Lysaker, Norway | Telefax: | +47 67 58 42 98 |
| Mail: | P O Box 33 | E-mail: | wp.oslo@wilhelmsen.com |
| | NO-1324 Lysaker | Internet: | www.wilhelmsenpremier.com |
| | Norway | Enterprise No: | NO 810 006 882 MVA |

USS-UBS International
50 Borthwick Avenue
Murairre, QLD 4172
AUSTRALIA

HMB

**Date**
2. May 2007

| **Vessel:** | USNS Bowditch | | |
|---|---|---|---|
| **Port:** | Naha | **Invoice No.** | 28022 |
| **Date of Delivery:** | 23.04.07 | **Order No.** | 15733BY |
| **Vat reg. no.:** | | **Due Date** | 23.05.07 |

| Product | Specification details | Quantity | Unit Price Ex | Amount |
|---|---|---|---|---|
| MGO | DMA 80Kgall | 246,333 MT | 750,00 | 184 749,75 |
| | | | Total USD | 184 749,75 |
| | | | VAT Amount | 0,00 |
| | | | Total USD Incl. VAT | 184 749,75 |

Without any charges to us, please pay to:
Nordea Bank Finland Plc, London Branch
Account: 59955102
SWIFT : NDEAGB2L, IBAN: GB10NDEA40487859955102
Beneficiary: Wilhelmsen Premier Marine Fuels AS

Cheques are not acceptable.
We reserve the right to charge 1,5% interest monthly in the event of delayed payment

Best regards

Wilhelmsen Premier Marine Fuels AS

Part of Wilhelmsen Maritime Services.
a Wilh. Wilhelmsen group company

<—

# Invoice

**Wilhelmsen Premier Marine Fuels**

Wilhelmsen Premier Marine Fuels AS

| | | | |
|---|---|---|---|
| Office: | Strandveien 20 | Telephone: | +47 67 58 42 66 |
| | Lysaker, Norway | Telefax: | +47 67 58 42 98 |
| Mail: | P O Box 33 | E-mail: | wp.oslo@wilhelmsen.com |
| | NO-1324 Lysaker | Internet: | www.wilhelmsenpremier.com |
| | Norway | Enterprise No: | NO 810 006 662 MVA |

USS-UBS International
50 Borthwick Avenue
Murairre, QLD 4172
AUSTRALIA

HMB

Date
18. May 2007

**Vessel:** SS Cape Jacob
**Port:** Sasebo
**Date of Delivery:** 01.05.07
**Vat reg. no.:**

Invoice No.   28224
Order No.     15779BY
Due Date      31.05.07

| Product | Specification details | Quantity | Unit Price Ex | Amount |
|---|---|---|---|---|
| 180CST | RME 180 | 1 399,180 MT | 432,00 | 604 445,76 |
| | | | Total USD | 604 445,76 |
| | | | VAT Amount | 0,00 |
| | | | Total USD Incl. VAT | 604 445,76 |

Without any charges to us, please pay to:
Nordea Bank Finland Plc, London Branch
Account: 59955102
SWIFT : NDEAGB2L, IBAN: GB10NDEA40487859955102
Beneficiary: Wilhelmsen Premier Marine Fuels AS

Cheques are not acceptable.
We reserve the right to charge 1,5% interest monthly in the event of delayed payment

Best regards

Wilhelmsen Premier Marine Fuels AS

# EXHIBIT 2

**Borge, Hans M**

| | |
|---|---|
| From: | WPM OSLO |
| Sent: | 2. mars 2007 10:45 |
| To: | 'justins@ussubsint.com'; 'accounts@ussubsint.com' |
| Subject: | "SS Maj Stephen Pless"-Sasebo-26.03.07-Order:15332 - revised |

```
To:  USS-UBS International
Att:
Fm:  Wilhelmsen Premier Marine Fuels AS

Acting in accordance with instructions from buyers,
we confirm our verbal order and nominate as follows:

OrderNo : 15332/01.03.07
Vessel  : SS Maj Stephen Pless
Port    : Sasebo
Del.date: 26.03.07
Agent   : N A
Seller  : Wilhelmsen Premier Marine Fuels AS
Supplier: Sumitomo Corp. Europe
Buyer   : USS-UBS International

PROD            QTY            PRICE                SPEC

MGO          2130 MT      720,00 USD/MT             DMA
Booming/Oil Fence Charge etc at tarrif

NB NB
It is fully understood that this product has to be transported about 2 days. Buyers
are fully responsible for any cost - return freight demurrage etc. in case delivere is
changed or cancelled after tanker has been nominated. The costs will be properly
documented.


Payment: Net 30 Days from date of delivery

Remarks:

Delivery will be made in accordance with supplier's terms and conditions.

Overtime, local expenses and dues, if any, for buyer's account.

Bunker delivery, quality, sampling and documentation shall be
in accordance with Annex VI of MARPOL 73/78 and its associated
regulations.

Best regards
for Wilhelmsen Premier Marine Fuels AS
Hans Magnus Borge
```