# EXHIBIT 1

## Frevola, Michael (NYC - X73516)

| | |
|---|---|
| From: | Frevola, Michael (NYC - X73516) |
| Sent: | Thursday, August 02, 2007 3:29 PM |
| To: | 'jessica.madon@dla.mil' |
| Cc: | Dempsey, David B (NVA - X78657) |
| Subject: | Wilhelmsen Premier Fuels/UBS-USS |
| Attachments: | UBSInvoices.pdf |

Dear Jessica:

I refer to our pleasant telephone conversation of earlier this afternoon and attach for your reference the spreadsheet listing each of the individual bunkering services provided (including location, date and vessel) for which Wilhelmsen has not been paid by UBS. The "checked" items (9 total) and the circled item (1 total) are for bunkering services, the other items are either interest accruals or memorialize payments received.



UBSInvoices.pdf
(233 KB)

Additionally, I have enclosed the individual invoices for each of these bunkering operations, with the exception of the April 9, 2007 bunkering of the USNS MARY SEARS at Naha (the circled item on the spreadsheet). Should you need a copy of that individual invoice, please let me know and I will request it from Wilhelmsen.

Thank you for your attention to this matter, and I look forward to hearing from you.

Best regards,
Mike Frevola

# Holland + Knight

**Michael J. Frevola, Esq.**
Partner
Holland & Knight LLP
195 Broadway
New York, New York 10007

Main     212 513 3200
Direct   212 513 3516
Mobile   516 521 6365
Fax      212 385 9010
Email    michael.frevola@hklaw.com

www.hklaw.com

NOTICE: This e-mail is from a law firm, Holland & Knight LLP ("H&K"), and is intended solely for the use of the individual(s) to whom it is addressed. If you believe you received this e-mail in error, please notify the sender immediately, delete the e-mail from your computer and do not copy or disclose it to anyone else. If you are not an existing client of H&K, do not construe anything in this e-mail to make you a client unless it contains a specific statement to that effect and do not disclose anything to H&K in reply that you expect it to hold in confidence. If you properly received this e-mail as a client, co-counsel or retained expert of H&K, you should maintain its contents in confidence in order to preserve the attorney-client or work product privilege that may be available to protect confidentiality.

Customer - Balance to Date  1. June 2007
Balance on 31.05.07  Page 1
Wilhelmsen Premier Marine Fuels AS  KLH

Customer: No.: C09450, Date Filter: ..31.05.07

| Posting Date | D Ty | Document No. | Description | Order No. | Port | Vessel | Shipment Date | Due Date | Amount | Entry No. |
|---|---|---|---|---|---|---|---|---|---|---|
| C09450 | | USS-UBS International | | | | | | | | |
| | | Phone No. | uss-ubs | | | | | | | |
| ✓ 19.01.07 | In | 27079 | 14948BY | 14948 | Sasebo | SS Maj Stephen Ple | 19.01.07 | 18.02.07 | 1 000 408,90 | 109436 |
| ✓ 31.01.07 | In | 27166 | 14996BY | 14996 | Naha | USNS Sumner | 31.01.07 | 02.03.07 | 383 525,00 | 109863 |
| 09.02.07 | In | 27495 | 1202 | 12 | | | | 24.03.07 | 34 678,80 | 112343 |
| ✓ 05.03.07 | In | 27552 | 15331BY | 15331 | Sasebo | USNS Mary Sears | 05.03.07 | 04.04.07 | 263 297,94 | 112775 |
| ✓ 20.03.07 | In | 27647 | 15372BY | 15372 | Naha | HSV Westpac Expre | 20.03.07 | 19.04.07 | 114 747,95 | 113383 |
| ✓ 21.03.07 | In | 27648 | 15446BY | 15446 | Sasebo | USNS Bowditch | 21.03.07 | 20.04.07 | 261 149,24 | 113389 |
| ✓ 26.03.07 | In | 27717 | 15332BY | 15332 | Sasebo | SS Maj Stephen Ple | 26.03.07 | 25.04.07 | 1 536 481,64 | 113798 |
| 09.04.07 | In | 27903 | 15613BY | 15613 | Naha | USNS Mary Sears | 09.04.07 | 09.05.07 | 254 398,68 | 114902 |
| ✓ 23.04.07 | In | 28022 | 15733BY | 15733 | Naha | USNS Bowditch | 23.04.07 | 23.05.07 | 184 749,75 | 115774 |
| ✓ 20.04.07 | In | 28023 | 15739BY | 15739 | Naha | HSV Westpac Expre | 20.04.07 | 20.05.07 | 152 486,25 | 115778 |
| 09.05.07 | | R8017 | USS-UBS Interna | USS-UB | | | | 09.05.07 | -1 232 560,15 | 117037 |
| ✓ 01.05.07 | In | 28223 | 15779BY | 15779 | Sasebo | SS Cape Jacob | 01.05.07 | 31.05.07 | 604 445,76 | 117271 |
| 25.05.07 | In | 28290 | 1212 | 12 | | | | 25.06.07 | 57 546,88 | 117679 |
| | | USS-UBS International | | | | | | | 3 615 356,64 | |
| Total | | | | | | | | | 3 615 356,64 | |



# Wilhelmsen Premier Marine Fuels

## Invoice

USS-UBS International
50 Borthwick Avenue
Murarrie, QLD 4172
AUSTRALIA

Wilhelmsen Premier Marine Fuels AS
Office: Strandveien 20, Lysaker, Norway
Mail: P O Box 33, NO-1324 Lysaker, Norway
Telephone: +47 67 58 42 66
Telefax: +47 67 58 42 96
E-mail: wp.oslo@wilhelmsen.com
Internet: www.wilhelmsenpremier.com
Enterprise No: NO 810 006 662 MVA

HMB

Date: 2. February 2007

| | | | |
|---|---|---|---|
| Vessel: | SS Maj Stephen Pless | Invoice No. | 27079 |
| Port: | Sasebo | Order No. | 14948BY |
| Date of Delivery: | 19.01.07 | Posting Date | 19.01.07 |
| Vat reg. no.: | | Due Date | 18.02.07 |

| Product | Specification details | Quantity | Unit Price Ex | Amount |
|---|---|---|---|---|
| MGO | DMA | 1 416,959 MT | 705,00 | 998 956,10 |
| BOOMING | Booming/Oil Fence Charge | 1 | 1 063,66 | 1 063,66 |
| MISC | Marlen call fee | 1 | 172,95 | 172,95 |
| MISC | Boat fee | 1 | 216,19 | 216,19 |
| | | | Total USD | 1 000 408,90 |
| | | | VAT Amount | 0,00 |
| | | | Total USD Incl. VAT | 1 000 408,90 |

Without any charges to us, please pay to:
Nordea Bank Finland Plc, Account: 59955102
SWIFT: , IBAN: GB10NDEA40487859955102
Beneficiary: Wilhelmsen Premier Marine Fuels AS

Cheques are not acceptable.
We reserve the right to charge 1,5% interest monthly in the event of delayed payment

Best regards

Wilhelmsen Premier Marine Fuels AS

Part of Wilhelmsen Maritime Services,
a Wilh. Wilhelmsen group company

# Invoice


## Wilhelmsen Premier Marine Fuels

| | | | |
|---|---|---|---|
| Wilhelmsen Premier Marine Fuels AS | | | |
| Office: | Strandveien 20 | Telephone: | +47 67 58 42 66 |
| | Lysaker, Norway | Telefax: | +47 67 58 42 96 |
| Mail: | P O Box 33 | E-mail: | wp.oslo@wilhelmsen.com |
| | NO-1324 Lysaker | Internet: | www.wilhelmsenpremier.com |
| | Norway | Enterprise No: | NO 810 006 862 MVA |

USS-UBS International
50 Borthwick Avenue
Murairre, QLD 4172
AUSTRALIA

NBA

Date
8. February 2007

| | | | |
|---|---|---|---|
| Vessel: | USNS Sumner | Invoice No. | 27166 |
| Port: | Naha | Order No. | 14996BY |
| Date of Delivery: | 31.01.07 | Posting Date | 31.01.07 |
| Vat reg. no.: | | Due Date | 02.03.07 |

| Product | Specification details | Quantity | Unit Price Ex | Amount |
|---|---|---|---|---|
| MGO | DMA | 529 MT | 725,00 | 383 525,00 |
| | | Total USD | | 383 525,00 |
| | | VAT Amount | | 0,00 |
| | | Total USD Incl. VAT | | 383 525,00 |

Without any charges to us, please pay to:
Nordea Bank Finland Plc, Account: 59955102
SWIFT: , IBAN: GB10NDEA40487859955102
Beneficiary: Wilhelmsen Premier Marine Fuels AS

Cheques are not acceptable.
We reserve the right to charge 1,5% interest monthly in the event of delayed payment

Best regards

Wilhelmsen Premier Marine Fuels AS



# Invoice

**Wilhelmsen Premier Marine Fuels AS**
| | | | |
|---|---|---|---|
| Office: | Strandveien 20 | Telephone: | +47 67 58 42 66 |
| | Lysaker, Norway | Telefax: | +47 67 58 42 96 |
| Mail: | P O Box 33 | E-mail: | wp.oslo@wilhelmsen.com |
| | NO-1324 Lysaker | Internet: | www.wilhelmsenpremier.com |
| | Norway | Enterprise No: | NO 810 006 862 MVA |

USS-UBS International
50 Borthwick Avenue
Murairre, QLD 4172
AUSTRALIA

HMB

Date
19. March 2007

| Vessel: | USNS Mary Sears | Invoice No. | 27552 |
|---|---|---|---|
| Port: | Sasebo | Order No. | 15331BY |
| Date of Delivery: | 05.03.07 | Due Date | 04.04.07 |
| Vat reg. no.: | | | |

| Product | Specification details | Quantity | Unit Price Ex | Amount |
|---|---|---|---|---|
| MGO | EAFO | 392,982 MT | 670,00 | 263 297,94 |
| | | | Total USD | 263 297,94 |
| | | | VAT Amount | 0,00 |
| | | | Total USD Incl. VAT | 263 297,94 |

Without any charges to us, please pay to:
Nordea Bank Finland Plc, London Branch
Account: 59955102
SWIFT : NDEAGB2L, IBAN: GB10NDEA40487859955102
Beneficiary: Wilhelmsen Premier Marine Fuels AS

Cheques are not acceptable.
We reserve the right to charge 1,5% Interest monthly in the event of delayed payment

Best regards

Wilhelmsen Premier Marine Fuels AS



# Wilhelmsen Premier Marine Fuels

**Invoice**

| Wilhelmsen Premier Marine Fuels AS | | | |
|---|---|---|---|
| Office: | Strandveien 20 | Telephone: | +47 67 58 42 66 |
| | Lysaker, Norway | Telefax: | +47 67 58 42 98 |
| Mail: | P O Box 33 | E-mail: | wp.oslo@wilhelmsen.com |
| | NO-1324 Lysaker | Internet: | www.wilhelmsenpremier.com |
| | Norway | Enterprise No: | NO 810 006 862 MVA |

USS-UBS International
50 Borthwick Avenue
Murairre, QLD 4172
AUSTRALIA

KLH

Date
30. March 2007

| | | | |
|---|---|---|---|
| Vessel: | HSV Westpac Express | | |
| Port: | Naha | Invoice No. | 27647 |
| Date of Delivery: | 20.03.07 | Order No. | 15372BY |
| Vat reg. no.: | | Due Date | 19.04.07 |

| Product | Specification details | Quantity | Unit Price Ex | Amount |
|---|---|---|---|---|
| MGO | DMA | 155,696 MT | 737,00 | 114 747,95 |
| | | | Total USD | 114 747,95 |
| | | | VAT Amount | 0,00 |
| | | | Total USD incl. VAT | 114 747,95 |

Without any charges to us, please pay to:
Nordea Bank Finland Plc, London Branch
Account: 59955102
SWIFT : NDEAGB2L, IBAN: GB10NDEA40487859955102
Beneficiary: Wilhelmsen Premier Marine Fuels AS

Cheques are not acceptable.
We reserve the right to charge 1,5% interest monthly in the event of delayed payment

Best regards

Wilhelmsen Premier Marine Fuels AS

Part of Wilhelmsen Maritime Services,
a W:th. Wilhelmsen group company

# Invoice


## Wilhelmsen Premier Marine Fuels

| Wilhelmsen Premier Marine Fuels AS | | | |
|---|---|---|---|
| Office: | Strandveien 20 | Telephone: | +47 67 58 42 66 |
| | Lysaker, Norway | Telefax: | +47 67 58 42 96 |
| Mail: | P O Box 83 | E-mail: | wp.oslo@wilhelmsen.com |
| | NO-1324 Lysaker | Internet: | www.wilhelmsenpremier.com |
| | Norway | Enterprise No: | NO 810 006 862 MVA |

USS-UBS International
50 Borthwick Avenue
Murarrie, QLD 4172
AUSTRALIA

KLH

Date
30. March 2007

| Vessel: | USNS Bowditch | | |
|---|---|---|---|
| Port: | Sasebo | Invoice No. | 27648 |
| Date of Delivery: | 21.03.07 | Order No. | 15446BY |
| Vat reg. no.: | | Due Date | 20.04.07 |

| Product | Specification details | Quantity | Unit Price Ex | Amount |
|---|---|---|---|---|
| MGO | MGO/AEFO | 384,043 MT | 680,00 | 261 149,24 |
| | | | Total USD | 261 149,24 |
| | | | VAT Amount | 0,00 |
| | | | Total USD Incl. VAT | 261 149,24 |

Without any charges to us, please pay to:
Nordea Bank Finland Plc, London Branch
Account: 59955102
SWIFT : NDEAGB2L, IBAN: GB10NDEA40487859955102
Beneficiary: Wilhelmsen Premier Marine Fuels AS

Cheques are not acceptable.
We reserve the right to charge 1,5% interest monthly in the event of delayed payment

Best regards

Wilhelmsen Premier Marine Fuels AS

# Invoice


**Wilhelmsen Premier Marine Fuels**

| | |
|---|---|
| Wilhelmsen Premier Marine Fuels AS | |
| Office: Strandveien 20, Lysaker, Norway | Telephone: +47 67 58 42 66 |
| | Telefax: +47 67 58 42 98 |
| Mail: P O Box 33, NO-1324 Lysaker, Norway | E-mail: wp.oslo@wilhelmsen.com |
| | Internet: www.wilhelmsenpremier.com |
| | Enterprise No: NO 810 008 862 MVA |

USS-UBS International
50 Borthwick Avenue
Murairre, QLD 4172
AUSTRALIA

NBA

Date
3. April 2007

**Vessel:** SS Maj Stephen Pless
**Port:** Sasebo
**Date of Delivery:** 26.03.07
**Vat reg. no.:**

**Invoice No.** 27717
**Order No.** 15332BY
**Due Date** 25.04.07

| Product | Specification details | Quantity | | Unit Price Ex | Amount |
|---|---|---|---|---|---|
| MGO | DMA | 516,536 | MT | 720,00 | 371 905,92 |
| BOOMING | Booming/Oil Fence Charge etc at tar | 1,000 | | 1 094,49 | 1 094,49 |
| MGO | DMA | 1 613,676 | MT | 720,00 | 1 161 846,72 |
| BOOMING | Booming/Oil Fence Charge | 1,000 | | 1 122,33 | 1 122,33 |
| MISC | Marine Call Fee | 1,000 | MT | 178,15 | 178,15 |
| MISC | Boat Fee | 1,000 | MT | 334,03 | 334,03 |

| | |
|---|---|
| Total USD | 1 536 481,64 |
| VAT Amount | 0,00 |
| Total USD incl. VAT | 1 536 481,64 |

Without any charges to us, please pay to:
Nordea Bank Finland Plc, London Branch
Account: 59955102
SWIFT : NDEAGB2L, IBAN: GB10NDEA40487859955102
Beneficiary: Wilhelmsen Premier Marine Fuels AS

Cheques are not acceptable.
We reserve the right to charge 1,5% interest monthly in the event of delayed payment

Best regards

Wilhelmsen Premier Marine Fuels AS

Part of Wilhelmsen Maritime Services,
a Wm. Wilhelmsen group company



**Wilhelmsen Premier Marine Fuels**

# Invoice

| | |
|---|---|
| Wilhelmsen Premier Marine Fuels AS | |
| Office: Strandveien 20, Lysaker, Norway | Telephone: +47 67 58 42 66 |
| | Telefax: +47 67 58 42 98 |
| Mail: P O Box 33, NO-1324 Lysaker, Norway | E-mail: wp.oslo@wilhelmsen.com |
| | Internet: www.wilhelmsenpremier.com |
| | Enterprise No: NO 810 008 862 MVA |

USS-UBS International
50 Borthwick Avenue
Murairre, QLD 4172
AUSTRALIA

HMB

Date: 2. May 2007

| | |
|---|---|
| Vessel: | USNS Bowditch |
| Port: | Naha |
| Date of Delivery: | 23.04.07 |
| Vat reg. no.: | |

| | |
|---|---|
| Invoice No. | 28022 |
| Order No. | 15733BY |
| Due Date | 23.05.07 |

| Product | Specification details | Quantity | Unit Price Ex | Amount |
|---|---|---|---|---|
| MGO | DMA 80Kgall | 246,333 MT | 750,00 | 184 749,75 |
| | | | Total USD | 184 749,75 |
| | | | VAT Amount | 0,00 |
| | | | Total USD incl. VAT | 184 749,75 |

Without any charges to us, please pay to:
Nordea Bank Finland Plc, London Branch
Account: 59955102
SWIFT : NDEAGB2L, IBAN: GB10NDEA40487859955102
Beneficiary: Wilhelmsen Premier Marine Fuels AS

Cheques are not acceptable.
We reserve the right to charge 1,5% interest monthly in the event of delayed payment

Best regards

Wilhelmsen Premier Marine Fuels AS

Part of Wilhelmsen Maritime Services,
a Wilh. Wilhelmsen group company

# Invoice

**Wilhelmsen Premier Marine Fuels**

Wilhelmsen Premier Marine Fuels AS
| | | | |
|---|---|---|---|
| Office: | Strandveien 20 | Telephone: | +47 67 58 42 66 |
| | Lysaker, Norway | Telefax: | +47 67 58 42 98 |
| Mail: | P O Box 33 | E-mail: | wp.oslo@wilhelmsen.com |
| | NO-1324 Lysaker | Internet: | www.wilhelmsenpremier.com |
| | Norway | Enterprise No: | NO 810 006 662 MVA |

USS-UBS International
50 Borthwick Avenue
Murairre, QLD 4172
AUSTRALIA

HMB

Date: 2. May 2007

| | |
|---|---|
| Vessel: | HSV Westpac Express |
| Port: | Naha |
| Date of Delivery: | 20.04.07 |
| Vat reg. no.: | |

| | |
|---|---|
| Invoice No. | 28023 |
| Order No. | 15739BY |
| Due Date | 20.05.07 |

| Product | Specification details | Quantity | Unit Price Ex | Amount |
|---|---|---|---|---|
| MGO | DMA | 203,315 MT | 750,00 | 152 486,25 |
| | | | Total USD | 152 486,25 |
| | | | VAT Amount | 0,00 |
| | | | Total USD Incl. VAT | 152 486,25 |

Without any charges to us, please pay to:
Nordea Bank Finland Plc, London Branch
Account: 59955102
SWIFT : NDEAGB2L, IBAN: GB10NDEA404878599551 02
Beneficiary: Wilhelmsen Premier Marine Fuels AS

Cheques are not acceptable.
We reserve the right to charge 1,5% interest monthly in the event of delayed payment

Best regards

Wilhelmsen Premier Marine Fuels AS


**Wilhelmsen Premier Marine Fuels**

# Invoice

| | | | |
|---|---|---|---|
| Wilhelmsen Premier Marine Fuels AS | | | |
| Office: | Strandveien 20 | Telephone: | +47 67 58 42 66 |
| | Lysaker, Norway | Telefax: | +47 67 58 42 98 |
| Mail: | P O Box 33 | E-mail: | wp.oslo@wilhelmsen.com |
| | NO-1324 Lysaker | Internet: | www.wilhelmsenpremier.com |
| | Norway | Enterprise No: | NO 810 006 862 MVA |

USS-UBS International
50 Borthwick Avenue
Murairre, QLD 4172
AUSTRALIA

HMB

Date
18. May 2007

**Vessel:** SS Cape Jacob
**Port:** Sasebo
**Date of Delivery:** 01.05.07
**Vat reg. no.:**

**Invoice No.** 28224
**Order No.** 15779BY
**Due Date** 31.05.07

| Product | Specification details | Quantity | Unit Price Ex | Amount |
|---|---|---|---|---|
| 180CST | RME 180 | 1 399,180 MT | 432,00 | 604 445,76 |
| | | Total USD | | 604 445,76 |
| | | VAT Amount | | 0,00 |
| | | Total USD Incl. VAT | | 604 445,76 |

Without any charges to us, please pay to:
Nordea Bank Finland Plc, London Branch
Account: 59955102
SWIFT : NDEAGB2L, IBAN: GB10NDEA40487859955102
Beneficiary: Wilhelmsen Premier Marine Fuels AS

Cheques are not acceptable.
We reserve the right to charge 1,5% interest monthly in the event of delayed payment

Best regards

Wilhelmsen Premier Marine Fuels AS