Case 1:07-cv-05798-CM-HBP    Document 21-4    Filed 09/20/2007    Page 1 of 18

(DTG from LOGREQ copy of e-mail or LOGREQ from vessel to husbanding agent, etc.) of the order requirement initiated by the U.S. Government vessel.

      (3) **WRITTEN DELIVERY ORDERS.** For <u>all</u> orders, the appropriate ordering office/officer will provide a signed, written order--

          (i) A Department of Defense (DD) Form 1155 for DoD agencies;
          (ii) An Optional Form (OF) 347 for all Federal/Civilian Agencies;
          (iii) A Commerce Department (CD) Form 404 for the National Oceanic and Atmospheric Administration; or
          (iv) An SF 1449 for all of the above--

to the Contractor or its designee in place of or after issuing the above-described oral order. The written delivery order will be provided to the Contractor, or its designee, prior to or at completion of delivery; however, Contractors are highly encouraged to request the written delivery order prior to completion of the delivery if not already received. The order form must, at a minimum, include the contract number, Contractor's name and address, contract line item number, payment office, signature of the Ordering Officer, ships' ordering and payment information, and quantity of fuel ordered. In the event a written delivery order is not provided after delivery, the Contractor shall promptly contact the DESC Contracting Officer for assistance. The ordering office's failure to issue written confirmation, or the Contractor's failure to receive written confirmation, does not relieve the Contractor from its obligation to perform in accordance with the oral order.

      (4) **SHIPS' BUNKERS EASY ACQUISITION (SEA) CARD.** The SEA Card Order Management System (SCOMS) is an Internet-based operating system that automates ordering, receipt, delivery and invoicing for all bunkers contract transactions. Orders issued via SCOMS satisfy the requirements for written delivery orders set forth above. The Contractor agrees to use the automated SCOMS system for all orders placed using SEA Card processes. In the event the Ordering Officer cannot access the web-based system to place an order, a verbal order will be placed with the SEACARD 24-hour HELP DESK at 1-866-308-5475. The Help Desk will process the Order to the Contractor and follow up with data input assistance before the close of the following business day. For orders not placed using SEA Card processes, , the manual procedures outlined in paragraph (3) are authorized. Other than the SEA Card, credit cards of any type shall <u>not</u> be used to create a delivery order under this contract.

    (h) **DELIVERY ORDER LIMITATIONS.**

      (1) **MINIMUM ORDER.** When the Government requires supplies or services covered by this contract in an amount less than the minimum quantity applicable to the method of delivery called for by the item(s) as specified in the Schedule, the Government shall not be obligated to purchase, nor the Contractor obligated to furnish, such supplies or services under this contract. Where the Contractor receives such an order, the Contractor may choose to fulfill the order under the Contract terms and conditions or refuse the order. Refused orders will revert to the SCOMS system for an open-market purchase. Refusal by the Contractor to supply within its contract price/terms will not preclude the contractor from being competitively solicited under SCOMS for the open market purchase.

      (2) **MAXIMUM ORDER.** The Contractor shall not be obligated to honor any order for a single item, or any series of orders from the same ordering office in the course of 30 days, that exceeds the limitations listed below:

          (i) For items calling for delivery as ships' bunkers by barge or pipeline--

| TOTAL ESTIMATED QUANTITY OF ITEM | LIMITATION |
| --- | --- |
| Less than 500,000 USG/1,700 MT | The total estimated quantity |
| 500,000 to 2,500,000 USG/1,700 to 8,700 MT | 500,000 USG/1,700 MT or 50% of the total estimated quantity, whichever is greater |
| More than 2,500,000 USG/8,700 MT | 1,250,000 USG/4,350 MT or 25% of the total estimated quantity, whichever is greater |

          (ii) For items calling for delivery by truck--

| TOTAL ESTIMATED QUANTITY OF ITEM | LIMITATION |
| --- | --- |
| Less than 100,000 USG/350 MT | The total estimated quantity |
| 100,000 to 500,000 USG/350 - 1,700 MT | 100,000 USG/350 MT or 50% of the total estimated quantity, whichever is greater |

| More than 500,000 USG/1,700 MT | 250,000 USG/870 MT or 25% of the total estimated quantity, whichever is greater |

Where the Contractor receives such an order, the Contractor may choose to fulfill the order under the Contract terms and conditions or refuse the order. Refused orders will revert to the SCOMS system for an open-market purchase. Refusal by the Contractor to supply within its contract price/terms will not preclude the contractor from being competitively solicited under SCOMS for the open market purchase.

(i) **DELIVERY AND ORDERING PERIODS.** The period during which the Government may order and the Contractor shall deliver, if ordered, will be as specified below unless the Schedule specifies otherwise.
(1) **ORDERS:** The ordering period begins: **1 OCTOBER 2006** and ends: **30 SEPTEMBER 2011.**
(2) **DELIVERIES:** The delivery period begins: **1 OCTOBER 2006** and ends: **31 OCTOBER 2011**.
(3) **FOR ALL ITEMS.** Notwithstanding the foregoing paragraphs, if the Government requests and the Contractor agrees to honor an order outside the delivery limitations set forth above and/or the minimum advance delivery order notice, the order will be bound to the terms, conditions, and price(s) established in the contract. The Contractor shall honor any written or oral order(s) outside the delivery order limitations set forth above or agreed to by the parties within the contract, unless the Contractor rejects the order(s) by notifying the issuing office immediately upon its receipt, as prescribed below, but no later than 24 hours from the time of its issuance. If the order is issued on a weekend and/or holiday and it falls outside the delivery order limitations, the Contractor has until noon of the next business day to reject the order.

**Contractor Notification:** The Contractor's rejection notice must be given first verbally, by calling the ordering office, followed by a written notification, which should preferably be sent via facsimile. The Contractor's written notice of rejection must clearly state (1) the intent not to deliver the ordered item(s) and (2) the reasons for rejection, and must be accompanied with the written order, if there is one. Upon receipt of the Contractor's verbal notice of rejection, the Government may secure the supplies from another source. The Government is not required to order a part of any one requirement from the Contractor when such requirement falls outside the advance delivery order notice and/or delivery order limitations set forth in this clause or agreed to by the parties within the contract. For orders placed via SCOMS, any rejection by the Contractor will be input into the system and will revert to a SEACARD open-market purchase. The Contractor will not be precluded from participating in the open market purchase. .
(5) **FOR ALL ORDERS.** The Government must place orders during the Contractor's normal business operating hours for receipt of orders for a delivery to occur on a weekend and/or holiday. If an order for a delivery that is urgently required on a weekend and/or holiday cannot be placed during the Contractor's normal operating hours for receipt of orders, the Government shall first verbally contact the Contractor for offer of said order. If the Contractor verbally elects to not accept said order, the Government shall document as such and the order will revert to an open market purchase.

(j) **ORDERING POINT(S) OF CONTACT.** Due to vessel missions, it is imperative that Contractor's be reachable **at all times** for order placement and timely deliveries. To ensure prompt delivery of the supplies to be furnished for ships' bunker requirements, the Contractor **shall** provide a primary and/or alternate point of contact for receipt of orders 24 hours a day, 7 days a week, for each item listed below. Complete telephone and facsimile numbers including country and/or area codes are requested. Alternative numbers, such as beepers, pagers, cell phones, etc., are also requested. The Contractor may, at its option, assign a Contractor designee at each delivery location as the point of contact, provided the designee agrees to act as the Contractor's representative for this purpose. The following table shall be used for order placement for ships' bunkers:

| Item Number | Contact Person and Location | Complete Telephone Number | Complete Facsimile Number | E-Mail Address | Normal Operating Hours and Days for Orders | Deliveries |
|---|---|---|---|---|---|---|

(k) **OVERTIME.** If delivery cannot be made during the Contractor's normal operating hours, as set forth in paragraph (j) above, the Contractor shall continue with or initiate deliveries during other than normal operating hours as requested by the vessel's officer with Ordering Officer authority or, in such instances, as authorized in writing by the Contracting Officer. The Contractor shall provide applicable overtime documents, showing date and time overtime commenced and concluded, to the Receiving Officer who shall certify that said charges have been incurred. In the event that overtime may apply for deliveries outside of the operating hours and days cited in paragraph (j) above, the Contractor must advise of such time factors and the overtime rate per hour that shall apply per item.
(1) SEA Card Order Management System (SCOMS) Orders:
(i) Charges for overtime are deemed ancillary, non-fuel charges and are the responsibility of the activity incurring them. In accordance with Clause G153.100, the Contractor shall invoice these charges using SCOMS, upon approval by the activity, the CCP will pay the Contractor and the CCP will then bill the receiving activity.

    (ii) In the event that the incurring activity disputes the charge(s), the Contractor may submit a claim to the Contracting Officer. The Contractor may include the SCOMS processing fee as part of its claim, which must be clearly identified and expressed as a whole number, **not** a percentage.
   (2) Non-SCOMS Orders:
    (i) The Government agrees to reimburse the Contractor for overtime payment costs associated with deliveries made outside the Contractor's normal operating hours in accordance with the schedule below. Notwithstanding the rates set forth below, the Government will not pay more than the actual rate charged by the common carrier or the rate the Contractor normally charges its regular commercial customers, whichever is lower.

   (3) Overtime Rates:

| Item Number | Hours & Days Outside of Normal Delivery | Rate per hour |
|---|---|---|
| | | |

**NOTE:** U.S. Navy and some port regulations may prohibit deliveries from occurring at nighttime. Further, some vessels carrying ammunition or other cargoes considered hazardous may not be allowed to enter certain ports (pier-side) during specific hours or not at all, requiring deliveries at non-peak times and/or at anchorage, respectively.

  (l) **RECEIPTS.**

   **(1) For SCOMS deliveries, all receipts for fuel will be entered into the SEACARD system. However, the Contractor must keep all records for a period of 6 years and 3 months after final payment in accordance with FAR 4.805.**
   (2) For non-SCOMS deliveries, upon completion of the fuel delivery, the Contractor, or the Contractor's designee, shall prepare a commercial receipt. A commercial receipt is defined as a commercial bunker receipt, a commercial bill of lading, and/or delivery ticket for the exact type of fuel under contract. The Contractor shall then, and in the presence of the Government representative at the time of the delivery, clearly annotate on the commercial receipt, in English--
    (i) The exact type of fuel delivered, which must match the contract item;
    (ii) The date and time of the delivery commencement and completion;
    (iii) The Government vessel's name;
    (iv) The delivered fuel temperature; and
    (v) The net delivery quantity.
   (2) **FOR DOMESTIC DISTILLATE CONTRACTS ONLY.** If the fuel was dyed in accordance with U.S. Government environmental and revenue requirements, this must also be cited on the commercial receipt.
   (3) The receiving vessel's representative shall certify the commercial receipt, acknowledging receipt and acceptance of the fuel type, net quantity, date of fuel receipt, and sign for fuel acceptance. A legible copy of the commercial receipt will be provided to the receiving vessel. It is imperative that the receipt be annotated for the same type of fuel under contract.
   (4) Alternatively, the receiving vessel's representative may utilize the ordering document to certify receipt and acceptance of the fuel type and quantity when a commercial receipt is not available; provided there will be no recurring deliveries against that order. **Certification of acceptance is accomplished when the vessel's representative (i) encircles the ordered quantity, (ii) annotates the received net quantity beneath the encircled quantity, and then (iii) dates and (iv) signs the receipt portion of the ordering document. WITHOUT ALL FOUR OF THE AFOREMENTIONED PROVISIONS, THE ORDER DOCUMENT CANNOT BE USED FOR RECEIPT CERTIFICATION.** If available, the ships' stamp shall be annotated on the order form. For SEACARD automated system, the authorized Receiving Officer of the vessel will input the exact quantity received.
   (5) Whichever documentation is used, the Contractor or its representative shall ensure the vessel's representative annotates the actual net quantity received utilizing the contracted unit of issue, i.e., U.S. gallons for domestic locations and metric tons for overseas locations. The vessel's representative shall return the certified receipt documentation to the Contractor or the Contractor's designee, prior to departure. The vessel's representative shall retain a copy for the vessel's records.
  (m) **ADDITIONAL INFORMATION.**
   (1) Does your company have world wide web/internet access?  [  ] Yes  [  ] No
   **NOTE:** For those companies with internet access, DESC will not issue paper copies of price change modifications for any resultant contract as these same price changes are available on the DESC Home Page at **http://www.desc.dla.mil/main/doinbusi.htm**.
   (2) Does your company have a web site?  [  ] Yes  [  ] No

Case 1:07-cv-05798-CM-HBP   Document 21-4   Filed 09/20/2007   Page 4 of 18

        If yes, what is the web address? _____
    (3) Does your company have e-mail capability?   [   ] Yes   [   ] No.
        If yes, what is your e-mail address? _____
    (4) May initial fuel orders be transmitted to this e-mail address?   [   ] Yes   [   ] No
        **Note: Order placement in this manner shall require immediate confirmation of receipt by the Contractor to the ordering activity.**
    (5) What is your company's Dun and Bradstreet number? _____

    (n) **NOTES FOR THE (RFP/CONTRACT).**

**OFFERORS MUST SUBMIT PROOF WITH OFFER THAT THEIR USCG CERTIFICATION TO DELIVER IN EACH PORT OFFERED IS CURRENT AND WILL KEEP THEIR CERTIFICATIONS CURRENT DURING THE LIFE OF THE CONTRACT.**
                                                (DESC 52.207-9F30)

    (1) All estimated quantities represent approximately five-year quantities. Offers per item must be for the total quantity solicited for the entire period. Any resultant contract shall be a Requirements-Type Contract per Clause I84.
    (2) In the event of an emergency during non-duty hours (nights, weekends, and holidays) please contact the DESC Operations Center at (703) 767-8420.

**NOTE:** Offer prices must be "as delivered." Prices should include all delivery costs, applicable taxes (except those to be listed separately on invoices), and any other charges, given in US dollars per Metric Ton.

I1.03-5       **CONTRACT TERMS AND CONDITIONS - COMMERCIAL ITEMS (BUNKERS) (DESC JAN 2006)**
    (a) **INSPECTION/ACCEPTANCE.** The Contractor shall only tender for acceptance those items that conform to the requirements of this contract. The Government reserves the right to inspect or test any supplies or services that have been tendered for acceptance. The Government may require repair or replacement of nonconforming supplies or reperformance of nonconforming services at no increase in contract price. The Government must exercise its post-acceptance rights (1) within a reasonable time after the defect was discovered or should have been discovered; and (2) before any substantial change occurs in the condition of the item, unless the change is due to the defect in the item. **Also see the Addendum.**
    (b) **ASSIGNMENT.** The Contractor or its assignee may assign its rights to receive payment due as a result of performance of this contract, to a bank, trust company, or other financing institution, including any Federal lending agency in accordance with the Assignment of Claims Act (31 U.S.C. 3727). However, when a third party makes a payment (e.g., use of the Government-wide commercial purchase card), the Contractor may not assign its right to receive payment under this contract.
    (c) **CHANGES. See the CHANGES – FIXED-PRICE clause in the Addendum.**
    (d) **DISPUTES.** This contract is subject to the Contract Disputes Act of 1978, as amended (41 U.S.C. 601-613). Failure of the parties to this contract to reach agreement on any request for equitable adjustment, claim, appeal or action arising under or relating to this contract shall be a dispute to be resolved in accordance with the clause at FAR 52.233-1, DISPUTES, which is incorporated herein by reference. The Contractor shall proceed diligently with performance of this contract, pending final resolution of any dispute arising under the contract.
    (e) **DEFINITIONS.** The clause at FAR 52.202-1, DEFINITIONS, is incorporated herein by reference.
    (f) **EXCUSABLE DELAYS.** The Contractor shall be liable for default unless nonperformance is caused by an occurrence beyond the reasonable control of the Contractor and without its fault or negligence, such as acts of God or the public enemy, acts of the Government in either it s sovereign or contractual capacity, fires, floods, epidemics, quarantine restrictions, strikes, unusually severe weather, and delays of common carriers. The Contractor shall notify the Contracting Officer in writing as soon as it is reasonably possible after the commencement of any excusable delay, setting forth the full particulars in connection therewith, shall remedy such occurrence with all reasonable dispatch, and shall promptly give written notice to the Contracting Officer of the cessation of such occurrence.
    (g) **INVOICE.** The Contractor shall submit an original invoice and three copies (or electronic invoice, if authorized) to the address designated in the contract to receive invoices. An invoice must include--
        (1) Name and address of the Contractor;
        (2) Invoice date and number;
        (3) Contract number, contract line item number, and, if applicable, the order number;
        (4) Description, quantity, unit of measure, unit price, and extended price of the items delivered;

(5) Shipping number and date of shipment including the bill of lading number and weight of shipment if shipped on Government bill of lading;

(6) Terms of any prompt payment discount offered;

(7) Name and address of official to whom payment is to be sent; and

(8) Name, title, and phone number of person to be notified in event of defective invoice.

(9) **Taxpayer Identification Number (TIN).** The Contractor shall include its TIN on the invoice only if required elsewhere in this contract.

(10) **Electronic funds transfer (EFT) banking information.**

(i) The Contractor shall include EFT banking information on the invoice only if required elsewhere in this contract.

(ii) If EFT banking information is not required to be on the invoice, in order for the invoice to be a proper invoice, the Contractor shall have submitted correct EFT banking information in accordance with the applicable solicitation provision, contract clause (e.g., 52.232-33, Payment by Electronic Funds Transfer – Central Contractor Registration, or 52.232-34, Payment by Electronic Funds Transfer – Other Than Central Contractor Registration), or applicable agency procedures.

(iii) EFT banking information is not required if the Government waived the requirement to pay by EFT.

Invoices will be handled in accordance with the Prompt Payment Act (31 U.S.C. 3903) and Office of Management and Budget (OMB) prompt payment regulations at 5 CFR part 1315. **Also see the Addendum.**

(h) **PATENT INDEMNITY.** The Contractor shall indemnify the Government and its officers, employees and agents against liability, including costs, for actual or alleged direct or contributory infringement of, or inducement to infringe, any United States or foreign patent, trademark or copyright, arising out of the performance of this contract, provided the Contractor is reasonably notified of such claims and proceedings.

(i) **PAYMENT.**

(1) **Items accepted.** Payment shall be made for items accepted by the Government that have been delivered to the delivery destinations set forth in this contract.

(2) **Prompt payment.** The Government will make payment in accordance with the Prompt Payment Act (31 U.S.C 3903) and prompt payment regulations at 5 CFR part 1315.

(3) **Electronic Funds Transfer (EFT).** If the Government makes payment by EFT, see 52.212-5(b) for the appropriate EFT clause.

(4) **Discount.** In connection with any discount offered for early payment, time shall be computed from the date of the invoice. For the purposes of computing the discount earned, payment shall be considered to have been made on the date which appears on the payment check or the specified payment date if an electronic funds transfer payment is made.

(5) **Overpayments.** If the Contractor becomes aware of a duplicate contract financing or invoice payment or that the Government has otherwise overpaid on a contract financing or invoice payment, the Contractor shall immediately notify the Contracting Officer and request instructions for disposition of the overpayment.

(j) **RISK OF LOSS.** Unless the contract specifically provides otherwise, risk of loss or damage to the supplies provided under this contract shall remain with the Contractor until, and shall pass to the Government upon--

(1) Delivery of the supplies to a carrier, if transportation is f.o.b. origin; or

(2) Delivery of the supplies to the Government at the destination specified in the contract, if transportation is f.o.b. destination.

(k) **TAXES. See the Addendum.**

(l) **TERMINATION FOR THE GOVERNMENT'S CONVENIENCE.** The Government reserves the right to terminate this contract, or any part thereof, for its sole convenience. In the event of such termination, the Contractor shall immediately stop all work hereunder and shall immediately cause any and all of its suppliers and subcontractors to cease work. Subject to the terms and conditions of this contract, the Contractor shall be paid a percentage of the contract price reflecting the percentage of the work performed prior to the notice of termination, plus reasonable charges the Contractor can demonstrate to the satisfaction of the Government using its standard record keeping system, have resulted from the termination The Contractor shall not be required to comply with the cost accounting standards or contract cost principles for this purpose. This paragraph does not give the Government any right to audit the Contractor's records. The Contractor shall not be paid for any work performed or costs incurred which reasonably could have been avoided.

(m) **TERMINATION FOR CAUSE.** The Government may terminate this contract, or any part hereof, for cause in the event of any default by the Contractor, or if the Contractor fails to comply with any contract terms and conditions, or fails to provide the Government, upon request, with adequate assurances of future performance. In the event of termination for cause, the Government shall not be liable to the Contractor for any amount for supplies or services not accepted, and the Contractor shall be liable to the Government for any and all rights and remedies provided by law. If it is determined that the Government improperly terminated this contract for default, such termination shall be deemed a termination for convenience.

(n) **TITLE.** Unless specified elsewhere in this contract, title to items furnished under this contract shall pass to the Government upon acceptance, regardless of when or where the Government takes physical possession.

(o) **WARRANTY.** The Contractor warrants and implies that the items delivered hereunder are merchantable and fit for use for the particular purpose described in this contract.

(p) **LIMITATION OF LIABILITY.** Except as otherwise provided by an express warranty, the Contractor will not be liable to the Government for consequential damages resulting from any defect or deficiencies in accepted items.

(q) **OTHER COMPLIANCES.** The Contractor shall comply with all applicable Federal, State, and local laws, executive orders, rules, and regulations applicable to its performance under this contract.

(r) **COMPLIANCE WITH LAWS UNIQUE TO GOVERNMENT CONTRACTS.** The Contractor agrees to comply with 31 U.S.C. 1352 relating to limitations on the use of appropriated funds to influence certain Federal contracts; 18 U.S.C. 431 relating to officials not to benefit; 40 U.S.C. 3701 et seq., Contract Work Hours and Safety Standards Act; 41 U.S.C. 51-58, Anti- Kickback Act of 1986, 41 U.S.C. 265 and 10 U.S.C. 2409 relating to whistle blower protections; 49 U.S.C. 40118, Fly American; and 41 U.S.C. 423 relating to procurement integrity.

(s) **ORDER OF PRECEDENCE.** Any inconsistencies in this solicitation or contract shall be resolved by giving precedence in the following order:

(1) The schedule of supplies/services;
(2) The Assignments; Disputes, Payments; Invoices; Other Compliances; and Compliance with Laws Unique to Government Contracts paragraphs of this clause;
(3) The clause at 52.212-5;
(4) Addenda to this solicitation or contract, including any license agreements for computer software;
(5) Solicitation provisions if this is a solicitation;
(6) Other paragraphs of this clause;
(7) Standard Form 1449;
(8) Other documents, exhibits, and attachments; and
(9) The specification.

(t) **CENTRAL CONTRACTOR REGISTRATION (CCR).** See the CENTRAL CONTRACTOR REGISTRATION (ALTERNATE A) clause.

(FAR 52.212-4, tailored/DESC 52.212-9F45)

I1.04   **CONTRACT TERMS AND CONDITIONS REQUIRED TO IMPLEMENT STATUTES OR EXECUTIVE ORDERS – COMMERCIAL ITEMS (FEB 2006)**

(a) The Contractor shall comply with the following Federal Acquisition Regulation (FAR) clause, which is incorporated in this contract by reference, to implement provisions of law or Executive orders applicable to acquisitions of commercial items:

(1) 52.233-3, Protest After Award (Aug 1996) (31 U.S.C. 3553).
(2) 52.233-4, Applicable Law for Breach of Contract Claim (Oct 2004) (Pub. L. 108-77, 108-78).

(b) The Contractor shall comply with the FAR clauses in this paragraph (b) that the Contracting Officer has indicated as being incorporated in this contract by reference to implement provisions of law or Executive orders applicable to acquisitions of commercial items:

**[Contracting Officer shall check as appropriate.]**

[ X ]   (1) 52.203-6, Restrictions on Subcontractor Sales to the Government (Jul 1995), with Alternate I (Oct 1995) (41 U.S.C. 253g and 10 U.S.C. 2402).

[   ]   (2) 52.219-3, Notice of Total HUBZone Set-Aside (Jan 1999) (15 U.S.C. 657a).

[   ]   (3) 52.219-4, Notice of Price Evaluation Preference for HUBZone Small Business Concerns (Jul 2005) (if the offeror elects to waive the preference, it shall so indicate in its offer.) (15 U.S.C. 657a).

[   ]   (4) (i) 52.219-6, Notice of Total Small Business Set-Aside (Jun 2003) (15 U.S.C. 644).
        [   ] (ii) Alternate I (Oct 1995) of 52.219-6.
        [   ] (iii) Alternate II (Mar 2004) of 52.219-6.

[   ]   (5) (i) 52.219-7, Notice of Partial Small Business Set-Aside (Jun 2003) (15 U.S.C. 644).
        [   ] (ii) Alternate I (Oct 1995) of 52.219-7.

[ ] (iii) Alternate II (Mar 2004) of 52.219-7.

[ ] (6) 52.219-8, Utilization of Small Business Concerns (May 2004) (15 U.S.C. 637(d)(2) and (3)).

[ X ] (7) (i) 52.219-9, Small Business Subcontracting Plan (Jul 2005) (15 U.S.C. 637 (d)(4)).
[ ] (ii) Alternate I (Oct 2001) of 52.219-9.
[ ] (iii) Alternate II (Oct 2001) of 52.219-9.

[ X ] (8) 52.219-14, Limitations on Subcontracting (Dec 1996) (15 U.S.C. 637(a)(14)).

[ ] (9) (i) 52.219-23, Notice of Price Evaluation Adjustment for Small Disadvantaged Business Concerns (Sep 2005) (10 U.S.C. 2323) (if the offeror elects to waive the adjustment, it shall so indicate in its offer).
[ ] (ii) Alternate I (Jun 2003) of 52.219-23.

[ ] (10) 52.219-25, Small Disadvantaged Business Participation Program – Disadvantaged Status and Reporting (Oct 1999) (Pub. L. 103-355, section 7102, and 10 U.S.C. 2323).
[ ] (11) 52.219-26, Small Disadvantaged Business Participation Program – Incentive Subcontracting (Oct 2000) (Pub. L. 103-355, section 7102, and 10 U.S.C. 2323).

[ ] (12) 52.219-27, Notice of Total Service-Disabled Veteran-Owned Small Business Set-Aside (May 2004).

[ ] (13) 52.222-3, Convict Labor (Jun 2003) (E.O. 11755).

[ ] (14) 52.222-19, Child Labor – Cooperation with Authorities and Remedies (Jan 2006) (E.O. 13126).

[ X ] (15) 52.222-21, Prohibition of Segregated Facilities (Feb 1999).

[ X ] (16) 52.222-26, Equal Opportunity (Apr 2002) (E.O. 11246).

[ X ] (17) 52.222-35, Equal Opportunity for Special Disabled Veterans, Veterans of the Vietnam Era, and Other Eligible Veterans (Dec 2001) (38 U.S.C. 4212).

[ X ] (18) 52.222-36, Affirmative Action for Workers with Disabilities (Jun 1998) (29 U.S.C. 793).

[ X ] (19) 52.222-37, Employment Reports on Special Disabled Veterans, Veterans of the Vietnam Era, and Other Eligible Veterans (Dec 2001) (38 U.S.C. 4212).

[ ] (20) 52.222-39, Notification of Employee Rights Concerning Payment of Union Dues or Fees (Dec 2004) (E.O. 13201).

[ ] (21) (i) 52.223-9, Estimate of Percentage of Recovered Material Content for EPA-Designated Products (Aug 2000) (42 U.S.C. 6962(c)(3)(A)(ii)).
[ ] (ii) Alternate I (Aug 2000) of 52.223-9 (42 U.S.C. 6962(i)(2)(C)).

[ ] (22) 52.225-1, Buy American Act – Supplies (Jun 2003) (41 U.S.C. 10a-10d).

[ ] (23) (i) 52.225-3, Buy American Act – Free Trade Agreements – Israeli Trade Act (Jan 2006) (41 U.S.C 10a-10d, 19 U.S.C. 3301 note, 19 U.S.C. 2112 note, Pub. L. 108-77, 108-78, 108-286).
[ ] (ii) Alternate I (Jan 2004) of 52.225-3.
[ ] (iii) Alternate II (Jan 2004) of 52.225-3.

[ ] (24) 52.225-5, Trade Agreements (Jan 2006) (19 U.S.C 2501, et seq., 19 U.S.C. 3301 note).

[ ] (25) 52.225-13, Restriction on Certain Foreign Purchases (Feb 2006) (E.o.s, proclamations, and statutes administered by the Office of Foreign Assets Control of the Department of the Treasury).

[ ] (26) 52.225-15, Sanctioned European Union Country End Products (Feb 2000) (E.O. 12849).

[ ] (27) 52.225-16, Sanctioned European Union Country Services (Feb 2000) (E.O. 12849).

[ ] (28) 52.232-29, Terms for Financing of Purchases of Commercial Items (Feb 2002) (41 U.S.C. 255(f), 10 U.S.C. 2307(f)).

[ X ] (29) 52.232-30, Installment Payments for Commercial Items (Oct 1995) (41 U.S.C. 255(f), 10 U.S.C. 2307(f)).

[ X ] (30) 52.232-33, Payment by Electronic Funds Transfer – Central Contractor Registration (Oct 2003) (31 U.S.C. 3332).

[ ] (31) 52.232-34, Payment by Electronic Funds Transfer – Other Than Central Contractor Registration (May 1999) (31 U.S.C. 3332).

[ ] (32) 52.232-36, Payment by Third Party (May 1999) (31 U.S.C. 3332).

[ ] (33) 52.239-1, Privacy or Security Safeguards (Aug 1996) (5 U.S.C. 552a).

[ ] (34) (i) 52.247-64, Preference for Privately Owned U.S.-Flag Commercial Vessels (Feb 2006) (46 U.S.C. Appx. 1241(b) and 10 U.S.C. 2631).
[ ] (ii) Alternate I (Apr 2003) of 52.247-64.

(c) The Contractor shall comply with the FAR clauses in this paragraph (c), applicable to commercial services, that the Contracting Officer has indicated as being incorporated in this contract by reference to implement provisions of law or executive orders applicable to acquisitions of commercial items:

**[Contracting Officer shall check as appropriate.]**

[ ] (1) 52.222-41, Service Contract Act of 1965, as Amended (Jul 2005) (41 U.S.C. 351, *et seq.*).

[ ] (2) 52.222-42, Statement of Equivalent Rates for Federal Hires (May 1989) (29 U.S.C. 206 and 41 U.S.C. 351, *et seq.*).

[ ] (3) 52.222-43, Fair Labor Standards Act and Service Contract Act – Price Adjustment (Multiple Year and Option Contracts) (May 1989) (29 U.S.C. 206 and 41 U.S.C. 351, *et seq.*).

[ ] (4) 52.222-44, Fair Labor Standards Act and Service Contract Act – Price Adjustment (Feb 2002) (29 U.S.C. 206 and 41 U.S.C. 351, *et seq.*).

[ ] (5) 52.222-47, SCA Minimum Wages and Fringe Benefits Applicable to Successor Contract Pursuant to Predecessor Contractor Collective Bargaining Agreement (CBA) (May 1989) (41 U.S.C. 351, *et seq.*).

(d) **COMPTROLLER GENERAL EXAMINATION OF RECORD.** The Contractor shall comply with the provisions of this paragraph (d) if this contract was awarded using other than sealed bid, is in excess of the simplified acquisition threshold, and does not contain the clause at 52.215-2, AUDIT AND RECORDS -- NEGOTIATION.
(1) The Comptroller General of the United States, or an authorized representative of the Comptroller General, shall have access to and right to examine any of the Contractor's directly pertinent records involving transactions related to this contract.
(2) The Contractor shall make available at its offices at all reasonable times the records, materials, and other evidence for examination, audit, or reproduction, until 3 years after final payment under this contract or for any shorter period specified in FAR Subpart 4.7, Contractor Records Retention, of the other clauses of this contract. If this contract is completely or partially terminated, the records relating to the work terminated shall be made available for 3 years after any resulting final termination settlement. Records relating to appeals under the DISPUTES clause or to litigation or the settlement of claims arising under or relating to this contract shall be made available until such appeals, litigation, or claims are finally resolved.
(3) As used in this clause, records include books, documents, accounting procedures and practices, and other data, regardless of type and regardless of form. This does not require the Contractor to create or maintain any record that the Contractor does not maintain in the ordinary course of business or pursuant to a provision of law.

(e) (1) Notwithstanding the requirements of the clauses in paragraphs (a), (b), (c) and (d) of this clause, the Contractor is not required to flow down any FAR clause, other than those in paragraphs (i) through (vii) of this paragraph, in a subcontract for commercial items. Unless otherwise indicated below, the extent of the flow down shall be as required by the clause--

    (i) 52.219-8, Utilization of Small Business Concerns (May 2004) (15 U.S.C. 637(d)(2) and (3)), in all subcontracts that offer further subcontracting opportunities. If the subcontract (except subcontracts to small business concerns) exceeds $500,000 ($1,000,000 for construction of any public facility), the subcontractor must include 52.219-8 in lower tier subcontracts that offer subcontracting opportunities.

    (ii) 52.222-26, Equal Opportunity (Apr 2002) (E.O. 11246).

    (iii) 52.222-35, Equal Opportunity for Special Disabled Veterans, Veterans of the Vietnam Era, and Other Eligible Veterans, (Dec 2001) (38 U.S.C. 4212).

    (iv) 52.222-36, Affirmative Action for Workers with Disabilities (Jun 1998) (29 U.S.C. 793).

    (v) 52.222-39, Notification of Employee Rights Concerning Payment of Union Dues or Fees (Dec 2004) (E.O. 13201).

    (vi) 52.222-41, Service Contract Act of 1965, as Amended (Jul 2005), flow down required for all subcontracts subject to the Service Contract Act of 1965 (41 U.S.C. 351, et. seq.).

    (vii) 52.247-64, Preference for Privately Owned U.S.-Flag Commercial Vessels (Feb 2006) (46 U.S.C. Appx. 1241(b) and 10 U.S.C. 2631). Flow down required in accordance with paragraph (d) of FAR clause 52.247-64.

    (2) While not required, the Contractor may include in its subcontracts for commercial items a minimal number of additional clauses necessary to satisfy its contractual obligations.

(FAR 52.212-5)

**I1.05    CONTRACT TERMS AND CONDITIONS REQUIRED TO IMPLEMENT STATUTES OR EXECUTIVE ORDERS APPLICABLE TO DEFENSE ACQUISITIONS OF COMMERCIAL ITEMS (SEP 2005)**

(a) The Contractor agrees to comply with the following Federal Acquisition Regulation (FAR) clause which, if checked, is included in this contract by reference to implement a provision of law applicable to acquisitions of commercial items or components.

[ X ] 52.203-3    Gratuities (APR 1984) (10 U.S.C. 2207)

(b) The Contractor agrees to comply with any clause that is checked on the following list of Defense FAR Supplement clauses which, if checked, is included in this contract by reference to implement provisions of law or Executive orders applicable to acquisitions of commercial items or components.

[ ] 252.205-7000    Provision of Information to Cooperative Agreement Holders (DEC 1991) (10 U.S.C. 2416).

[ X ] 252.219-7003    Small, Small Disadvantaged and Women-Owned Small Business Subcontracting Plan (DoD Contracts) (APR 1996) (15 U.S.C. 637).

[ ] 252.219-7004    Small, Small Disadvantaged and Women-Owned Small Business Subcontracting Plan (Test Program) (JUN 1997) (15 U.S.C. 637 note).

[ ] 252.225-7001    Buy American Act and Balance of Payments Program (JUN 2005) (41 U.S.C. 10a-10d, E.O. 10582).

[ ] 252.225-7012    Preference for Certain Domestic Commodities (JUN 2004) (10 U.S.C. 2533a).

[ ] 252.225-7014    Preference for Domestic Specialty Metals (JUN 2005) (10 U.S.C. 2533a).

[ ] 252.225-7015    Restriction on Acquisition of Hand or Measuring Tools (JUN 2005) (10 U.S.C. 2533a).

[ ] 252.225-7016    Restriction on Acquisition of Ball and Roller Bearings (JUN 2005); ([ ] Alternate I (APR 2003)) (10 U.S.C. 2534 and Section 8099 of Pub. L. 104-61 and similar sections in subsequent DoD appropriations acts).

[ ] 252.225-7021    Trade Agreements (JUN 2005) (19 U.S.C. 2501-2518 and 19 U.S.C. 3301 note).

[ ] 252.225-7027    Restriction on Contingent Fees for Foreign Military Sales (APR 2003) (22 U.S.C. 2779).

| | | |
|---|---|---|
| [ ] | 252.225-7028 | Exclusionary Policies and Practices of Foreign Governments (APR 2003) (22 U.S.C. 2755). |
| [ X ] | 252.225-7036 | Buy American Act – Free Trade Agreements – Balance of Payments Program (JUN 2005); ( [ ] Alternate I (JAN 2005)) (41 U.S.C. 10a-10d and 19 U.S.C. 3301 note). |
| [ ] | 252.225-7038 | Restriction on Acquisition of Air Circuit Breakers (JUN 2005) (10 U.S.C. 2534(a)(3)). |
| [ ] | 252.226-7001 | Utilization of Indian Organizations, Indian-Owned Economic Enterprises, and Native Hawaiian Small Business Concerns (OCT 2003) (Section 8021 of Pub. L. 107-248). |
| [ ] | 252.227-7015 | Technical Data – Commercial Items (NOV 1995) (10 U.S.C. 2320). |
| [ ] | 252.227-7037 | Validation of Restrictive Markings on Technical Data (SEP 1999) (10 U.S.C. 2321). |
| [ ] | 252.232-7003 | Electronic Submission of Payment Requests (JAN 2004) (10 U.S.C. 2227). |
| [ ] | 252.237-7019 | Training for Contractor Personnel Interacting with Detainees (AUG 2005) (Section 1092 of Pub. L. 108-375). |
| [ X ] | 252.243-7002 | Requests for Equitable Adjustment (MAR 1998) (10 U.S.C. 2410). |
| [ ] | 252.247-7023 | Transportation of Supplies by Sea (MAY 2002); ( [ ] Alternate I (MAR 2000)); ( [ ] Alternate II (MAR 2000)); ( [ ] Alternate III (MAY 2002)) (10 U.S.C. 2631). |
| [ ] | 252.247-7024 | Notification of Transportation of Supplies by Sea (MAR 2000) (10 U.S.C. 2631). |

(c) In addition to the clauses listed in paragraph (e) of the CONTRACT TERMS AND CONDITIONS REQUIRED TO IMPLEMENT STATUTES OR EXECUTIVE ORDERS – COMMERCIAL ITEMS clause of this contract (FAR 52.212-5), the Contractor shall include the terms of the following clauses, if applicable, in subcontracts for commercial items or commercial components, awarded at any tier under this contract:

| | | |
|---|---|---|
| [ ] | 252.225-7014 | Preference for Domestic Specialty Metals, Alternate I (APR 2003) (10 U.S.C. 2533a). |
| [ ] | 252.237-7019 | Training for Contractor Personnel Interacting with Detainees (AUG 2005) (Section 1092 of Pub. L. 108-375). |
| [ ] | 252.247-7023 | Transportation of Supplies by Sea (MAY 2002) (10 U.S.C. 2631). |
| [ ] | 252.247-7024 | Notification of Transportation of Supplies by Sea (MAR 2000) (10 U.S.C. 2631). |

(DFARS 252.212-7001)

K1.01-10   OFFEROR REPRESENTATIONS AND CERTIFICATIONS - COMMERCIAL ITEMS (ALTERNATES I/II) (MAR 2005/APR 2002/OCT 2000)
An offeror shall complete only paragraph (j) of this provision if the offeror has completed the annual representations and certifications electronically at http://orca.bpn.gov. If an offeror has not completed the annual representations and certifications electronically at the ORCA website, the offeror shall complete only paragraphs (b) through (i) of this provision.
   (a) DEFINITIONS. As used in this provision--
      (1) **Emerging small business** means a small business concern whose size is no greater than 50 percent of the numerical size standard for the NAICS code designated.
      (2) **Forced or indentured child labor** means all work or service—
         (i) Exacted from any person under the age of 18 under the menace of any penalty for its nonperformance and for which the worker does not offer himself voluntarily; or
         (ii) Performed by any person under the age of 18 pursuant to a contract, the enforcement of which can be accomplished by process of penalties.

(3) **Service-disabled veteran-owned small business concern**—
    (i) Means a small business concern—
        (A) Not less than 51 percent of which is owned by one or more service-disabled veterans or, in the case of any publicly owned business, not less than 51 percent of the stock of which is owned by one or more service-disabled veterans; and
        (B) The management and daily business operations are controlled by one or more service-disabled veterans or, in the case of a service-disabled veteran with permanent and severe disability, the spouse or permanent caregiver of such veteran.
    (ii) *Service-disabled veteran* means a veteran, as defined in 38 U.S.C. 101(2), with a disability that is service-connected, as defined in 38 U.S.C. 101(16).

(4) **Small business concern** means a concern, including its affiliates, that is independently owned and operated, not dominant in the field of operation in which it is bidding on Government contracts, and qualified as a small business under the criteria in 13 CFR Part 121 and size standards in this solicitation.

(5) **Veteran-owned small business concern means a small business concern**—
    (i) Not less than 51 percent of which is owned by one or more veterans (as defined at 38 U.S.C. 101(2)) or, in the case of any publicly-owned business, not less than 51 percent of the stock of which is owned by one or more veterans, and
    (ii) The management and daily business operations of which are controlled by one or more veterans.

(6) **Women-owned business concern** means a concern that is at least 51 percent owned by one or more women; or in the case of any publicly owned business, at least 51 percent of the stock of which is owned by one or more women; and whose management and daily business operations are controlled by one or more women.

(7) **Women-owned small business concern** means a small business concern--
    (i) That is at least 51 percent owned by one or more women; or, in the case of any publicly owned business, at least 51 percent of the stock of which is owned by one or more women; and
    (ii) Whose management and daily business operations are controlled by one or more women.

(b) **TAXPAYER IDENTIFICATION NUMBER (TIN) (26 U.S.C. 6109, 31 U.S.C. 7701). (Not applicable if the offeror is required to provide this information to a central contractor registration database to be eligible for award.)**
    (1) All offerors must submit the information required in paragraphs (b)(3) through (b)(5) of this provision to comply with debt collection requirements of 31 U.S.C. 7701(c) and 3325(d), reporting requirements of 26 U.S.C. 6041, 6041A, and 6050M, and implementing regulations issued by the Internal Revenue Service (IRS).
    (2) The TIN may be used by the Government to collect and report on any delinquent amounts arising out of the offeror's relationship with the Government (31 U.S.C. 7701(c)(3)). If the resulting contract is subject to the payment reporting requirements described in FAR 4.904, the TIN provided hereunder may be matched with IRS records to verify the accuracy of the offeror's TIN.
    (3) **TAXPAYER IDENTIFICATION NUMBER (TIN).**

        [ ] TIN: _____
        [ ] TIN has been applied for.
        [ ] TIN is not required because:

            [ ] Offeror is a nonresident alien, foreign corporation, or foreign partnership that does not have income effectively connected with the conduct of a trade or business in the U.S. and does not have an office or place of business or a fiscal paying agent in the U.S.
            [ ] Offeror is an agency or instrumentality of a foreign government;
            [ ] Offeror is an agency or instrumentality of a Federal government;

    (4) **TYPE OF ORGANIZATION.**
        [ ] Sole proprietorship;
        [ ] Partnership;
        [ ] Corporate entity (not tax-exempt);
        [ ] Corporate entity (tax-exempt);
        [ ] Government entity (Federal, State, or local);
        [ ] Foreign government;
        [ ] International organization per 26 CFR 1.6049-4;
        [ ] Other: _____.

    (5) **COMMON PARENT.**
        [ ] Offeror is not owned or controlled by a common parent.
        [ ] Name and TIN of common parent:

Name _____

TIN _____

(c) Offerors must complete the following representations when the resulting contract is to be performed in the United States or its outlying areas. Check all that apply.

(1) **SMALL BUSINESS CONCERN.** The offeror represents as part of its offer that it--

[ ] is
[ ] is not

a small business concern.

(2) **VETERAN-OWNED SMALL BUSINESS CONCERN.** (Complete only if the offeror represented itself as a small business concern in paragraph (c)(1) of this provision.) The offeror represents as part of its offer that it—

[ ] is
[ ] is not

a veteran-owned small business concern.

(3) **SERVICE-DISABLED VETERAN-OWNED SMALL BUSINESS CONCERN.** (Complete only if the offeror represented itself as a veteran-owned small business concern in paragraph (c)(2) of this provision.) The offeror represents as part of its offer that it—

[ ] is
[ ] is not

a service-disabled veteran-owned small business concern.

(4) **SMALL DISADVANTAGED BUSINESS CONCERN.** (Complete only if the offeror represented itself as a small business concern in paragraph (c)(1) of this provision.) The offeror represents, for general statistical purposes, that it--

[ ] is
[ ] is not

a small disadvantaged business concern as defined in 13 CFR 124.1002.

(5) **WOMEN-OWNED SMALL BUSINESS CONCERN.** (Complete only if the offeror represented itself as a small business concern in paragraph (c)(1) of this provision.) The offeror represents that it--

[ ] is
[ ] is not

a woman-owned small business concern.

**NOTE:** Complete paragraphs (c)(6) and (c)(7) only if this solicitation is expected to exceed the simplified acquisition threshold.

(6) **WOMEN-OWNED BUSINESS CONCERN (OTHER THAN SMALL BUSINESS CONCERN).** (Complete only if the offeror is a women-owned business concern and did not represent itself as a small business concern in paragraph (c)(1) of this provision.) The offeror represents that it –

[ ] is

a women owned business concern.

(7) **TIE BID PRIORITY FOR LABOR SURPLUS AREA CONCERNS.** If this is an invitation for bid, small business offerors may identify the labor surplus areas in which costs to be incurred on account of manufacturing or production (by offeror or first-tier subcontractors) amount to more than 50 percent of the contract price.

(8) **SMALL BUSINESS SIZE FOR THE SMALL BUSINESS COMPETITIVENESS DEMONSTRATION PROGRAM AND FOR THE TARGETED INDUSTRY CATEGORIES UNDER THE SMALL BUSINESS COMPETITIVENESS DEMONSTRATION PROGRAM.** (Complete only if the offeror has represented itself to be a small business concern under the size standards for this solicitation.)

(i) **(Complete only for solicitations indicated in an addendum as being set-aside for emerging small businesses in one of the designated industry groups (DIGs)).** The offeror represents as part of its offer that it--

[ ] is
[ ] is not

an emerging small business.

(ii) **(Complete only for solicitations indicated in an addendum as being for one of the targeted industry categories (TICs) or designated industry groups (DIGs)).** The offeror represents as follows:

(A) The offeror's number of employees for the past 12 months (check the Employees column if size standard stated in the solicitation is expressed in terms of number of employees); or

(B) The offeror's average annual gross revenue for the last 3 fiscal years (check the Average Annual Gross Number of Revenues column if size standard stated in the solicitation is expressed in terms of annual receipts).

(Check one of the following:)

| NUMBER of EMPLOYEES | AVERAGE ANNUAL GROSS REVENUES |
|---|---|
| [ ] 50 or fewer | [ ] $1 million or less |
| [ ] 51 - 100 | [ ] $1,000,001 - $2 million |
| [ ] 101 - 250 | [ ] $2,000,001 - $3.5 million |
| [ ] 251 - 500 | [ ] $3,500,001 - $5 million |
| [ ] 501 - 750 | [ ] $5,000,001 - $10 million |
| [ ] 751 - 1,000 | [ ] $10,000,001 - $17 million |
| [ ] Over 1,000 | [ ] Over $17 million |

(9) **(Complete only if the solicitation contains the clause at FAR 52.219-23, NOTICE OF PRICE EVALUATION ADJUSTMENT FOR SMALL DISADVANTAGED BUSINESS CONCERNS, or FAR 52.219-25, SMALL DISADVANTAGED BUSINESS PARTICIPATION PROGRAM - DISADVANTAGED STATUS AND REPORTING, and the offeror desires a benefit based on its disadvantaged status.)**

(i) GENERAL. The offeror represents that either--

(A) It--

[ ] is
[ ] is not

certified by the Small Business Administration as a small disadvantaged business concern and identified, on the date of this representation, as a certified small disadvantaged business concern in the database maintained by the Small Business Administration (PRO-Net), and that no material change in disadvantaged ownership and control has occurred since its certification, and, where the concern is owned by one or more individuals claiming disadvantaged status, the net worth of each individual upon whom the certification is based does not exceed $750,000 after taking into account the applicable exclusions set forth at 13 CFR 124.104(c)(2); or

(B) It--

[ ] has
[ ] has not

submitted a completed application to the Small Business Administration or a Private Certifier to be certified as a small disadvantaged business concern in accordance with 13 CFR 124, Subpart B, and a decision on that application is pending, and that no material change in disadvantaged ownership and control has occurred since its application was submitted.

(ii) **JOINT VENTURE UNDER THE PRICE EVALUATION ADJUSTMENT FOR SMALL DISADVANTAGED BUSINESS CONCERNS.** The offeror represents, as part of its offer, that it is a joint venture that complies with the requirements in 13 CFR 124.1002(f) and that the representation in paragraph (c)(9)(i) of this provision is accurate for the small disadvantaged business concern that is participating in the joint venture. The offeror shall enter the name of the small disadvantaged business concern that is participating in the joint venture: _____.

(iii) **ADDRESS.** The offeror represents that its address—

[ ] is
[ ] is not

in a region for which a small disadvantaged business procurement mechanism is authorized and its address has not changed since its certification as a small disadvantaged business concern or submission of its application for certification. The list of authorized small disadvantaged business procurement mechanisms and regions is posted at http://www.arnet.gov/References/sdbadjustments.htm. The offeror shall use the list in effect on the date of this solicitation. **Address,** as used in this provision, means the address of the offeror as listed on the Small Business Administration's register of small disadvantaged business concerns or the address on the completed application that the concern has submitted to the Small Business Administration or a Private Certifier in accordance with 13 CFR part 124, subpart B. For joint ventures, **address** refers to the address of the small disadvantaged business concern that is participating in the joint venture.

(10) **HUBZONE SMALL BUSINESS CONCERN. (Complete only if the offeror represented itself as a small business concern in paragraph (c)(1) of this provision.)** The offeror represents as part of its offer that--
(i) It--

[ ] is
[ ] is not

a HUBZone small business concern listed, on the date of this representation, on the List of Qualified HUBZone Small Business Concerns Maintained by the Small Business Administration, and no material change in ownership and control, principal office, or HUBZone employee percentage has occurred since it was certified by the Small Business Administration in accordance with 13 CFR Part 126; and

(ii) It--

[ ] is
[ ] is not

a joint venture that complies with the requirements of 13 CFR Part 126, and the representation in paragraph (c)(10)(i) of this provision is accurate for the HUBZone small business concern or concerns that are participating in the joint venture. **(The offeror shall enter the name or names of the HUBZone small business concern or concerns that are participating in the joint venture: _____.)**
Each HUBZone small business concern participating in the joint venture shall submit a separate signed copy of the HUBZone representation.

(11) **(Complete if the offeror represented itself as disadvantaged in paragraph (c)(4) or (c)(9) of this provision.)** The offeror shall check the category in which its ownership falls:

[ ]   Black American

[ ]   Hispanic American

[ ]   Native American (American Indians, Eskimos, Aleuts, or Native Hawaiians).

[ ]   Asian-Pacific American (persons with origin from Burma, Thailand, Malaysia, Indonesia, Singapore, Brunei, Japan, China, Taiwan, Laos, Cambodia (Kampuchea), Vietnam, Korea, The Philippines, U.S. Trust Territory of the Pacific Islands (Republic of Palau), Republic of the Marshall Islands, Federated States of Micronesia, the Commonwealth of the Northern Mariana Islands, Guam, Samoa, Macao, Hong Kong, Fiji, Tonga, Kiribati, Tuvalu, or Nauru).

[ ]   Subcontinent Asian (Asian-Indian) American (persons with origins from India, Pakistan, Bangladesh, Sri Lanka, Bhutan, the Maldives Islands, or Nepal).

[ ]   Individual/concern, other than one of the preceding.

(d) **REPRESENTATIONS REQUIRED TO IMPLEMENT PROVISIONS OF EXECUTIVE ORDER 11246.**
  (1) **PREVIOUS CONTRACTS AND COMPLIANCE.** The offeror represents that--
    (i) It--

    [ ] has

    [ ] has not

    participated in a previous contract or subcontract subject to the EQUAL OPPORTUNITY clause of this solicitation; and

    (ii) It--

    [ ] has
    [ ] has not

    filed all required compliance reports.

  (2) **AFFIRMATIVE ACTION COMPLIANCE.** The offeror represents that--
    (i) It--

    [ ] has developed and has on file
    [ ] has not developed and does not have on file

    at each establishment, affirmative action programs required by rules and regulations of the Secretary of Labor (41 CFR Subparts 60-1 and 60-2), or

    (ii) It—

    [ ] has not previously had contracts subject to the written affirmative action programs requirement of the rules and regulations of the Secretary of Labor.

(e) **CERTIFICATION REGARDING PAYMENTS TO INFLUENCE FEDERAL TRANSACTIONS (31 U.S.C. 1352). (Applies only if the contract is expected to exceed $100,000).** By submission of its offer, the offeror certifies to the best of its knowledge and belief that no Federal appropriated funds have been paid or will be paid to any person for influencing or attempting to influence an officer or employee of any agency, a Member of Congress, an officer or employee of Congress or an employee of a Member of Congress on his or her behalf in connection with the award of any resultant contract.

(f) **TRADE AGREEMENTS CERTIFICATE (JAN 2004) (DFARS 252.225-7020). (Applies only if DFARS clause 252.225-7021, TRADE AGREEMENTS (JAN 2004), is incorporated by reference in this solicitation.)** DFARS 252.225-7020 is hereby incorporated by reference in its entirety; only the certification portion is reproduced below.
  (1) For all line items subject to the TRADE AGREEMENTS clause of this solicitation, the offeror certifies that each end product to be delivered under this contract, except those listed in subparagraph (2) below, is a U.S.-made qualifying country, designated country, Caribbean Basin country, or Free Trade Agreement country end product.

 (2) The following supplies are other nondesignated country end products:

_____       _____
(Insert line item no.)                  (Insert country of origin)

 (g) **BUY AMERICAN ACT – FREE TRADE AGREEMENTS – BALANCE OF PAYMENTS PROGRAM CERTIFICATE (JAN 2004) (DFARS 252.225-7035).** (Applies only if DFARS clause 252.225-7036, BUY AMERICAN ACT – FREE TRADE AGREEMENTS – BALANCE OF PAYMENTS PROGRAM (JAN 2004) is incorporated by reference in this solicitation.) DFARS 252.225-7035 is hereby incorporated by reference in its entirety; only the certification portion is reproduced below.

  (1) For all line items subject to the BUY AMERICAN ACT – FREE TRADE AGREEMENTS – BALANCE OF PAYMENTS PROGRAM clause of this solicitation, the offeror certifies that—

   (i) Each end product, except the end products listed in subparagraph (2) below, is a domestic end product; and

   (ii) Components of unknown origin are considered to have been mined, produced, or manufactured outside the United States or a qualifying country.

  (2) The offeror shall identify all end products that are not domestic end products.

   (i) The offeror certifies that the following supplies are qualifying country (except Canadian) end products:

_____       _____
(Insert line item number)              (Insert country of origin)

   (ii) The offeror certifies that the following supplies are Free Trade Agreement country end products:

_____       _____
(Insert line item number)              (Insert country of origin)

   (iii) The following supplies are other foreign end products including end products manufactured in the United States that do not qualify as domestic end products:

_____       _____
(Insert line item number)              (Insert country of origin (if known))

 (h) **CERTIFICATION REGARDING DEBARMENT, SUSPENSION OR INELIGIBILITY FOR AWARD (EXECUTIVE ORDER 12549).**

  The offeror certifies, to the best of its knowledge and belief, that--

  (1) The offeror and/or any of its principals

   [  ] are
   [  ] are not

  presently debarred, suspended, proposed for debarment, or declared ineligible for the award of contracts by any Federal agency, and

  (2) [  ] have or
   [  ] have not,

  within a three-year period preceding this offer, been convicted of or had a civil judgment rendered against them for: commission of fraud or a criminal offense in connection with obtaining, attempting to obtain, or performing a Federal, state or local government contract or subcontract; violation of Federal or state antitrust statutes relating to the submission of offers; or commission of embezzlement, theft, forgery, bribery, falsification or destruction of records, making false statements, tax evasion, or receiving stolen property; and

   [  ] are or
   [  ] are not

presently indicted for, or otherwise criminally or civilly charged by a government entity with, commission of any of these offenses.

(i) **CERTIFICATION REGARDING KNOWLEDGE OF CHILD LABOR FOR LISTED END PRODUCTS (EXECUTIVE ORDER 13126).** [The Contracting Officer must list in paragraph (i)(1) any end products being acquired under this solicitation that are included in the List of Products Requiring Contractor Certification as to Forced or Indentured Child Labor, unless excluded at 22.1503(b).]

(1) List End Product.

| (Insert end product) | (Insert country of origin) |
|---|---|
| (Insert end product) | (Insert country of origin) |
| (Insert end product) | (Insert country of origin) |
| (Insert end product) | (Insert country of origin) |
| (Insert end product) | (Insert country of origin) |

(2) **CERTIFICATION.** [If the Contracting Officer has identified end products and countries of origin in paragraph (i)(1) of this provision, then the offeror must certify to either (i)(2)(i) or (i)(2)(ii) by checking the appropriate block.]

(i) [ ] The offeror will not supply an end product listed in paragraph (i)(1) of this provision that was mined, produced, or manufactured in the corresponding country as listed for that product.

(ii) [ ] The offeror may supply an end product listed in paragraph (i)(1) of this provision that was mined, produced, or manufactured in the corresponding country as listed for that product. The offeror certifies that is had made a good faith effort to determine whether forced or indentured child labor was used to mine, produce, or manufacture any such end product furnished under this contract. On the basis of those efforts, the offeror certifies that it is not aware of any such use of child labor.

(j) (1) **ANNUAL REPRESENTATIONS AND CERTIFICATIONS.** Any changes provided by the offeror in paragraph (j) of this provision do not automatically change the representations and certifications posted on the Online Representations and Certifications Application (ORCA) website.

(2) The offeror has completed the annual representations and certifications electronically via the ORCA website at **http://orca.bpn.gov**. After reviewing the ORCA database information, the offeror verifies by submission of this offer that the representations and certifications currently posted electronically at FAR 52.212-3, OFFEROR REPRESENTATIONS AND CERTIFICATIONS – COMMERCIAL ITEMS, have been entered or updated in the last 12 months, are current, accurate, complete, and applicable to this solicitation (including the business size standard applicable to the NAICS code referenced for this solicitation), as of the date of this offer and are incorporated in this offer by reference (see FAR 4.1201); except for paragraphs _____.

(FAR 52.212-3/Alternates I/II)

K1.05   OFFEROR REPRESENTATIONS AND CERTIFICATIONS - COMMERCIAL ITEMS (JUN 2005)
  (a) DEFINITIONS. As used in this clause--
    (1) **Foreign person** means any person other than a United States person as defined in Section 16(2) of the Export Administration Act of 1979 (50 U.S.C. App. Sec 2415).
    (2) **United States** means the 50 States, the District of Columbia, outlying areas, and the outer Continental Shelf as defined in 43 U.S.C. 1331.
    (3) **United States person** is defined in Section 16(2) of the Export Administration Act of 1979 and means any United States resident or national (other than an individual resident outside the United States and employed by other than a United States person), any domestic concern (including any permanent domestic establishment of any foreign concern), and any foreign subsidiary or affiliate (including any permanent foreign establishment) of any domestic concern that is controlled in fact by such domestic concern, as determined under regulations of the President.
  (b) **CERTIFICATION.** By submitting this offer, the offeror, if a foreign person, company, or entity, certifies that it--
    (1) Does not comply with the Secondary Arab Boycott of Israel; and
    (2) Is not taking or knowingly agreeing to take any action, with respect to the Secondary Boycott of Israel by Arab countries, which 50 U.S.C. App. Sec 2407(a) prohibits a United States person from taking.

                                             (DFARS 252.212-7000, **tailored**)