ADDENDUM 1

K5      USE OF ELECTRONIC DATA INTERCHANGE (DESC MAY 1994)
      (a) DEFINITIONS.
          (1) **Electronic Data Interchange** (EDI) means the computer-to-computer exchange of business documents between trading partners using a public standard format.
          (2) **American National Standards Institute** (ANSI) means the agency that formulates the guidelines for the standards used in EDI transactions. X12 is the ANSI subcommittee responsible for the development and maintenance of guidelines for use in exchanging standard business transactions electronically.
          (3) **Trading partner** means any business customer engaging in an EDI program.
          (4) **Trading Partner Agreement** (TPA) means the legal document wherein the trading partners agree to the electronic exchange of documents.
          (5) **Value Added Network** (VAN) means the electronic mailbox through which EDI partners exchange business transactions.
      (b) The Defense Energy Support Center (DESC) may utilize EDI for certain documents in contracts awarded under this solicitation. DESC has implemented a system using the (ANSI) X12 standards, as applicable, for EDI. When EDI procedures are to be used, DESC and the Contractor will enter into a TPA.
      (c) [   ] A check in this block indicates that the Contractor has already entered into a TPA with DESC.
      (d) Upon submission of the following data, DESC will forward a TPA to the Contractor for execution:

      (1) Company Name: _____

      (2) Point of Contact for EDI: _____

      (3) POC's Telephone Number: _____

      (4) POC's Address: _____

                       _____

                         _____

      (5) VAN Service Provider(s): _____

      (6) Provide information for the following fields:

          ISA07      Company Qualifier    _____

          ISA08      Company Value    _____

          GS03      Company Value    _____

      (7) Please identify:

          Element Separator:    _____

          Subelement Separator:    _____

          Segment Terminator:    _____

(e) By execution of the TPA, the Contractor agrees to be bound by the terms and conditions of the agreement governing any transactions with the Government through EDI, in addition to the terms and conditions of the contract. TPAs will be contract independent. Only one will be signed between the Contractor and DESC. As contracts are awarded, the TPA will be incorporated into the specific contracts upon the mutual agreement of the Contractor and DESC.

(f) When a TPA is executed--

(1) The TPA shall identify, among other things, the VAN(s) through which electronic transmissions are made, the Transaction Sets available, security procedures, and guidelines for implementation.

(2) The Contractor shall be responsible for providing its own computer hardware, computer software, and VAN connections necessary to transmit and receive data electronically under the framework of the TPA.

(3) Transaction Sets will be unique to each contract and will be incorporated into contracts as agreed to by the parties.

(4) Nothing in the TPA will invalidate any part of the contract between the Contractor and DESC.

(5) All terms and conditions that would otherwise be applicable to a paper document shall apply to the electronic document.

(DESC 52.232-9F30)

K15   RELEASE OF UNIT PRICES (DESC MAR 2004)

The Defense Energy Support Center (DESC) will continue to release unit prices of successful offerors after the contract award pursuant to 10 U.S.C. 2305(g)(2), FAR 15.506(d)(2) and 32 CFR 286h-3. Unit prices are the bottom-line price per unit of product and may include the total contract price. They do not include any breakout of costs, such as transportation or overhead, and do not disclose the offeror's anticipated profit or any pricing factors.

(DESC 52.224-9F25)

K33.01   AUTHORIZED NEGOTIATORS (DESC JAN 1998)

The first page of the offer must show names, titles, and telephone and facsimile numbers (and electronic addresses if available) of persons authorized to negotiate with the Government on the offeror's behalf in connection with this solicitation. The offeror or quoter represents that the following persons are authorized to negotiate on its behalf with the Government in connection with this request for proposals or quotations.

_____

_____

**THIS CLAUSE APPLIES ONLY TO DESC-FUNDED ITEMS.**

(DESC 52.215-9F28)

K45.03   FACSIMILE INVOICING (BUNKERS) (DESC AUG 1996)

(a) Submission of invoices by facsimile (FAX) is authorized when the offeror will utilize this method of invoicing at all times. This method shall apply to all ships' bunker payment offices that may receive invoices via facsimile and when other electronic transmission means are not utilized.

(b) Offeror shall indicate whether or not he intends to submit invoices via FAX:

[ ] YES          [ ] NO

(c) See the SUBMISSION OF INVOICES FOR PAYMENT clause for FAX invoicing procedures.

(DESC 52.232-9F15)

K75   SECONDARY ARAB BOYCOTT OF ISRAEL (JUN 2005)

(a) **DEFINITIONS.** As used in this provision--

(1) **Foreign person** means any person (including any individual, partnership, corporation, or other form of association) other than a United States person.

(2) **United States** means the 50 States, the District of Columbia, outlying areas, and the outer Continental Shelf as defined in 43 U.S.C. 1331.

(3) **United States person** is defined in 50 U.S.C. App. 2415(2) and means—

(i) Any United States resident or national (other than an individual resident outside the United States who is employed by other than a United States person);

        (ii) Any domestic concern (including any permanent domestic establishment of any foreign concern), and

        (iii) Any foreign subsidiary or affiliate (including any permanent foreign establishment) of any domestic concern that is controlled in fact by such domestic concern.

    (b) **CERTIFICATION.** If the offeror is a foreign person, the offeror certifies by submission of an offer that it--

        (1) Does not comply with the Secondary Arab Boycott of Israel; and

        (2) Is not taking or knowingly agreeing to take any action, with respect to the Secondary Boycott of Israel by Arab countries, which 50 U.S.C. App. 2407(a) prohibits a United States person from taking.

                                              (DFARS 252.225-7031)

**K85**      **DISCLOSURE OF OWNERSHIP OR CONTROL BY THE GOVERNMENT OF A TERRORIST COUNTRY (MAR 1998)**

    (a) **DEFINITIONS.** As used in this provision--

        (1) **Government of a terrorist country** includes the state and the government of a terrorist country, as well as any political subdivision, agency, or instrumentality thereof.

        (2) **Terrorist country** means a country determined by the Secretary of State, under Section 6(j)(1)(A) of the Export Administration Act of 1979 (50 U.S.C. App. 2405(j)(i)(A)), to be a country the government of which has repeatedly provided support for acts of international terrorism. As of the date of this provision, terrorist countries include Cuba, Iran, Iraq, Libya, North Korea, Sudan, and Syria.

        (3) **Significant interest,** as used in this provision means--

           (i) Ownership of or beneficial interest in 5 percent or more of the firm's or subsidiary's securities. Beneficial interest includes holding 5 percent or more of any class of the firm's securities in "nominee shares," "street names," or some other method of holding securities that does not disclose the beneficial owner;

           (ii) Holding a management position in the firm, such as director or officer;

           (iii) Ability to control or influence the election, appointment, or tenure of directors or officers in the firm;

           (iv) Ownership of 10 percent or more of the assets of a firm such as equipment, buildings, real estate, or other tangible assets of the firm; or

           (v) Holding 50 percent or more of the indebtedness of a firm.

    (b) **PROHIBITION ON AWARD.** In accordance with 10 U.S.C. 2327, no contract may be awarded to a firm or subsidiary of a firm if the government of a terrorist country has a significant interest in the firm or subsidiary or, in the case of a subsidiary, the firm that owns the subsidiary, unless a waiver is granted by the Secretary of Defense.

    (c) **DISCLOSURE.**

        If the government of a terrorist country has a significant interest in the offeror or a subsidiary of the offeror, the offeror shall disclose such interest in an attachment to its offer. If the offeror is a subsidiary, it shall also disclose any significant interest each government has in any firm that owns or controls the subsidiary. The disclosure shall include--

        (1) Identification of each government holding a significant interest; and

        (2) A description of the significant interest held by each Government.

                                              (DFARS 252.209-7001)

**K86**      **FOREIGN TAXES (DESC JUN 1987)**

        As stated in the TAXES - FOREIGN FIXED-PRICE CONTRACTS clause, unless the contract provides otherwise, the contract price must include all applicable taxes and duties. In accordance with the TAXES - FOREIGN FIXED-PRICE CONTRACTS clause, the offeror shall list below, in paragraph (a), the specific name and amount of the foreign taxes included in the price. If, when permitted by the contract, foreign taxes are not included in the offered price but are expected to be invoiced separately, the offeror shall list the specific name and amount of these taxes in paragraph (b) below.

    (a) Foreign taxes included in the contract price are as follows:

<u>NAME OF TAX</u>                                                                           <u>AMOUNT</u>

      (b) Foreign taxes invoiced separately are as follows:

NAME OF TAX                                                                             AMOUNT

(DESC 52.229-9F10)

**K94**     **CERTIFICATION REGARDING DEBARMENT, SUSPENSION, PROPOSED DEBARMENT, AND OTHER RESPONSIBILITY MATTERS (DEC 2001)**

(a) (1) The Offeror certifies, to the best of its knowledge and belief, that--

    (i) The Offeror and/or any of its Principals--

        (A) [ ] are,
           [ ] are not

presently debarred, suspended, proposed for debarment, or declared ineligible for the award of contracts by any Federal agency;

        (B) [ ] have,
           [ ] have not

within a three-year period preceding this offer, been convicted of or had a civil judgment rendered against them for: commission of fraud or a criminal offense in connection with obtaining, attempting to obtain, or performing a public (Federal, State, or local) contract or subcontract; violation of Federal or State antitrust statutes relating to the submission of offers; or commission of embezzlement, theft, forgery, bribery, falsification or destruction of records, making false statements, tax evasion, or receiving stolen property; and

        (C) [ ] are,
           [ ] are not

presently indicted for, or otherwise criminally or civilly charged by a governmental entity with, commission of any of the offenses enumerated in subdivision (a)(1)(i)(B) of this provision.

    (ii) The Offeror--

        [ ] has,
        [ ] has not

within a three-year period preceding this offer, had one or more contracts terminated for default by any Federal agency.

    (2) **Principals**, for the purposes of this certification, means officers, directors, owners, partners, and persons having primary management or supervisory responsibilities within a business entity (e.g., general manager; plant manager; head of a subsidiary, division, or business segment, and similar positions).

THIS CERTIFICATION CONCERNS A MATTER WITHIN THE JURISDICTION OF AN AGENCY OF THE UNITED STATES, AND THE MAKING OF A FALSE, FICTITIOUS, OR FRAUDULENT CERTIFICATION MAY RENDER THE MAKER SUBJECT TO PROSECUTION UNDER SECTION 1001, TITLE 18, UNITED STATES CODE.

(b) The Offeror shall provide immediate written notice to the Contracting Officer if, at any time prior to contract award, the Offeror learns that its certification was erroneous when submitted or has become erroneous by reason of changed circumstances.

(c) A certification that any of the items in paragraph (a) of this provision exists will not necessarily result in withholding of an award under this solicitation. However, the certification will be considered in connection with a determination of the Offeror's responsibility. Failure of the Offeror to furnish a certification or provide such additional information as requested by the Contracting Officer may render the Offeror nonresponsible.

(d) Nothing contained in the foregoing shall be construed to require establishment of a system of records in order to render, in good faith, the certification required by paragraph (a) of this provision. The knowledge and information of an Offeror is not required to exceed that which is normally possessed by a prudent person in the ordinary course of business dealings.

(e) The certification in paragraph (a) of this provision is a material representation of fact upon which reliance was placed when making award. If it is later determined that the Offeror knowingly rendered an erroneous certification, in addition to other remedies available to the Government, the Contracting Officer may terminate the contract resulting from this solicitation for default.

(FAR 52.209-5)

L2.05-4  INSTRUCTIONS TO OFFERORS -- COMMERCIAL ITEMS (BUNKERS) (DESC JAN 2006)

(a) **NORTH AMERICAN INDUSTRY CLASSIFICATION SYSTEM (NAICS) CODE AND SMALL BUSINESS SIZE STANDARD.** The NAICS code and small business size standard for this acquisition appear in Block 10 of the solicitation cover sheet (SF 1449). However, the small business size standard for a concern that submits an offer in its own unique name, but proposes to furnish an item it did not manufacture, is 500 employees.

(b) **MASTER SOLICITATION.**

(1) This solicitation is [ X ], is not [ ] a master solicitation for the __Ships' Bunkers (Overseas) 1.3B__ Purchase Program. If this is a master solicitation, it will contain the terms and conditions for this solicitation and for future supplemental solicitations in the program year. Each supplemental solicitation will incorporate by reference the same terms and conditions as this master solicitation, except as specifically stated in that supplemental solicitation. The identical terms and conditions will not be repeated. (Therefore, if this is a master solicitation, it should be retained for the duration of the program.) However, each supplemental solicitation will be considered a separate and individual solicitation.

(2) The initial opening/closing date for the solicitation is _____. Subsequent closings for future requirements will be on an as-required basis starting with the first supplemental solicitation and thereafter until the end of the program ordering period as stated in the solicitation.

(c) **SUBMISSION OF OFFERS.** Submit signed and dated offers to the office specified in this solicitation at or before the exact time specified in this solicitation. Offers may be submitted on the SF 1449, letterhead stationery, or as otherwise specified in the solicitation. As a minimum, offers must show--

(1) The solicitation number;
(2) The time specified in the solicitation for receipt of offers;
(3) The name, address, and telephone number of the offeror;
(4) A technical description of the items being offered in sufficient detail to evaluate compliance with the requirements in the solicitation. This may include product literature, or other documents, if necessary;
(5) Terms of any express warranty;
(6) Price and any discount terms;
(7) "Remit to" address, if different from mailing address;
(8) A completed copy of the representations and certifications at FAR 52.212-3. **See FAR 52.212-3(j) for those representations and certifications that the offeror shall complete electronically;**
(9) Acknowledgment of solicitation amendments;
(10) Past performance information, when included as an evaluation factor, to include recent and relevant contracts for the same or similar items and other references (including contract numbers, points of contact with telephone numbers and other relevant information); and
(11) If the offer is not submitted on the SF 1449, include a statement specifying the extent of agreement with all terms, conditions, and provisions included in the solicitation. Offers that fail to furnish required representations or information, or reject the terms and conditions of the solicitation may be excluded from consideration.
(12) Proposals submitted in response to this solicitation shall be in English and in U.S. dollars, unless otherwise permitted by the solicitation.

(d) **FACSIMILE PROPOSALS (FAR 52.215-5).** Incorporated by reference.

(e) **PROPOSAL ACCEPTANCE PERIOD.**

(1) **Acceptance period**, as used in this provision, means the number of calendar days available to the Government for awarding a contract from the date specified in this solicitation for receipt of proposals.

(2) This provision supersedes any language pertaining to the acceptance period that may appear elsewhere in this solicitation.

(3) The Government requires a minimum acceptance period of __150__ calendar days.

(4) If the offeror specifies an acceptance period which is less than that required by the Government, such offer may be rejected.

(5) The offeror agrees to execute all that it has undertaken to do, in compliance with its offer, if such offer is acceptable to the Government and is accepted within the acceptance period stated in paragraph (3) above or within any extension thereof which has been agreed to by the offeror.

(f) **TYPE OF CONTRACT.** The Government contemplates award of a fixed price with economic price adjustment, requirements-type contract resulting from this solicitation.

(g) **EVIDENCE OF RESPONSIBILITY.** The Contracting Officer may require evidence of supply commitment in the form of either a signed copy of a contract between the offeror and its supplier for each location or a contingency letter from the offeror's intended supplier. Preaward surveys may be performed at the Government's expense to verify these provisions (see FAR 9.106). All offerors will be subject to the criteria set forth in FAR 9.104. Failure to comply with any of the above provisions may result in a determination of nonresponsibility by the Contracting Officer.

(h) **PRODUCT SAMPLES.** When required by the solicitation, product samples shall be submitted at or prior to the time specified for receipt of offers. Unless otherwise specified in this solicitation, these samples shall be submitted at no expense to the Government, and returned at the sender's request and expense, unless they are destroyed during preaward testing.

(i) **MULTIPLE OFFERS.** Offerors are encouraged to submit multiple offers presenting alternative terms and conditions or commercial items for satisfying the requirements of this solicitation. Each offer submitted will be evaluated separately.

(j) **LATE SUBMISSIONS, MODIFICATIONS, REVISIONS, AND WITHDRAWALS OF OFFERS.**

(1) Offerors are responsible for submitting offers, and any modifications, revisions, or withdrawals, so as to reach the Government office designated in the solicitation by the time specified in the solicitation. If no time is specified in the solicitation, the time for receipt is 4:30 p.m., local time, for the designated Government office on the date that offers or revisions are due.

(2) (i) Any offer, modification, revision, or withdrawal of an offer received at the Government office designated in the solicitation after the exact time specified for receipt of offers is "late" and will not be considered unless it is received before award is made, the Contracting Officer determines that accepting the late offer would not unduly delay the acquisition; and--

(A) If it was transmitted through an electronic commerce method authorized by the solicitation, it was received at the initial point of entry to the Government infrastructure not later than 5:00 p.m. one working day prior to the date specified for receipt of offers; or

(B) There is acceptable evidence to establish that it was received at the Government installation designated for receipt of offers and was under the Government's control prior to the time set for receipt of offers; or

(C) If this solicitation is a request for proposals, it was the only proposal received.

(ii) However, a late modification of an otherwise successful offer, that makes its terms more favorable to the Government, will be considered at any time it is received and may be accepted.

(3) Acceptable evidence to establish the time of receipt at the Government installation includes the time/date stamp of that installation on the offer wrapper, other documentary evidence of receipt maintained by the installation, or oral testimony or statements of Government personnel.

(4) If an emergency or unanticipated event interrupts normal Government processes so that offers cannot be received at the Government office designated for receipt of offers by the exact time specified in the solicitation, and urgent Government requirements preclude amendment of the solicitation or other notice of an extension of the closing date, the time specified for receipt of offers will be deemed to be extended to the same time of day specified in the solicitation on the first work day on which normal Government processes resume.

(5) Offers may be withdrawn by written notice received at any time before the exact time set for receipt of offers. Oral offers in response to oral solicitations may be withdrawn orally. If the solicitation authorizes facsimile offers, offers may be withdrawn via facsimile at any time before the exact time set for receipt of offers, subject to the conditions specified in the solicitation concerning facsimile offers. An offer may be withdrawn in person by an offeror or its authorized representative if, before the exact time set for receipt of offers, the identity of the person requesting withdrawal is established and the person signs a receipt for the offer.

(k) **CONTRACT AWARD.**

(1) The Government intends to award a contract or contracts resulting from this solicitation to the responsible offeror(s) whose proposal(s) represents the best value after evaluation in accordance with the factors and subfactors in the solicitation.

(2) The Government may reject any or all proposals if such action is in the Government's interest.

(3) The Government may waive informalities and minor irregularities in proposals received.

(4) The Government intends to evaluate proposals and award a contract without discussions with offerors (except clarifications as described in FAR 15.306(a)). Therefore, the offeror's initial proposal should contain the offeror's best terms from a cost or price and technical standpoint. The Government reserves the right to conduct discussions if the Contracting Officer later determines them to be necessary. If the Contracting Officer determines that the number of proposals that would otherwise be in the competitive range exceeds the number at which an efficient competition can be conducted, the Contracting Officer may limit the number of proposals in the competitive range to the greatest number that will permit an efficient competition among the most highly rated proposals.

(l) **MULTIPLE AWARDS.** The Government may accept any item or group of items of an offer, unless the offeror qualifies the offer by specific limitations. Unless otherwise provided in the Schedule, offers may not be submitted for quantities less than those specified. The Government reserves the right to make an award on any item for a quantity less than the quantity offered, at the unit prices offered, unless the offeror specifies otherwise in the offer.

(m) **AVAILABILITY OF REQUIREMENTS DOCUMENTS CITED IN THE SOLICITATION.**

(1) (i) The GSA Index of Federal Specifications, Standards, and Commercial Item Descriptions, FPMR Part 101-29, and copies of specifications, standards, and commercial item descriptions cited in this solicitation may be obtained either through the Defense Standardization Program Internet website at **http://www.dsp.dla.mil** or by submitting a request to--

GSA FEDERAL SUPPLY SERVICE SPECIFICATIONS SECTION
470 EAST L'ENFANT PLAZA SW SUITE 8100
WASHINGTON DC 20407
TELEPHONE: (202) 619-8925
FAX: (202) 619-8978

(ii) If the General Services Administration, Department of Agriculture, or Department of Veterans Affairs issued this solicitation, a single copy of specifications, standards, and commercial item descriptions cited in this solicitation may be obtained free of charge by submitting a request to the address in (i) above. Additional copies will be issued for a fee.

(2) Most unclassified Defense specifications and standards may be downloaded from the following ASSIST websites:

(i) ASSIST (**http://assist.daps.dla.mil**).
(ii) Quick Search (**http://assist.daps.dla.mil/quicksearch**).
(iii) ASSISTdocs.com (**http://assistdocs.com**).

(3) Documents not available from ASSIST may be ordered from the Department of Defense Single Stock Point (DoDSSP) by—

(i) Using the ASSIST Shopping Wizard (**http://assist.daps.dla.mil/wizard**);
(ii) Phoning the DoDSSP Customer Service Desk at (215) 697-2179, Monday through Friday, 0730 to 1600 EST; or
(iii) Ordering from--

DEPARTMENT OF DEFENSE SINGLE STOCK POINT (DoDSSP)
BUILDING 4, SECTION D
700 ROBBINS AVENUE
PHILADELPHIA PA 19111-5094
TELEPHONE: (215) 697-2667/2179
FAX: (215) 697-1462

(4) Nongovernment (voluntary) standards must be obtained from the organization responsible for their preparation, publication, or maintenance.

(n) **DATA UNIVERSAL NUMBERING SYSTEM (DUNS) NUMBER. (Applies to offers exceeding $25,000 and offers of $25,000 or less if the solicitation requires the Contractor to be registered in the Central Contractor Registration (CCR) database.)** The offeror shall enter, in the block with its name and address on the cover page of its offer, the annotation "DUNS" or "DUNS+4" followed by the DUNS or DUNS+4 number that identifies the offeror's name and address. The DUNS+4 is the DUNS number plus a 4-character suffix that may be assigned at the discretion of the offeror to establish additional CCR records for identifying alternative Electronic Funds Transfer (EFT) accounts (see FAR Subpart 32.11) for the same parent concern. If the offeror does not have a DUNS number, it should contact Dun and Bradstreet directly to obtain one. An offeror within the United States may contact Dun and Bradstreet by calling **1-866-705-5711** or via the internet at **http://www.dnb.com**. An offeror located outside the United States must contact the local Dun and Bradstreet office for a DUNS number.

(o) **CENTRAL CONTRACTOR REGISTRATION (CCR).** Unless exempted by an addendum to this solicitation, by submission of an offer, the offeror acknowledges the requirement that a prospective awardee shall be registered in the CCR database prior to award, during performance and through final payment of any contract resulting from this solicitation. If the offeror does not become registered in the CCR database in the time prescribed by the Contracting Officer, the Contracting Officer will proceed to award to the

next otherwise successful registered offeror. Offerors may obtain information on registration and annual confirmation requirements via the internet at http://www.ccr.gov or by calling **1-888-227-2423** or **269-961-5757**.

(p) **DEBRIEFING.** If a post-award debriefing is given to requesting offerors, the Government shall disclose the following information, if applicable:

(1) The agency's evaluation of the significant weak or deficient factors in the debriefed offeror's offer.

(2) The overall evaluated cost or price and technical rating of the successful and the debriefed offeror and past performance information on the debriefed offeror.

(3) The overall ranking of all offerors, when any ranking was developed by the agency during source selection.

(4) A summary of the rationale for award.

(5) For acquisitions of commercial items, the make and model of the item to be delivered by the successful offeror.

(6) Reasonable responses to relevant questions posed by the debriefed offeror as to whether source selection procedures set forth in the solicitation, applicable regulations, and other applicable authorities were followed by the agency.

(FAR 52.212-1, tailored/DESC 52.212-9F10)

L2.05-9   **INSTRUCTIONS TO OFFERORS – COMPETITIVE ACQUISITION (JAN 2004)**

(a) **DEFINITIONS.** As used in this provision--

(1) **Discussions** are negotiations that occur after establishment of the competitive range that may, at the Contracting Officer's discretion, result in the offeror being allowed to revise its proposal.

(2) **In writing, writing,** or **written** means any worded or numbered expression which can be read, reproduced, and later communicated, and includes electronically transmitted and stored information.

(3) **Proposal modification** is a change made to a proposal before the solicitation's closing date and time, or made in response to an amendment, or made to correct a mistake at any time before award.

(4) **Proposal revision** is a change to a proposal made after the solicitation closing date, at the request of or as allowed by a Contracting Officer as the result of negotiations.

(5) **Time,** if stated as a number of days, is calculated using calendar days, unless otherwise specified, and will include Saturday, Sundays, and legal holidays. However, if the last day falls on a Saturday, Sunday, or legal holiday, then the period shall include the next working day.

(b) **AMENDMENTS TO SOLICITATIONS.** If this solicitation is amended, all terms and conditions that are not amended remain unchanged. Offerors shall acknowledge receipt of any amendment to this solicitation by the date and time specified in the amendment(s).

(c) **SUBMISSION, MODIFICATION, REVISION, AND WITHDRAWAL OF PROPOSALS.**

(1) Unless other methods (e.g., electronic commerce or facsimile) are permitted in the solicitation, proposals, and modifications to proposals shall be submitted in paper media in sealed envelopes or packages—

(i) Addressed to the office specified in the solicitation; and

(ii) Showing the time and date specified for receipt, the solicitation number, and the name and address of the offeror. Offerors using commercial carriers should ensure that the proposal is marked on the outermost wrapper with the information in paragraphs (c)(1)(i) and (c)(1)(ii) of this provision.

(2) The first page of the proposal must show—

(i) The solicitation number;

(ii) The name, address, and telephone and facsimile numbers of the offeror (and electronic address if available);

(iii) A statement specifying the extent of agreement with all terms, conditions, and provisions included in the solicitation and agreement to furnish any or all items upon which prices are offered at the prices set opposite each item;

(iv) Names, titles, and telephone and facsimile numbers (and electronic address if available) of persons authorized to negotiate on the offeror's behalf with the Government in connection with this solicitation; and

(v) Name, title, and signature of person authorized to sign the proposal. Proposals signed by an agent shall be accompanied by evidence of that agent's authority, unless that evidence has been previously furnished to the issuing office.

(3) **Submission, modification, revision, and withdrawal of proposals.**

(i) Offerors are responsible for submitting proposals, and any modifications or revisions, so as to reach the Government office designated in the solicitation by the time specified in the solicitation. If no time is specified in the solicitation, the time for receipt is 4:30 p.m., local time, for the designated Government office on the date that proposal or revision is due.

(ii) (A) Any proposal, modification, or revision received at the Government office designated in the solicitation after the exact time specified for receipt of offers is "late" and will not be considered unless it is received before award is made, the Contracting Officer determines that accepting the late offer would not unduly delay the acquisition; and—

(1) If it was transmitted through an electronic commerce method authorized by the solicitation, it was received at the initial point of entry to the Government infrastructure not later than 5:00 p.m. one working day prior to the date specified for receipt of proposals; or

Case 1:07-cv-05798-CM-HBP   Document 21-5   Filed 09/20/2007   Page 9 of 14

(2) There is acceptable evidence to establish that it was received at the Government installation designated for receipt of offers and was under the Government's control prior to the time set for receipt of offers, or

It was sent by registered or certified mail not later than the fifth calendar day before the date specified for receipt of offers (e.g., an offer submitted in response to a solicitation requiring receipt of offers by the 20th of the month must have been mailed by the 15th);

(3) It is the only proposal received.

(B) However, a late modification of an otherwise successful proposal that makes its terms more favorable to the Government, will be considered at any time it is received and may be accepted.

(iii) Acceptable evidence to establish the time of receipt at the Government installation includes the time/date stamp of that installation on the proposal wrapper, other documentary evidence of receipt maintained by the installation, or oral testimony or statements of Government personnel.

(iv) If an emergency or unanticipated event interrupts normal Government processes so that proposals cannot be received at the office designated for receipt of proposals by the exact time specified in the solicitation, and urgent Government requirements preclude amendment of the solicitation, the time specified for receipt of proposals will be deemed to be extended to the same time of day specified in the solicitation on the first work day on which normal Government processes resume.

(v) Proposals may be withdrawn by written notice received at any time before award. Oral proposal in response to oral solicitations may be withdrawn orally. If the solicitation authorizes facsimile proposals, proposals may be withdrawn via facsimile received at any time before award, subject to the conditions specified in the provision at 52.215-5, FACSIMILE PROPOSALS. Proposals may be withdrawn in person by an offeror or an authorized representative, if the identity of the person requesting withdrawal is established and the person signs a receipt for the proposal before award.

(4) Unless otherwise specified in the solicitation, the offeror may propose to provide any item or combination of items.

(5) Offerors shall submit proposals in response to this solicitation in English, unless otherwise permitted by the solicitation, and in U.S. dollars, unless the provision at FAR 52.225-17, EVALUATION OF FOREIGN CURRENCY OFFERS, is included in the solicitation.

(6) Offerors may submit modifications to their proposals at any time before the solicitation closing date and time, and may submit modifications in response to an amendment, or to correct a mistake at any time before award.

(7) Offerors may submit revised proposals only if requested or allowed by the Contracting Officer.

(8) Proposals may be withdrawn at any time before award. Withdrawals are effective upon receipt of notice by the Contracting Officer.

(d) **OFFER EXPIRATION DATE.** Proposals in response to this solicitation will be valid for the number of days specified on the solicitation cover sheet (unless a different period is proposed by the offeror).

(e) **RESTRICTION ON DISCLOSURE AND USE OF DATA.** Offerors that include in their proposals data that they do not want disclosed to the public for any purpose, or used by the Government except for evaluation purposes, shall--

(1) Mark the title page with the following legend:

THIS PROPOSAL INCLUDES DATA THAT SHALL NOT BE DISCLOSED OUTSIDE THE GOVERNMENT AND SHALL NOT BE DUPLICATED, USED, OR DISCLOSED – IN WHOLE OR IN PART – FOR ANY PURPOSE OTHER THAN TO EVALUATE THIS PROPOSAL. IF, HOWEVER, A CONTRACT IS AWARDED TO THIS OFFEROR AS A RESULT OF – OR IN CONNECTION WITH – THE SUBMISSION OF THIS DATA, THE GOVERNMENT SHALL HAVE THE RIGHT TO DUPLICATE, USE, OR DISCLOSE THE DATA TO THE EXTENT PROVIDED IN THE RESULTING CONTRACT. THIS RESTRICTION DOES NOT LIMIT THE GOVERNMENT'S RIGHT TO USE INFORMATION CONTAINED IN THIS DATA IF IT IS OBTAINED FROM ANOTHER SOURCE WITHOUT RESTRICTION. THE DATA SUBJECT TO THIS RESTRICTION AR CONTAINED IN SHEETS (INSERT NUMBERS OR OTHER IDENTIFICATION OF SHEETS); and

(2) Mark each sheet of data it wishes to restrict with the following legend:

USE OR DISCLOSURE OF DATA CONTAINED ON THIS SHEET IS SUBJECT TO THE RESTRICTION ON THE TITLE PAGE OF THIS PROPOSAL.

(f) **CONTRACT AWARD.**

(1) The Government intends to award a contract or contracts resulting from this solicitation to the responsible offeror(s) whose proposal(s) represents the best value after evaluation in accordance with the factors and subfactors in the solicitation.

(2) The Government may reject any or all proposals if such action is in the Government's interest.

(3) The Government may waive informalities and minor irregularities in proposals received.

(4) The Government intends to evaluate proposals and award a contract without discussions with offerors (except clarifications as described in FAR 15.306(a)). Therefore, the offeror's initial proposal should contain the offeror's best terms from a cost or price and technical standpoint. The Government reserves the right to conduct discussions if the Contracting Officer later determines them to be necessary. If the Contracting Officer determines that the number of proposals that would otherwise be in the competitive

range exceeds the number at which an efficient competition can be conducted, the Contracting Officer may limit the number of proposals in the competitive range to the greatest number that will permit an efficient competition among the most highly rated proposals.

(5) The Government reserves the right to make an award on any item for a quantity less than the quantity offered, at the unit cost or prices offered, unless the offeror specifies otherwise in the proposal.

(6) The Government reserves the right to make multiple awards if, after considering the additional administrative costs, it is in the Government's best interest to do so.

(7) Exchanges with offerors after receipt of a proposal do not constitute a rejection or counteroffer by the Government.

(8) The Government may determine that a proposal is unacceptable if the prices proposed are materially unbalanced between line items or subline items. Unbalanced pricing exists when, despite an acceptable total evaluated price, the price of one or more contract line items is significantly overstated or understated as indicated by the application of cost or price analysis techniques. A proposal may be rejected if the Contracting Officer determines that the lack of balance poses an unacceptable risk to the Government.

(9) If a cost realism analysis is performed, cost realism may be considered by the source selection authority in evaluating performance or schedule risk.

(10) A written award or acceptance of proposal mailed or otherwise furnished to the successful offeror within the time specified in the proposal shall result in a binding contract without further action by either party.

(11) If a post-award debriefing is given to requesting offerors, the Government shall disclose the following information, if applicable:

(i) The agency's evaluation of the significant weak or deficient factors in the debriefed offeror's offer.

(ii) The overall evaluated cost or price and technical rating of the successful and the debriefed offeror and past performance information on the debriefed offeror.

(iii) The overall ranking of all offerors, when any ranking was developed by the agency during source selection.

(iv) A summary of the rationale for award.

(v) For acquisitions of commercial items, the make and model of the item to be delivered by the successful offeror.

(vi) Reasonable responses to relevant questions posed by the debriefed offeror as to whether source-selection procedures set forth in the solicitation, applicable regulations, and other applicable authorities were followed by the agency.

(FAR 52.215-1)


L2.10    SUBMISSION OF OFFERS IN THE ENGLISH LANGUAGE (APR 1991)

Offers submitted in response to this solicitation shall be in the English language. Offers received in other than English shall be rejected.

(FAR 52.214-34)


L2.10-1    SUBMISSION OF OFFERS IN U.S. CURRENCY (APR 1991)

Offers submitted in response to this solicitation shall be in terms of U.S. dollars. Offers received in other than U.S. dollars shall be rejected.

(FAR 52.214-35)


L2.11-3    FACSIMILE PROPOSALS - COMMERCIAL ITEMS (DESC NOV 1999)

(a) **DEFINITION. Facsimile proposal**, as used in this provision, means a proposal, revision or modification of a proposal, or withdrawal of a proposal that is transmitted to and received by the Government via facsimile machine.

(b) Offerors may submit facsimile proposals as responses to this solicitation. Facsimile proposals are subject to the same rules as paper proposals.

(c) If any portion of a facsimile proposal received by the Contracting Officer is unreadable to the degree that conformance to the essential requirements of the solicitation cannot be ascertained from the document--

(1) The Contracting Officer shall notify the offeror and permit the offeror to resubmit the proposal;

(2) The method and time for resubmission shall be prescribed by the Contracting Officer after consultation with the offeror; and

(3) The resubmission shall be considered as if it were received at the date and time of the original unreadable submission for the purpose of determining timeliness, provided the offeror complies with the time and format requirements for resubmission prescribed by the Contracting Officer.

(d) The Government reserves the right to make award solely on the facsimile proposal. However, **if requested to do so by the Contracting Officer**, the offeror agrees to promptly submit the **complete**, original, signed proposal, or a hard copy thereof, to be received within 10 days of the opening date. The Government reserves the right to reject any incomplete proposal.

(e) Facsimile receiving data and compatibility characteristics are as follows:

(1) Telephone number of receiving facsimile equipment: (703) 767-8506.

    (2) The Defense Energy Support Center's receiving equipment is a Panafax UF-880 facsimile machine. The receiving speed coincides with the applicable sending machine. Each FAX is required to include the following information on a cover sheet or at the top of the first page:

        **TO:** (Name and office code, i.e., Mary Smith, DESC-PH)
        **FROM:** (Originator's name, complete company name and address)
        **Verification number:** (Originator phone number and FAX number)
        **Description:** (Solicitation number)
        **Number of pages:**

    (f) If the offeror chooses to transmit a facsimile proposal, the Government will not be responsible for any failure attributable to the transmission or receipt of the facsimile bid including, but not limited to, the following:

        (1) Receipt of a garbled or incomplete bid.
        (2) Availability or condition of the receiving facsimile equipment.
        (3) Incompatibility between the sending and receiving equipment.
        (4) Delay in transmission or receipt of bid.
        (5) Failure of the bidder to properly identify the bid.
        (6) Illegibility of bid.
        (7) Security of bid data.

                            (DESC 52.215-9FA6)


**L5.01-1     AGENCY PROTESTS (APR 2006) - DLAD**

    Companies protesting this procurement may file a protest (1) with the Contracting Officer, (2) with the General Accountability Office, or (3) pursuant to Executive Order No. 12979, with the Agency for a decision by the Activity's Chief of the Contracting Office. Protests filed with the Agency should clearly state that they are an "Agency Level Protest under Executive Order No. 12979." (**NOTE:** DLA procedures for Agency Level Protests filed under Executive Order No. 12979 allow for a higher level decision on the initial protest than would occur with a protest to the Contracting Officer; this process is not an appellate review of a Contracting Officer's decision on a protest previously filed with the Contracting Officer.) Absent a clear indication of the intent to file an agency level protest, protests will be presumed to be protests to the Contracting Officer.

    (DLAD 52.233-9000)


**L5.05     DISPUTES: AGREEMENT TO USE ALTERNATIVE DISPUTE RESOLUTION (JUN 2001) – DLAD**

    (a) The parties agree to negotiate with each other to try to resolve any disputes that may arise. If unassisted negotiations are unsuccessful, the parties will use alternative dispute resolution (ADR) techniques to try to resolve the dispute. Litigation will only be considered as a last resort when ADR is unsuccessful or has been documented by the party rejecting ADR to be inappropriate for resolving the dispute.

    (b) Before either party determines ADR inappropriate, that party must discuss the use of ADR with the other party. The documentation rejecting ADR must be signed by an official authorized to bind the Contractor (see FAR 52.233-1), or, for the Agency, by the Contracting Officer, and approved at a level above the Contracting Officer after consultation with the ADR Specialist and with legal counsel (see DLA Directive 5145.1). Contractor personnel are also encouraged to include the ADR Specialist in their discussions with the Contracting Officer before determining ADR to be inappropriate.

    (c) If you wish to opt out of this provision, check here [   ]. Alternate wording may be negotiated with the Contracting Officer.

                            (DLAD 52.233-9001)


**L54     SITE VISIT (DESC OCT 1992)**

    (a) It is the responsibility of the offerors/bidders to inspect the site where supplies are to be delivered and to obtain all available information about the site necessary to satisfy themselves about general and local conditions that may affect delivery and the cost of contract performance, to the extent that the information is reasonably obtainable. Offerors/bidders are responsible for any costs incurred for any site inspection and for obtaining information.

    (b) In no event shall failure to inspect the site constitute grounds for a claim after contract award.

                            (DESC 52.237-9F05)

**M19.08     EVALUATION (SHIPS' BUNKERS) (DESC DEC 2003)**
(a) The Government will award a contract to the lowest responsible offeror for a particular line item that can meet the terms and conditions of the solicitation/contract. The low offer will be determined by computing the total cost to the Government for the 2-year basic performance period.
(b) **EVALUATION OF OFFERS SUBJECT TO ECONOMIC PRICE ADJUSTMENT.** All offers on an escalated price basis will be subject to all terms and conditions of the applicable ECONOMIC PRICE ADJUSTMENT (EPA) clause. When the Government elects to negotiate the offers, Final Proposal Revisions (FPR) are to be evaluated based on the base reference date designated for use in the EPA clause. If no FPR is submitted, the initial offer will be used as the FPR. For evaluation purposes, the offered unit price(s) will not be updated until after award, regardless of preaward changes in the reference price.
(c) **EVALUATION OF OFFERS WHERE UNCOMMON ESCALATORS ARE USED.** An **uncommon escalator** is defined as an escalation reference that differs from those established by the Government in the EPA clause. Subject uncommon escalator must be based on the same base reference date cited in the solicitation and be an acceptable substitute to the Government.
(1) **FOR EVALUATION PURPOSES ONLY**, an evaluation factor will be applied to the FPR price(s) of those line items for which acceptable uncommon escalators are proposed as a basis for price adjustment. The evaluation formula will establish a commonality among the different supplier postings, Government postings, or reference publications offered in order to ensure that all offerors are evaluated on an equal basis.
(2) **FORMULA.** The evaluated FPR price will be calculated using the following formula:

[Evaluated FPR price] = [FPR price] - [applicable base reference price as offered] + [12-month average of an acceptable reference publication as offered]

(3) Evaluated FPR price is used for evaluation purposes only and shall not be used for price adjustment. The FPR price will be used for price adjustment after a contract is awarded.

(4) In the event the Government awards without discussions, the provisions of (2) and (3) above shall apply to the initial offers.
(d) **OVERTIME AND DETENTION.** The Government will not evaluate overtime and detention charges. However, the Government reserves the right to verify charges that are inconsistent with commercial practices and/or that appear excessive or outside of competitive rates. Further, the Government will not pay more in such rates that exceed the rates the Contractor normally charges its commercial customers.
(e) **DELIVERY MODE AND SPECIFICS.**
(1) Offers received with a different delivery mode or method from that indicated in the solicitation for a particular line item or various items will be considered, provided the offeror clearly indicates, by attachment to the offer, the extent to which its offer differs from the Addendum requirements. If the alternative delivery mode is acceptable to the Government, award will be made to the offeror whose offer represents the best value to the Government, after considering all evaluation factors.

(2) Individual exceptions concerning pumping rates, delivery conveyance capacity, extended order placement, notification of a delivery, and availability of product will be examined on a case-by-case basis but will not be treated as a price determinate factor. If any of the above referenced exceptions are acceptable to the requesting activity, award will be made to the offeror whose offer represents the best value to the Government, after considering all evaluation factors.
(f) **EVALUATION ORDER.**
(1) Offerors are expected to submit offers in full compliance with all terms and conditions of this solicitation. Any exceptions/deviations to the terms and conditions of this solicitation will result in the Government's determination that either--
(i) The exception/deviation is material enough to warrant rejection of the offer in part or in full; or

    (ii) The exception/deviation is acceptable.
   (2) For purposes of price evaluation only, the evaluated price will be determined in the following order: Price, then adjustment for any Uncommon Escalators (if applicable).
   (3) All other approved exceptions/deviations will be evaluated as best value to the Government.
                  (DESC 52.216-9F40)

M55  CONVERSION FACTORS (DESC APR 1998)
   (a) This provision applies to all products except lubricating oils.
   (b) The offeror should use conversion factors that reflect its product characteristics and submit prices and transportation rates in the requested units. In the event prices or transportation rates are not submitted in the requested units, the following conversion factors based on an assumed density for the product will be used by DESC in the evaluation of the offer.

   (1) TABLE I.

| | | |
|---|---|---|
| One Imperial Gallon | = | 1.20095 U.S. Gallons at the same temperature |
| One Liter | = | 0.264172 U.S. Gallons at the same temperature |
| One Cubic Meter (1,000 liters) | = | 6.2898 Barrels at the same temperature |
| One U.S. Barrel | = | 42 U.S. Gallons at the same temperature |
| One Kilometer | = | 0.62137 Miles |
| One Mile | = | 1.6093 Kilometers |
| One Nautical Mile | = | 1.15 Statute Miles |

   (2) TABLE II.

| PRODUCT | DENSITY TYPICAL @15°C @60°F | | BARRELS PER METRIC TON | GALLONS PER METRIC TON | LITERS PER METRIC TON | BARRELS PER LONG TON | GALLONS PER LONG TON |
|---|---|---|---|---|---|---|---|
| | $Kg/m^3$ | API | | | | | |
| AUTOMOTIVE GASOLINE (ALL) | 744.9 | 58.4 | 8.462 | 355.42 | 1342.46 | 8.598 | 361.12 |
| AVIATION GASOLINE (ALL) | 716.3 | 66.0 | 8.801 | 369.66 | 1396.06 | 8.943 | 375.59 |
| BURNER FUEL OILS | | | | | | | |
| FUEL OIL NO. 1 | 812.8 | 42.5 | 7.753 | 325.61 | 1230.31 | 7.877 | 330.83 |
| FUEL OIL NO. 2 | 846.9 | 35.5 | 7.440 | 312.49 | 1180.78 | 7.560 | 317.51 |
| FUEL OIL NO. 4 | 914.2 | 23.2 | 6.891 | 289.44 | 1093.85 | 7.002 | 294.09 |
| FUEL OIL NO. 5 LIGHT | 954.2 | 16.7 | 6.602 | 277.27 | 1048.00 | 6.707 | 281.71 |
| FUEL OIL NO. 5 HEAVY | 960.7 | 15.7 | 6.557 | 275.39 | 1040.91 | 6.662 | 279.81 |
| FUEL OIL NO. 6 | 976.6 | 13.3 | 6.450 | 270.90 | 1023.96 | 6.554 | 275.25 |
| DIESEL FUELS | | | | | | | |
| DFA | 810.5 | 43.0 | 7.775 | 326.54 | 1233.81 | 7.900 | 331.79 |
| DF1 | 818.9 | 41.2 | 7.695 | 323.17 | 1122.15 | 7.818 | 328.36 |
| DF2/GAS OIL | 839.3 | 37.0 | 7.507 | 315.30 | 1191.47 | 7.628 | 320.36 |

INTERMEDIATE FUEL OILS

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| IFO 60  | 947.2 | 17.8 | 6.651 | 279.33 | 1055.74 | 6.757 | 283.81 |
| IFO 180 | 965.3 | 15.0 | 6.526 | 274.09 | 1035.95 | 6.630 | 278.48 |
| IFO 220 | 967.9 | 14.6 | 6.508 | 273.34 | 1033.16 | 6.612 | 277.72 |
| IFO 380 | 973.9 | 13.7 | 6.468 | 271.65 | 1026.68 | 6.572 | 276.01 |

JET FUELS

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| JP4/JET B  | 764.6 | 53.5 | 8.243 | 346.22 | 1307.87 | 8.376 | 351.78 |
| JP5        | 819.9 | 41.0 | 7.686 | 322.80 | 1219.66 | 7.809 | 327.98 |
| JP8/JET A1 | 805.9 | 44.0 | 7.820 | 328.42 | 1240.85 | 7.945 | 333.69 |
| JET A      | 814.2 | 42.2 | 7.739 | 325.04 | 1228.20 | 7.863 | 330.26 |
| KEROSINES (ALL) | 815.2 | 42.0 | 7.730 | 324.68 | 1226.69 | 7.854 | 329.88 |
| MARINE GAS OIL  | 839.3 | 37.0 | 7.507 | 315.30 | 1191.47 | 7.628 | 320.36 |
| NAPHTHA         | 731.1 | 62.0 | 8.623 | 362.16 | 1367.80 | 8.761 | 367.97 |
| NAVAL DISTILLATE FUEL (F76) AND DFW (F75) | 844.3 | 36.0 | 7.463 | 313.43 | 1184.41 | 7.582 | 318.46 |

(3) **TABLE III.**

| PRODUCT | ASSUMED DENSITY 20 deg C/20 deg C | | |
|---|---|---|---|
| | g/mL | lb/gal | Kg/gal |
| FSII DIEGME | 1.025 | 8.561 | 3.884 |

(DESC 52.215-9FA1)

M72   EVALUATION OF OFFERS (EXCEPTIONS/DEVIATIONS) (DESC APR 1997)
    (a) Offerors are expected to submit offers in full compliance with all terms and conditions of this solicitation.
    (b) Any exceptions/deviations to the terms and conditions of this solicitation will result in the Government's determination that either--
        (1) The exception/deviation is material enough to warrant rejection of the offer in part or in full; or
        (2) The exception/deviation is acceptable.
    (c) If the exception/deviation is in reference to a specification contained in this solicitation and the offeror cannot supply product fully meeting the required specification(s), the product can be offered for consideration provided the offeror clearly indicates, by attachment to the offer, the extent to which any product offered differs from the required specification(s).
    (d) If the exception/deviation is in reference to a particular test, inspection, or testing method contained in this solicitation, the offer can be considered provided the offeror clearly indicates, by attachment to the offer, the extent to which its offer differs from those requirements.
    (e) If the exception/deviation is determined acceptable, offered prices may be adjusted, for evaluation purposes only, by the Government's best estimate of the quantitative impact of the advantage or disadvantage to the Government that might result from making an award under those circumstances.

(DESC 52.209-9F45)