ADDENDUM 2

**NOTE:** Offerors are encouraged to track the proposed base reference price against their fuel costs for a set time to determine if the Government's proposed base reference price coincides with the offeror's cost of product. Base reference prices are used only for price adjustment purposes and are not to be an indicator of the offeror's fuel cost at a specific time period.

**B19.19-1    ECONOMIC PRICE ADJUSTMENT – MARKET PRICE INDICATORS (SHIPS' BUNKERS) (DESC JUN 2005)**
(a) **WARRANTIES.** The Contractor warrants that--
(1) The unit prices set forth in the Schedule do not include allowances for any portion of the contingency covered by this clause; and
(2) The prices to be invoiced hereunder shall be computed in accordance with the provisions of this clause.
(b) **DEFINITIONS.** As used throughout this clause, the term--
(1) **Award price** means the original contract price.
(2) **Reference price** means the market price indicator set forth in the Table in (f) below with which the award price is to fluctuate.
(i) **Base reference price** means the market price indicator shown in the Table in (f) below and is the reference price from which economic price adjustments are calculated pursuant to this clause. This price will be expressed as **Base Ref. Price** in any price adjustment notification issued through contract modifications and/or postings to the DESC web page under the heading **Doing Business with DESC**. The base reference date annotated in the Table shall remain unchanged throughout the life of the contract.
(ii) **Adjusting reference price** means the market price indicator in effect in the calendar week of the date of delivery, used to determine the change in reference price. In the event one or more applicable reference prices are not (or were not) published, then the term adjusting reference price means the market price indicator for an item as published on the date nearest in time <u>on or prior to</u> the effective calendar date as expressed in (4) below. It is annotated as **New Ref. Price** in any PA modification issued.
(3) **Current unit price** means the most current price in effect for the week that the price adjustment provisions discussed in paragraph (c) below begin. This price, expressed as **Latest Unit Price** in any DESC price adjustment notification issued through contract modifications and/or postings to the DESC web page under the heading **Doing Business with DESC** shall be the unit price charged to the Government for supplies delivered under the contract.
(4) **Date of delivery** means the date and time product is received by the requesting activity/vessel. This is shown by signature of receipt by the Government representative for the entire delivery. A single delivery that began on one date and ended on another date shall be considered as received on the date of completion annotated by the Government on the bunker delivery document. Excusable delays in delivery shall be handled on a case-by-case basis by the Contracting Officer.
(5) **Calendar week** means a consecutive seven-day period, beginning with Monday, unless otherwise specified in (c)(1) below.
(6) **Published** means issued in either print or electronic format by the service designated to be employed as an escalator, unless otherwise specifically stated. In the event of a conflict between the prices set forth in the print version and those set forth in the electronic version for the same date, the electronic version shall prevail, unless otherwise specified in (c)(1) below.
(c) **ADJUSTMENTS.** The prices payable under this contract shall be the award price increased or decreased by the amount that the reference price shall have increased or decreased through the date of delivery. The amount of increase or decrease in the award price shall be based on the same number of cents, or fraction thereof, that the reference price increases or decreases per like unit of measure.
(1) **DAY OF PUBLICATION.**
(i) **PLATT'S BUNKERWIRE AND BUNKERFUELS REPORT.** For items employing Platt's Bunkerwire and Bunker Fuels Report, the adjusting reference price in effect on the date of delivery shall be that item's reference price effective (and normally published) on the **Tuesday** of the calendar week in which the delivery is made, or, in the event there is no publication on Tuesday of that week, it shall be the item's reference price as last previously published prior to that Tuesday.
(ii) **PLATT'S OILGRAM PRICE REPORT.** For items employing Platt's Oilgram Price Report, Spot Price Assessment, the adjusting reference price in effect on the date of delivery shall be that item's reference price in effect for the Monday of the calendar week in which the delivery is made, or, in the event there is no price for that Monday, it shall be the item's reference price in effect for the date nearest in time prior to that Monday. For items employing Platt's Oilgram Price Report, 5 Day Rolling Average, the reference price in effect on the date of delivery shall be the average of that item's reference price effective for 5 consecutive days ending

Friday prior to the calendar week in which the delivery is made. In the event there is no price for any one or more of those 5 days, the reference price shall be calculated by averaging the last 5 days for which prices were in effect on or prior to that Friday.

(iii) **AXXIS.** For items employing AXXIS, the adjusting reference price shall be that item's reference price in effect for the Thursday of the calendar week prior to the date that delivery is made. In the event there is no price for that Thursday, it shall be the item's reference price in effect for the date nearest in time prior to that Thursday.

(iv) **OIL PRICE INFORMATION SERVICE (OPIS).** For items employing OPIS, the adjusting reference price in effect on the date of delivery shall be that item's reference price published, in print, on the Monday of the calendar week in which delivery is made. In the event there is no publication in that week, it shall be the item's reference price as last previously published in the print edition. **NOTE: Generally, the Monday print edition of OPIS contains the prices in effect for the prior Thursday. However, the Monday print edition of OPIS may contain prices for a date other than the prior Thursday. In any event, the prices appearing in the Monday print edition shall have control.**

(v) When a combination of two different publications is utilized, the applicable reference dates will be stated in paragraph (f) below.

(vi) Platts issues corrections to its published prices on a regular basis. Platts posts corrections to its website (http://www.platts.com) for its subscribers. If a correction to a reference price is found on the Platts website, all of the items that use that reference price will be corrected. DESC will correct any other reference prices, as notice of the correct is received. DESC will work with the pricing services to determine the appropriate price, whenever an offeror or Contractor can show that the price referenced should be reviewed.

(2) **CALCULATIONS.**

(i) If averages are published within a given publication, then these averages will be used.

(ii) For prices in U.S. gallons, if average are not available within a given publication, DESC calculated averages, carried to six decimal places, rounded, will be used. For prices in metric tons, if averages are not available within a given publication, DESC calculated averages, carried to two decimal places, rounded, will be used. For domestic contract line items, conversions from metric tons to gallons shall be utilized through the CONVERSION FACTORS clause for the applicable publication reference product. Barrels shall be converted using the CONVERSION FACTORS clause for barrels to gallons. The above shall apply unless cited differently in the Table in (f) below.

(iii) For domestic contract line items, the final calculated reference price, as well as any intermediary arithmetical calculations, will consist of a number including six decimal places, rounded. For overseas contract line items, the final calculated reference price, as well as any intermediary arithmetical calculations, will consist of a number including two decimal places, rounded.

(iv) For domestic contract line items, the final adjusted unit price will always consist of a number including six decimal places, rounded. For overseas contract line items, the final adjusted unit price will always consist of a number including two decimal places, rounded.

(3) **FAILURE TO DELIVER.** Notwithstanding any other provisions of this clause, no upward adjustment shall apply to product scheduled under the contract to be delivered before the effective date of the adjustment unless the Contractor's failure to deliver according to the delivery schedule results from causes beyond the Contractor's control and without its fault or negligence, within the meaning of paragraphs (f), Excusable Delays, and (m), Termination for Cause, of the CONTRACT TERMS AND CONDITIONS – COMMERCIAL ITEMS clause of this contract, or is the result of an allocation made in accordance with the terms of the ALLOCATION clause of this contract, in which case the contract shall be amended to make an equitable extension of the delivery schedule.

(4) **UPWARD CEILING ON ECONOMIC PRICE ADJUSTMENTS.** The Contractor agrees that the total increase in any contract unit price shall not exceed __60__ percent of the award price, except as provided hereafter:

(i) If, at any time, the Contractor has reason to believe that within the near future a price adjustment under the provisions of this clause will be required that will exceed the current contract ceiling price for any item, the Contractor shall promptly notify the Contracting Officer in writing of the expected increase. The notification shall include a revised ceiling the Contractor believes is sufficient to permit completion of remaining contract performance, along with an appropriate explanation and documentation as required by the Contracting Officer.

(ii) If an actual increase in the reference price would raise a contract unit price for an item above the current ceiling, the Contractor shall have no obligation under this contract to fill pending or future orders for such item, as of the effective date of the increase, unless the Contracting Officer issues a contract modification to raise the ceiling. If the contract ceiling will not be raised, the Contracting Officer shall so promptly notify the Contractor in writing.

(5) **REVISION OF REFERENCE PRICE.** In the event--

(i) Any applicable reference price (market price indicator) is discontinued or its method of derivation is altered substantially; or

(ii) The Contracting Officer determines that the reference price consistently and substantially fails to reflect market conditions--
the parties shall mutually agree upon an appropriate and comparable substitute for determining the price adjustments hereunder. The contract shall be modified to reflect such substitute effective on or just prior to the date the indicator was discontinued, altered, or began to consistently and substantially fail to reflect market conditions. If the parties fail to agree on an appropriate substitute, the matter shall be resolved in accordance with paragraph (d), Disputes, of the CONTRACT TERMS AND CONDITIONS – COMMERCIAL ITEMS clause of the contract.

(d) **EXAMINATION OF RECORDS.** The Contractor agrees that the Contracting Officer or designated representatives shall have the right to examine the Contractor's books, records, documents, and other data the Contracting Officer deems necessary to verify Contractor adherence to the provisions of this clause.

(e) **FINAL INVOICE.** The Contractor shall include a statement on the final invoice that the amounts invoiced hereunder have applied all decreases required by this clause.

(f) **TABLE.** The following publication(s)/date(s) apply:

SEE ATTACHMENT B FOR BASE REFERENCE POSTINGS

See the EPA clause "Continuation Pages" for (1) a list of applicable publications and effective reference price dates, and (2) market areas and reference publications designated by product, location, and publication reference.

(DESC 52.216-9FS1)

B19.20   **DAILY ECONOMIC PRICE ADJUSTMENT – MARKET PRICE INDICATORS (SHIPS' BUNKERS) (DESC APR 2006)**

(a) **WARRANTIES.** The Contractor warrants that--
(1) The unit prices set forth in the Schedule do not include allowances for any portion of the contingency covered by this clause; and
(2) The prices to be invoiced hereunder shall be computed in accordance with the provisions of this clause.

(b) **DEFINITIONS.** As used throughout this clause, the term--
(1) **Award price** means the original contract price.
(2) **Reference price** means the market price indicator set forth in the Table in (f) below with which the award price is to fluctuate.

(i) **Base reference price** means the market price indicator shown in the Table in (f) below and is the reference price from which economic price adjustments are calculated pursuant to this clause. This price will be expressed as **Base Ref. Price** in any price adjustment notification issued through contract modifications and/or postings to the DESC web page under the heading **Doing Business with DESC**. The base reference date annotated in the Table shall remain unchanged throughout the life of the contract.

(ii) **Adjusting reference price** means the market price indicator in effect on the date of delivery, used to determine the change in reference price. In the event one or more applicable reference prices are not (or were not) published, then the term adjusting reference price means the market price indicator for an item as published on the date nearest in time **on or prior to** the effective calendar date as expressed in (4) below. It is annotated as **New Ref. Price** in any PA modification issued.

(3) **Current unit price** means the price in effect for the day that the price adjustment provisions discussed in paragraph (c) below begin. This price, expressed as **Latest Unit Price** in any DESC price adjustment notification issued through contract modifications and/or postings to the DESC web page under the heading **Doing Business with DESC**, shall be the unit price charged to the Government for supplies delivered under the contract.

(4) **Date of delivery** means the date and time product is received by the requesting activity/vessel. This is shown by signature of receipt by the Government representative for the entire delivery. A single delivery that began on one date and ended on another date shall be considered as received on the date of completion annotated by the Government on the bunker delivery document. Excusable delays in delivery shall be handled on a case-by-case basis by the Contracting Officer.

(5) **Calendar week** means a consecutive seven-day period, beginning with Monday, unless otherwise specified in (c)(1) below.

(6) **Published** means issued in either print or electronic format by the service designated to be employed as an escalator, unless otherwise specifically stated. In the event of a conflict between the prices set forth in the print version and those set forth in the electronic version for the same date, the electronic version shall prevail, unless otherwise specified in (c)(1) below.

(c) **ADJUSTMENTS.** The prices payable under this contract shall be the award price increased or decreased by the amount that the reference price shall have increased or decreased as of the date of delivery. The amount of increase or decrease in the award price shall be based on the same number of cents, or fraction thereof, that the reference price increases or decreases per like unit of measure.

(1) **DAY OF PUBLICATION.** The adjusting reference price in effect on the date of delivery shall be that item's reference price effective (and normally published) on the date in which the delivery is made, or, in the event there is no publication on that day, it shall be the item's reference price as last previously published prior to that date.

**NOTE:** Platts issues corrections to its published prices on a regular basis. Platts posts corrections to its website (http://www.platts.com) for its subscribers. If a correction to a reference price is found on the Platts website, all of the items that use that reference price will be corrected. DESC will correct any other reference prices, as notice of the correction is received. DESC will work with the pricing services to determine the appropriate price, whenever an offeror or Contractor can show that the price referenced should be reviewed.

(2) **CALCULATIONS.**

(i) If averages are published within a given publication, then these averages will be used.

(ii) For prices in U.S. gallons, if averages are not available within a given publication, DESC calculated averages, carried to six decimal places, rounded, will be used. For prices in metric tons, if averages are not available within a given publication, DESC calculated averages, carried to two decimal places, rounded, will be used. For domestic contract line items, conversions from metric tons to gallons shall be utilized through the CONVERSION FACTORS clause for the applicable publication reference product. Barrels shall be converted using the CONVERSION FACTORS clause for barrels to gallons. The above shall apply unless cited differently in the Table in (f) below.

(iii) For domestic contract line items, the final calculated reference price, as well as any intermediary arithmetical calculations, will consist of a number including six decimal places, rounded. For overseas contract line items, the final calculated reference price, as well as any intermediary arithmetical calculations, will consist of a number including two decimal places, rounded.

(iv) For domestic contract line items, the final adjusted unit price will always consist of a number including six decimal places, rounded. For overseas contract line items, the final adjusted unit price will always consist of a number including two decimal places, rounded.

(3) **FAILURE TO DELIVER.** Notwithstanding any other provisions of this clause, no upward adjustment shall apply to product scheduled under the contract to be delivered before the effective date of the adjustment unless the Contractor's failure to deliver according to the delivery schedule results from causes beyond the Contractor's control and without its fault or negligence, within the meaning of paragraphs (f), Excusable Delays, and (m), Termination for Cause, of the CONTRACT TERMS AND CONDITIONS – COMMERCIAL ITEMS clause of this contract in which case the contract shall be amended to make an equitable extension of the delivery schedule.

(4) **UPWARD CEILING ON ECONOMIC PRICE ADJUSTMENTS.** The Contractor agrees that the total increase in any contract unit price shall not exceed 350 percent of the award price, except as provided hereafter:

(i) If, at any time, the Contractor has reason to believe that within the near future a price adjustment under the provisions of this clause will be required that will exceed the current contract ceiling price for any item, the Contractor shall promptly notify the Contracting Officer in writing of the expected increase. The notification shall include a revised ceiling the Contractor believes is sufficient to permit completion of remaining contract performance, along with an appropriate explanation and documentation as required by the Contracting Officer.

(ii) If an actual increase in the reference price would raise a contract unit price for an item above the current ceiling, the Contractor shall have no obligation under this contract to fill pending or future orders for such item, as of the effective date of the increase, unless the Contracting Officer issues a contract modification to raise the ceiling. If the contract ceiling will not be raised, the Contracting Officer shall so promptly notify the Contractor in writing.

(5) **REVISION OF REFERENCE PRICE.** In the event--

(i) Any applicable reference price (market price indicator) is discontinued or its method of derivation is altered substantially; or

(ii) The Contracting Officer determines that the reference price consistently and substantially fails to reflect market conditions--

the parties shall mutually agree upon an appropriate and comparable substitute for determining the price adjustments hereunder. The contract shall be modified to reflect such substitute effective on or just prior to the date the indicator was discontinued, altered, or began to consistently and substantially fail to reflect market conditions. If the parties fail to agree on an appropriate substitute, the matter shall be resolved in accordance with paragraph (d), Disputes, of the CONTRACT TERMS AND CONDITIONS – COMMERCIAL ITEMS clause of the contract.

(d) **EXAMINATION OF RECORDS.** The Contractor agrees that the Contracting Officer or designated representatives shall have the right to examine the Contractor's books, records, documents, and other data the Contracting Officer deems necessary to verify Contractor adherence to the provisions of this clause.

      (e) **FINAL INVOICE.** The Contractor shall include a statement on the final invoice that the amounts invoiced hereunder have applied all decreases required by this clause.

      (f) **TABLE.** The following publication(s)/date(s) apply:

SEE ATTACHMENT B FOR BASE REFERENCE POSTINGS

See the EPA clause continuation pages, when applicable, for (1) a list of applicable publications and effective reference price dates, and (2) market areas and reference publications designated by product, location, and publication reference.

(DESC 52.216-9FS9)

**B19.27-2   ECONOMIC PRICE ADJUSTMENT - ESTABLISHED CATALOG PRICE OR MARKET PRICE - OTHER THAN PUBLICATIONS ( SHIPS' BUNKERS) (DESC APR 2006)**

      (a) **WARRANTIES.** The Contractor warrants that--

          (1) The unit prices set forth in this contract do not include allowances for any portion of the contingency covered by this clause; and

          (2) The prices to be invoiced hereunder shall be computed in accordance with the provisions of this clause.

      (b) **DEFINITIONS.** As used throughout this clause, the term--

          (1) **Award price** means the original contract price including incremental pricing grids. It is annotated as **Awarded Unit Price** in any DESC price adjustment notification issued by contract modifications and/or postings to the DESC web page under the heading **Doing Business with DESC.**

          (2) **Base reference price** means the price that (1) is an established **catalog** (also commonly known as **posted price**) or **market** price for commercial items sold in substantial quantities to the general public, and (2) is the net price after applying any standard trade discounts or any temporary voluntary allowances offered by the Contractor. This price will be specified in the Table in (f) below and in the attachment entitled POSTING HISTORY WORKSHEET (worksheet instructions are included with the attachment). The **base reference date** annotated in the Table in (f) below shall remain unchanged throughout the life of the contract.

          (3) **Adjusting reference price** means the current established price as described in (2) above, in effect on the calendar week of the date of delivery, used to determine the change between the two. The term further means the reference price for an item as provided on the date nearest in time **on or prior to** the effective calendar date as expressed in (5) below. This is annotated as **New Ref. Price** in any DESC price adjustment notification issued through contract modifications and/or postings to the DESC web page under the heading **Doing Business with DESC.**

          (4) **Current unit price** means the most current unit price in effect for the week that the escalation provisions discussed herein begin. This price shall be the unit price charged to the Government for supplies delivered under this contract and will be expressed as **Latest Unit Price** in any DESC price adjustment notification issued through contract modifications and/or postings to the DESC web page under the heading **Doing Business with DESC.**

          (5) **Date of delivery** means the date and time product is received by the requesting activity/vessel. This is shown by signature of receipts by the Government representative for the entire delivery. A single delivery that began on one date and ended on another date shall be considered as received on the date of completion and annotated by the Government on the bunker delivery document. Excusable delays in delivery shall be handled on a case-by-case basis by the Contracting Officer.

      (c) **ADJUSTMENTS.** The prices payable under this contract shall be the award price increased or decreased by the amount that the reference price shall have been increased or decreased through the date of delivery. The amount of increase or decrease in award price shall be based on the same number of cents, or fraction thereof, that the reference price increases or decreases per like unit of measure.

          (1) **NOTIFICATION.** The Contractor shall notify the Contracting Officer, in writing, of any and all changes in the reference price within 15 days from the effective date of such change. **Failure to provide increases and decreases in the reference price shall be a material breach of contract.** The price change notification shall include appropriate explanations and documentation as required by the Contracting Officer.

          (2) **EVIDENCE OF CHANGE IN CONTRACTOR'S ESTABLISHED CATALOG (POSTED) PRICE.** The price change notification shall include written documentation sufficient to justify such change. If the change in the Contractor's established catalog price results from a change in a supplier's price, the Contractor shall include a copy of the supplier's notice or invoice, which clearly shows the supplier's name, the increase or decrease in price or invoice price, the applicable product, and the effective date

of the change. In the event the Contracting Officer determines the justification insufficient to warrant such a change, the Contractor will be notified within three working days of DESC's receipt of the price change notification. The Contractor shall continue performance under this contract until the situation is resolved in accordance with paragraph (d), Disputes, of the CONTRACT TERMS AND CONDITIONS – COMMERCIAL ITEMS clause of this contract.

(3) **CALCULATIONS.** For U.S. locations, prices must be in U.S. gallons extending to six decimal places, rounded. For overseas locations, the prices must be in metric tons extended to two decimal places, rounded. For domestic contract line items, conversions from metric tons to gallons shall be utilized through the CONVERSION FACTORS clause for the applicable publication reference product. Barrels shall be converted using the CONVERSION FACTORS clause for barrels to gallons. The above shall apply unless cited differently in the Table in paragraph (f) below.

(4) **PRICE ADJUSTMENT NOTIFICATIONS/MODIFICATIONS.** Any resultant price changes shall be executed by the Contracting Officer via notification through contract modifications and/or postings to the DESC web page under the heading **Doing Business with DESC** in accordance with the following:

(i) The effective date of the price change modification will be the date of the latest posting issued or change in the reference price issued on or prior to the date of delivery.

(ii) **DECREASES.** If the Contractor fails to notify the Contracting Officer of any decrease in the reference price within the allotted 15-day period, such decrease shall apply to deliveries made on or after the effective date of such decrease. However, if any overpayment is made to the Contractor as a result of the Contractor's failure to give timely notice to the Contracting Officer of any decrease in the reference price, the Contractor shall be charged interest on such overpayment from the date of the overpayment to the date of reimbursement by the Contractor for the overpayment in accordance with paragraph (d), Disputes, of the CONTRACT TERMS AND CONDITIONS - COMMERCIAL ITEMS clause of this contract.

(iii) **INCREASES.** Any increase in unit price as a result of an increase in the reference price shall apply to all deliveries made on or after the effective date of the price change issued by the Contracting Officer. However, no modification incorporating an increase in a contract unit price shall be executed pursuant to this clause until the increase has been verified by the Contracting Officer.

(5) **FAILURE TO DELIVER.** Notwithstanding any other provisions of this clause, no upward adjustment shall apply to product scheduled under the contract to be delivered before the effective date of the adjustment, unless the Contractor's failure to deliver according to the delivery schedule results from causes beyond the Contractor's control and without its fault or negligence, within the meaning of paragraphs (f), Excusable Delays, and (m), Termination for Cause, of the CONTRACT TERMS AND CONDITIONS – COMMERCIAL ITEMS clause of this contract in which case the contract shall be amended to make an equitable extension of the delivery schedule.

(6) **UPWARD CEILING ON ECONOMIC PRICE ADJUSTMENT.** The Contractor agrees that the total increase in any contract unit price shall not exceed ____ percent of the award price, except as provided hereafter:

(i) If at any time the Contractor has reason to believe that within the near future a price adjustment under the provisions of this clause will be required that will exceed the current contract ceiling price for any item, the Contractor shall promptly notify the Contracting Officer in writing of the expected increase. The notification shall include a revised ceiling the Contractor believes is sufficient to permit completion of remaining contract performance, along with an appropriate explanation and documentation as required by the Contracting Officer.

(ii) If an actual increase in the reference price would raise a contract unit price for an item above the current ceiling, the Contractor shall have no obligation under this contract to fill pending or future orders for such item, as of the effective date of the increase, unless the Contracting Officer issues a contract modification to raise the ceiling. If the contract ceiling will not be raised, the Contracting Officer shall so promptly notify the Contractor in writing.

(d) **EXAMINATION OF RECORDS.** The Contractor agrees that the Contracting Officer or designated representatives shall have the right to examine the Contractor's books, records, documents, and other data the Contracting Officer deems necessary to verify Contractor adherence to the provisions of this clause.

(e) **FINAL INVOICE.** The Contractor shall include a statement on the final invoice that the amounts invoiced hereunder have applied all decreases required by this clause.

(f) **TABLE.**

| I | II | III | IV | V |
|---|---|---|---|---|
| | | | | Base reference price as of |
| | | | | _____ |
| | Name of | If company, | Location where reference price | (base ref. date) (excludes |
| Item no. | company | name of product | is applicable | all taxes) |

(DESC 52.216-9FS5)

C1  **SPECIFICATIONS (DESC JAN 1997)**
Product to be supplied shall fully meet the requirements of the applicable specification(s) as indicated in the Supply Schedule, except as modified elsewhere in this contract. Unless otherwise indicated by the Contractor, prior to award and in accordance with the EVALUATION OF OFFERS clause, the product offered will be assumed to fully meet the applicable specification(s).
(DESC 52.246-9FT5)

C3  **SPECIFICATIONS/EXCEPTIONS (BUNKERS) (DESC JAN 2006)**
(a) In delivering supplies and services under this contract, the Contractor shall conform to all Federal, State, and local environmental requirements applicable to the geographic location of the receiving activity on the date of delivery. The Contractor shall also comply with all applicable International Agreements, Treaties, Conventions, and the like to which the United States is a signatory or with whose terms the receiving activity has otherwise agreed to comply. The Contractor shall be responsible for determining the existence of all such requirements prior to the time deliveries are made.
(b) In the event that an International, Federal, State, and/or local environmental requirement, as identified above, is more stringent than a requirement contained in this contract, the Contractor shall deliver product(s) that complies with the more stringent requirement. Product(s) that fails to meet the more stringent requirement will be considered nonconforming supply. Product to be supplied shall fully meet the requirements of the applicable specification(s).
(c) Unless otherwise indicated by the Contractor in writing, prior to award, and in accordance with the EVALUATION OF OFFERS clause, the product offered shall be required to fully meet the applicable specification(s).
(d) If requesting an exception to product requirements in the solicitation, the offeror shall provide the following information:
    (1) Offeror name;
    (2) Contract Line Item Number, if applicable;
    (3) Product, if applicable;
    (4) Clause number, paragraph, and subparagraph, as appropriate;
    (5) Nature of request;
    (6) Reason for the request; and
    (7) Corrective action, if appropriate.
(DESC 52.246-9FV1)

C16.23-2    COMMERCIAL MARINE GAS OIL MINIMUM SPECIFICATION REQUIREMENTS (DESC MAY 2002)
(a) Offered product shall conform to the following requirements that define a fuel suitable for Marine Gas Turbine engines:

| FUEL PROPERTY | TEST METHOD | LIMITS |
|---|---|---|
| 1. Cetane Number [1] | ASTM D 613 | 42 min. |
| or Cetane Index | ASTM D 976 | 43 min. |
| 2. Appearance @ 21°C or ambient temperature (whichever higher) | Visual | Clear & Bright |
| or Water & Sediment | ASTM D 2709 | 0.05 vol. % max. |
| 3. Distillation, 90% point | ASTM D 86 | 357°C max. |
| 4. Flash Point [2] | ASTM D 93 | 60°C min. |
| 5. Cloud Point [3] | ASTM D 2500 | -1°C (30°F) max. |
| 6. Viscosity @ 40°C | ASTM D 445 | 1.7 - 4.5 cSt |
| 7. Color [4] | ASTM D 1500 | 3 max. |
| 8. Density @ 15°C | ASTM D 1298 | 876 kg/m max. |
| 9. Carbon Residue on 10% bottoms [5] | ASTM D 524 | 0.35 mass % max. |
| 10. Ash | ASTM D 482 | 0.01 mass % max. |
| 11. Sulfur [6] | ASTM D 4294 | 1.0 mass % max. |
| 12. Corrosion | ASTM D 130 | 3 max. |
| 13. Composition | None | 100% distillate fuel (fuel shall contain no residual) |

(b) **NOTES TO THE REQUIREMENTS ABOVE.**
1. If the Cetane number is reported, the reported value shall apply to the base fuel without Cetane improving additives.
2. The flash point value is absolute and no value less than 60°C is permissible.
3. Cloud point results will be evaluated based upon bunkering location.
4. For deliveries in the United States, the color test requirement is deleted if red dye has been added in compliance with the U.S. Environmental Protection Agency or Internal Revenue Service regulations; however, the resulting fuel/dye blend must have a red tint. It shall not be visually brown or dark in appearance. For deliveries outside the United States, the offerors must submit information on the composition, color and desired concentration of any dye to be used in order to obtain approval.
5. For carbon residue on 10% bottoms, ASTM D 189 is an acceptable alternate method.
6. For total sulfur content, ASTM D 1552 and ASTM D 2622 are acceptable alternate methods.

(c) **REDUCED SULFUR REQUIREMENT FOR EUROPEAN UNION PORTS.**
(1) In support of European Commission Directive 1999/32/EC, "Sulphur Provisions for Marine Gas Oils", MGO delivered in European Union ports vice this contract shall contain no more than 0.20 mass percent maximum sulfur.
(2). Specific ports where DESC requires low sulfur MGO include Algeciras, Spain; Alicante, Spain; Antwerp, Belgium; Augusta Bay, Italy; Barcelona, Spain; Bremerhaven/Nordenham, Germany; Cagliari, Italy; Cartagena, Spain; Catania, Italy; Genoa, Italy; Gibraltar, United Kingdom; La Maddalena, Italy; Killingholme, United Kingdom; Lisbon, Portugal; Livorno, Italy; Malaga, Spain; Marseilles, France; Naples, Italy; Palma de Mallorca, Spain; Portland, United Kingdom, Rotterdam, Netherlands; Southampton, United Kingdom; Toulon, France; and Trieste, Italy.

(DESC 52.246-9FAQ)

C36         FUEL OIL, INTERMEDIATE, GRADES RME-180 (IFO 180) AND RMG-380 (IFO 380) (DESC JAN 2006)

(a) In delivering supplies and services under this contract, the Contractor shall conform to all Federal, State, and local environmental requirements applicable to the geographic location of the receiving activity on the date of delivery. The Contractor shall also comply with all applicable International Agreements, Treaties, Conventions, and the like to which the United States is a signatory or with whose terms the receiving activity has otherwise agreed to comply. The Contractor shall be responsible for determining the existence of all such requirements prior to the time deliveries are made.

(b) In the event that an International, Federal, State, and/or local environmental requirement, as identified above, is more stringent than a requirement contained in this contract, the Contractor shall deliver product(s) that complies with the more stringent requirement. Product(s) that fails to meet the more stringent requirement will be considered nonconforming supply. Product(s) to be supplied shall fully meet the requirements of the applicable specification(s).

(c) Unless otherwise indicated by the Contractor in writing, prior to award, and in accordance with the EVALUATION (SHIPS' BUNKERS) provision, product offered shall be required to fully meet the applicable specifications.

(d) Product shall conform to ISO 8217:2005.

(e) **ALTERNATE TEST METHODS.** The test methods below can also be used to determine the following requirements:

| REQUIREMENTS | TEST METHOD |
|---|---|
| Density @15°C, kg/m$^3$ | ASTM D 4052 |
| Carbon Residue | ASTM D 4530 |
| Vanadium, mg/kg | ASTM D 5863 |
| Aluminum plus silicon, mg/kg | ASTM D 5184 |

(f) **SULFUR.** Starting May 19, 2005, the sulfur limit for RME-180 (IFO 180) and RMG-380 (IFO 380) must meet a sulfur limit of 4.5 weight percent, maximum.

(g) **FOR THE BULK PROGRAM.** RME-180 (IFO 180) purchased under the DESC Bulk Purchase Program must meet a revised sulfur weight percent limit of 3.5, maximum.

(h) **REPORTS.** Refer to the MATERIAL INSPECTION AND RECEIVING REPORT clause for reporting requirements. In addition, copies of the applicable DD Form 250 or DD Form 250-1 shall be submitted with a laboratory analysis report for each tank of product lifted. This documentation shall be submitted to the address identified in the MATERIAL INSPECTION AND RECEIVING REPORT clause and the addressee shown below:

ATTN: DESC-BP, RAY ORTIZ ROOM 2954
DEFENSE ENERGY SUPPORT CENTER
8725 JOHN J KINGMAN ROAD SUITE 4950
FORT BELVOIR VA 22060-6222
E-MAIL: Raymond.Ortiz@dla.mil

(DESC 52.246-9FFE)

C16.01      TURBINE FUEL, AVIATION (JP4/JP5) (BULK) (DESC AUG 2005)

(a) Specification MIL-DTL-5624U, dated January 5, 2004, Turbine Fuel, Aviation, Grades JP4 and JP5, applies. The requirements of Table 1 in the specification are modified as follows:

(1) **FILTRATION TIME TESTING.** Round upwards when reporting the filtration time, in minutes. For example, a filtration time of 4 minutes, 22 seconds, would be reported as 5 minutes.

(2) **HYDROGEN CONTENT.** ASTM D 5291 or ASTM D 7171 may be used in lieu of ASTM D 3701.

(3) **MICRO-SEPAROMETER (MSEP) REQUIREMENTS.** Prior to initial production under this contract, the Contractor shall elect, on a one-time basis, which MSEP limit will be met for the balance of the contract. If the Contractor introduces Fuel System Icing Inhibitor (FSII) and/or CI after verification of product conformance with the MSEP requirement, the product is not required to meet a fixed limit on subsequent MSEP tests.

(4) If the Contractor elects to verify conformance with the MSEP requirement on a sample of product that does not contain FSII and CI, an additional MSEP test shall be performed on a handblend containing jet fuel, FSII, CI, and AO (AO only if required). The MSEP result on this handblend is a REPORT ONLY requirement and shall be recorded corresponding to item 750X, both

on the Standardized Test Report Form (see Attachment _____) and on the DD Form 250-1. This result shall be recorded with an asterisk next to it, and with a footnote below, stating, "**MSEP result is a 'Report Only' requirement. Original result of _____ (fill in actual result) on product containing the following additives: _____ (fill in combination of additives)."**

    (5) **THERMAL STABILITY.** The thermal stability test (JFTOT), ASTM D 3241, shall be performed according to either Option A or B described below:

        (i) **OPTION A.** In addition to the thermal stability testing requirements of MIL-DTL-5624U, an additional JFTOT test shall be performed with the temperature of the test being 275 degrees Celsius (530 degrees Fahrenheit). Shipments will not be delayed pending results of this additional JFTOT test.

        (ii) **OPTION B.** The thermal stability test shall be performed with the temperature of the test being 275 degrees Celsius (530 degrees Fahrenheit) in lieu of the normal 260 degrees Celsius (500 degrees Fahrenheit). If the fuel fails the JFTOT at this temperature, a second test will be performed at 260 degrees Celsius (500 degrees Fahrenheit). If both tests are performed, the results of the test at 260 degrees Celsius (500 degrees Fahrenheit) will be the basis for acceptance or rejection of the fuel.

        (iii) Regardless of which option is chose (Option A or B above), the test temperature and the results of the JFTOT shall be recorded on the DD Form 250-1 and on the Standardized Test Report Form. If using the Standardized Test Report Form, the results obtained at 260 degrees Celsius shall be reported as using series "B" for item numbers 601, 602, and 603. If another temperature is used, use series "A" to report the results and item 604 to report the test temperature.

    (6) **EXISTENT GUM.** The preferred vaporizing medium for aviation turbine fuel is steam, however, the existent gum test (ASTM D 381-01) may be performed using air as the vaporizing medium at the following operating temperatures: Bath: 232 to 246 degrees Celsius; Test well: 229 to 235 degrees Celsius. If air is used instead of steam while performing ASTM D 381, it must be reported. In case of a failure with air, the sample must be retested using steam.

  (b) **ADDITIVES.**

    (1) Additives are required for deliveries of JP4 and JP5, per MIL-DTL-5624U, unless addition is excluded by specific solicitation line item, applicable contract clause, or other contractual requirement. FSII included in jet fuel shall conform to MIL-DTL-85470B dated June 15, 1999.

    (2) The DD Form 250-1 for marine shipments shall cite the type, name, and amount (in milligrams per liter) of additives added to the fuels.

    (3) The CI/LI additive(s) used shall be of the type and concentration cited in QPL 25017-21 dated August 20, 2004. Only the following CI/LI additives are approved for inclusion in fuel shipments to overseas NATO countries: Apollo PRI-19, Octel DCI-4A, HITEC 580, NALCO 5403, and TOLAD 4410.

    (4) For JP4 containing hydrogen-treated blending stocks, the following applies: Where a finished fuel consists of a blend of hydrogen-treated and nonhydrogen-treated components, the requirement for mandatory addition of antioxidant (MIL-DTL-5624U, paragraph 3.3.1) applies only to the portion of the blend that has been hydrogen treated. In such cases the proportion of the blend that has been hydrogen treated shall be reported.

    (5) Line injection of additives (FSII and corrosion inhibitor) from shipping tank to delivery conveyance or other f.o.b. point is permitted under the following conditions:

        (i) Additives must be proportionately injected throughout the entire loading process to ensure the additive is homogeneously blended into the jet fuel. The Contractor shall maintain records evidencing the homogeneous blending of all line injected additives. Such methods may include meter or tank gauge readings or test results taken at intervals to provide confidence in the injection process.

        (ii) When FSII is required, additive concentration must be verified based on a representative shipment sample(s).

        (iii) Conformance to specification requirements at the custody transfer point is required, however, prior to shipment, a laboratory handblend of jet fuel with all additives required by this contract shall be tested to verify compliance with the required specification (except for Reid Vapor Pressure (RVP) and MSEP). Using a separate representative sample, RVP analysis of JP4 shall be performed without the additives present due to the sensitivity of the test to sampling and handling. MSEP analysis shall be performed per the Contractor's election in MIL-DTL-5624U, dated January 5, 2004.

    (6) When the addition of Static Dissipator Additive (SDA) is required by the contract, the new formulation of STADIS 450 (active ingredient dinonlynapthylsufonic acid (DINNSA) shall be used.

  (c) **APPLICABLE TO JP5 ONLY.**

    (1) **FLASH POINT TESTING.** The referee procedure for performing flash point testing of JP5 shall be the manual version of ASTM D 93 as opposed to the automated version of ASTM D 93.

    (2) **REPORTS.** Refer to the MATERIAL INSPECTION RECEIVING REPORT clause for reporting requirements. In addition, copies of the applicable DD Form 250 or DD Form 250-1 shall be submitted with a laboratory analysis report for each tank of product lifted. This documentation shall be submitted to the address identified in the MATERIAL INSPECTION AND RECEIVING REPORT clause.

(d) **APPLICABLE TO JP4 ONLY.**

(1) With the exception of the fuel electrical conductivity test requirement, JP4 must meet the specification test requirements of MIL-DTL-5624U with all additives required by this contract included, except SDA. After verifying specification conformance, SDA, when required by this contract, shall be added proportionately to obtain a conductivity range of 150-600 picosiemens per meter. SDA will not be preblended with FSII, but may be injected simultaneously. The Contractor is not required to report or verify the conductivity level when SDA is injected while loading delivery conveyances due to the SDA equilibrium rate in JP4. The receiving activity will measure the conductivity and advise the Quality Representative to have the Contractor adjust the SDA injection quantity if necessary.

(2) SDA is required to be added to all JP4 shipped directly to an end user by tank truck, tank car, barge, or pipeline without passing through a terminal. SDA is not required in shipments to (through) a DFSP.

(3) **REPORTS.** Refer to the MATERIAL INSPECTION AND RECEIVING REPORT clause for reporting requirements.

(DESC 52.246-9FNK)

E5.01    INSPECTION AND ACCEPTANCE OF SUPPLIES (SHIPS' BUNKERS) (DESC MAY 2001)
(a) **INSPECTION.**

(1) The Contractor shall provide and maintain an inspection system acceptable to the Government covering supplies under this contract and shall tender to the Government, for acceptance, only supplies that have been found by the Contractor to be in conformity with contract requirements. A system meeting International Organization for Standardization (ISO) 9001 or 9002 Quality Systems series documents is an acceptable inspection system. As part of the system, the Contractor shall prepare records evidencing all inspections made under the system and the outcome. These records shall be kept complete and made available to the Government during contract performance and for as long afterwards as the contract requires. The Government may perform reviews and evaluations as reasonably necessary to ascertain compliance with this paragraph. These reviews and evaluations shall be conducted in a manner that will not unduly delay the contract delivery. The right of review, whether exercised or not, does not relieve the Contractor of the obligations under the contract.

(2) The Government has the right to inspect and/or test all supplies called for by the contract.. Unless otherwise noted, inspection will be performed by the receiving activity based on documents required to be supplied by the Contractor at the time of delivery. The Government assumes no contractual obligation to perform any inspection and test for the benefit of the Contractor unless specifically set forth elsewhere in this contract.

(3) The Government may require the Contractor to provide the following types of samples of product being supplied under each line item under this contract, free of cost to the Government, to a testing location to be identified at the time of the request. Any testing performed would be at the expense of the Government.

(i) A one-gallon sample of fuel being delivered under each line item under the contract. Requests for this type of sample shall be limited to no more than one per month (per line item) during the life of the contract.

(ii) A five-gallon sample for each line item shall be requested for purposes of gathering data on world-wide bunker quality. This request would be limited to no more than twice (per line item) per contract period and shipped to the following address when requested:

    ATTN: AIR 4.4.5 FUEL SAMPLE
    NAVAL AIR STATION PATUXENT RIVER
    HAZMART BUILDING 2385
    22680 HAMMOND ROAD
    PATUXENT RIVER, MD 20670-1534

(4) If the Government performs inspection or test on the premises of the Contractor or a subcontractor, the Contractor shall furnish, and shall require subcontractors to furnish, at no increase in contract price, all reasonable facilities and assistance for the safe and convenient performance of these duties.

(5) The Government may perform quality validation on samples taken at the point of acceptance, i.e., ships' manifold. One representative sample will be taken and split into three sealed test specimens. One test specimen sample will be offered to the Contractor's representative. One test specimen sample will be submitted to a Government approved laboratory for analysis. Except as otherwise provided in the contract, the Government shall bear the expense of Government inspections or tests made at other than the Contractor's or subcontractor's premises. In the event the sample test results do not conform to contract specifications, the Government may exercise its post-acceptance rights and direct the Contractor to immediately remove the fuel at the Contractor's expense. Detainment of the Government vessel for the fuel removal will be at the Contractor's expense.

(6) When supplies are not ready at the time specified by the Contractor for inspection or test, the Contracting Officer may charge to the Contractor the additional cost of inspection or test. The Contracting Officer may also charge the Contractor for any additional cost of inspection or test when prior rejection makes reinspection or retest necessary.

(7) If this contract provides for the performance of Government quality assurance at source, and if requested by the Government, the Contractor shall furnish advance notification of the time when Contractor inspection or tests will be performed in accordance with the terms and conditions of the contract and when the supplies will be ready for Government inspection. The Government's request shall specify the period and method of the advance notification and the Government representative to whom it shall be furnished. Requests shall not require more than 2 workdays of advance notification if the Government representative is in residence in the Contractor's plant, nor more than 7 workdays in other instances.

(8) A copy of the latest full specification analysis for the shore tank shall be provided to the receiving activity at the time of each delivery. Additionally, when product is supplied by barge, the following analysis results shall be provided on a barge composite sample: Appearance, Color, Density, Distillation, Flash Point, and BS&W.

(b) **ACCEPTANCE.** Acceptance of the supplies furnished hereunder will take place at destination notwithstanding that inspection by the Government may take place elsewhere prior to acceptance.

(c) **SPECIFICATION WAIVERS.**

(1) Requests for waivers and deviations shall be submitted by the Contractor to the Contracting Officer with a copy to the Quality Representative (QR). Each request shall provide the following information:

(i) Contractor name;
(ii) Contract number;
(iii) Contract line item and product, if applicable;
(iv) Clause number;
(v) Paragraph and subparagraph, as appropriate;
(vi) The nature of the request;
(vii) The reason for the request;
(viii) The corrective action being taken by the Contractor to correct and prevent recurrence of the condition(s) causing the nonconformance; and
(ix) An equitable price adjustment offered over the administrative fee.

(2) In extraordinary situations, the Contractor may initially submit the request for a deviation or waiver through the cognizant QR to the Contracting Officer or the Contracting Officer's Representative (COR) in the Bulk Fuels Business Unit, Product Technical and Standardization Division, Defense Energy Support Center (DESC). Extraordinary situation requests shall be submitted formally to the Contracting Officer prior to close of business of the next DESC normal workday. As used in this clause, the term extraordinary situation means the matter cannot await resolution until the DESC normal workday (0800 to 1630 hours), Monday through Friday - Federal holidays excluded. In addition, if either the Contracting Officer or the COR cannot be reached, the Duty Officer shall be contacted and provided the necessary information to forward to the proper individuals as soon as possible. **The Duty Officer's telephone number is (800) 286-7633, (703) 767-8420, or (DSN) 427-8420.**

(3) If the waiver is granted, the contract will be modified to provide an equitable price reduction or other adequate consideration commensurate with the waiver being granted. If the situation dictates, a waiver may be granted without prior agreement on price adjustment or other consideration subject to agreement by the Contractor, or its representative, to subsequent negotiation. Such agreement shall be documented on the receiving document or other appropriate correspondence. After negotiations, failure to agree on adequate consideration shall be a dispute concerning a question of fact within the meaning of the Disputes section of the CONTRACT TERMS AND CONDITIONS -- COMMERCIAL ITEMS clause of this contract.

(4) If the waiver is granted and the nonconforming supplies are accepted, then in no event will consideration be less than $250 to cover administrative costs, plus any additional cost of Government inspection or tests if reinspection or retest is necessary.

(5) If the waiver is granted modifying this contract but the supplies accepted are nevertheless determined to be in conformity with contract specifications, the Contractor shall still be obligated to pay the consideration originally agreed upon in support of the waiver. If, however, this consideration exceeds $500, a second contract modification shall be issued reducing the Contractor's obligation to $500 (the administrative cost of issuing the two required modifications).

(6) When notification of nonconforming supplies is received after the supplies have been accepted, and the Government determines not to exercise its right to reject or to require correction under paragraph (a)(5) above, then in no event will consideration be less than $250 to cover administrative costs. This $250 fee is in addition to consideration commensurate with the extent of nonconforming supplies; and the cost of Government inspection or tests if reinspection or retest is necessary. The administrative fee will apply to each claim letter issued for off-specification product delivered to an activity.

(d) **SOURCE RESTRICTION.**

(1) If the Contractor delivers any product that is determined to be off-specification, the Contracting Officer shall thereafter have the right, upon giving 10 days' written notice, to require the Contractor to designate a single source of supply for each destination where the problem occurs as set forth in the contract. This shall coincide with the inspection procedures identified above.

(2) The Contractor must provide the new address of the terminal or loading point to be used in drawing the requirements for each affected item in the contract in addition to the name of the single source of supply.

(3) When paragraph (d)(1) has been enforced, the Contractor may change suppliers only after requesting and receiving the express written approval of the Contracting Officer. Prior to approval by the Contracting Officer, the Contractor must also submit a supply commitment letter and product specification from any new supplier, and a quality site inspection must be performed.

(DESC 52.246-9F85)

E22   LIST OF INSPECTION OFFICES FOR DESC CONTRACTS (DESC DEC 2005)

The following lists shall be used to identify the Government inspection office assigned inspection responsibility for DESC contracts in a particular geographic area. These contracts include, but are not limited to, those for bulk petroleum products and additives, into-plane refueling, petroleum storage and laboratory services, coal, missile fuels (including compressed gases), and posts, camps, and stations. The area of inspection responsibility and corresponding office code are assigned in paragraphs (a) and (b). The address and phone number of each inspection office by office code is provided in paragraph (c). Unless a particular inspection office is identified in another part of the contract, the assignments in this clause shall apply.

(a) **AREAS OF RESPONSIBILITY AND OFFICE CODES WITHIN THE CONTINENTAL UNITED STATES (CONUS):**

| State | Code | State | Code | State | Code |
|---|---|---|---|---|---|
| Alabama | 110 | Maine | 110 | Oklahoma | 110 |
| Arizona | 120 | Maryland | 110 | Oregon | 120 |
| Arkansas | 110 | Massachusetts | 110 | Pennsylvania | 110 |
| California | 120 | Michigan | 110 | Rhode Island | 110 |
| Colorado | 120 | Minnesota | 110 | South Carolina | 110 |
| Connecticut | 110 | Mississippi | 110 | South Dakota | 110 |
| Delaware | 110 | Missouri | 110 | Tennessee | 110 |
| District of Columbia | 110 | Montana | 120 | Texas | 110 |
| Florida | 110 | Nebraska | 110 | Utah | 120 |
| Georgia | 110 | Nevada | 120 | Vermont | 110 |
| Idaho | 120 | New Hampshire | 110 | Virginia | 110 |
| Illinois | 110 | New Jersey | 110 | Washington | 120 |
| Indiana | 110 | New Mexico | 120 | West Virginia | 110 |
| Iowa | 110 | New York | 110 | Wisconsin | 110 |
| Kansas | 110 | North Carolina | 110 | Wyoming | 120 |
| Kentucky | 110 | North Dakota | 110 | | |
| Louisiana | 110 | Ohio | 110 | | |

**EXCEPTIONS:**
(1) The El Paso, Texas, area is assigned to Code 120 (DESC Americas – West).
(2) The Newcastle, Wyoming, area is assigned to Code 110 (DESC Americas – East).

(b) **AREAS OF RESPONSIBILITY AND OFFICE CODES OUTSIDE THE CONTINENTAL UNITED STATES (OCONUS) (INCLUDING ALASKA AND HAWAII):**

| Country | Code | Country | Code | Country | Code | Country | Code |
|---|---|---|---|---|---|---|---|
| Afghanistan | 400 | Djibouti | 400 | Laos | $350^1$ | Saudi Arabia | 400 |
| Africa | $200^2$ | Egypt | 400 | Lebanon | 400 | Seychelles Is. | 400 |
| Alaska | 320 | Eritrea | 400 | Madagascar | 200 | Singapore | $350^1$ |
| Antarctica | 310 | Ethiopia | 400 | Malaysia | $350^1$ | Somalia | 400 |
| Armenia | 200 | Europe (Continental) | 200 | Maldives | $350^1$ | South America | 111 |
| Ascension Island | 111 | Georgia | 200 | Malta | 200 | South Korea | 330 |
| Australia | $350^1$ | Greenland | 200 | Mauritius | 200 | Sri Lanka | $350^1$ |
| Azerbaijan | 200 | Hawaiian Islands | 310 | Mexico | 111 | Sudan | 400 |
| Azores | 200 | Hong Kong | 330 | Midway Island | 310 | Syria | 400 |
| Bahrain | 400 | Iceland | 200 | Mongolia | 330 | Taiwan | $350^1$ |
| Bangladesh | $350^1$ | India | $350^1$ | Myanmar | $350^1$ | Tajikistan | 400 |
| Bermuda | 111 | Indonesia | $350^1$ | Nepal | $350^1$ | Thailand | $350^1$ |
| Bhutan | $350^1$ | Ireland | 200 | New Zealand | $350^1$ | Turkey | 200 |

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| Brunei | 350[1] | Iran | 400 | North Korea | 330 | Turkmenistan | 400 |
| Cambodia | 350[1] | Iraq | 400 | Oman | 400 | United Arab | |
| Canada | 110 | Israel | 200 | Pacific Islands | | Emirates | 400 |
| Canary Island | 200 | Japan | 340 | (Central & South) | 310 | United Kingdom | 200 |
| Caribbean Islands | 111 | Johnston Atoll | 310 | Pakistan | 400 | Uzbekistan | 400 |
| Central America | 111 | Jordan | 400 | Papua New Guinea | 350[1] | Vietnam | 350[1] |
| Chagos Archipelago | 300 | Kazakhstan | 400 | Philippines | 350[1] | Wake Island | 310 |
| China | 330 | Kenya | 400 | Qatar | 400 | Yemen | 400 |
| Comoros | 200 | Kuwait | 400 | Ryukus Islands, Japan | 340 | | |
| Cyprus | 200 | Kyrgyzstan | 400 | Russia | 200 | | |

[1] A copy of all documentation related to the inspection of product shipments by DESC Singapore should also be sent to Code 300, DESC Pacific.

[2] Except for those countries specifically assigned to DESC Middle East in the above list, all other countries in Africa fall under DESC Europe.

(c) **INSPECTION OFFICES AND CODES.**

110. DESC Americas East [3]
   Federal Building, Room 1005
   2320 LaBranch Street
   Houston, TX  77004-1091
   Phone:  (713) 718-3883
   FAX:     (713) 718-3891

111. DESC Americas East (Homestead)
   360 Coral Sea Blvd.
   Homestead AFB, FL  33039-1299
   Phone:  (305) 258-7454/55/56
   FAX:     (305) 258-7761

120. DESC Americas West [3]
   3171 N Gaffey Street
   San Pedro, CA  90731-1099
   Phone:  (310) 241-2800
   FAX:     (310) 241-2836

200. DESC Europe [3]
   ATTN:  Quality Manager
   CMR 443, Box 5000
   APO AE  09096-5000
   [Location:  Wiesbaden, Germany]
   Phone:  49-611-380-7541/7155 [4]
   FAX:     49-611-380-7030 [4]

300. DESC Pacific [3, 5]
   ATTN:  Quality Manager
   1025 Quincy Avenue, Building 479, Suite 2000
   Pearl Harbor, HI  96860-4512
   Phone:  (808) 473-4307
   FAX:     (808) 473-4232

310. DESC Middle Pacific
     1025 Quincy Avenue, Building 479, Suite 2000
     Pearl Harbor, HI 96860-4512
     Phone: (808) 473-4287
     FAX:   (808) 473-4232

320. DESC Alaska
     10480 22nd Street
     Elmendorf AFB, AK 99506-2500
     Phone: (907) 552-3949
     FAX:   (907) 753-0517

330. DESC Korea
     Mailing Address:
     Defense Energy Support Center Korea
     Unit #15015, Building S-348
     APO AP 96218-0171

     Shipping Address:
     Defense Energy Support Center Korea
     Unit #15015, Building S-348
     Camp Walker, Taegu, South Korea
     96218-0171
     Phone: 82-505-764-5842 [4]
     FAX:   82-505-764-5844 [4]

340. DESC Japan
     Yokota Building 714, Room 211/B-18
     Unit 5266
     APO AP 96328-5266
     [Location: Yokota AB, Japan]
     Phone: 82-505-764-5842 [4]
     FAX:   82-505-764-5844 [4]

350. DESC Singapore
     Mailing Address:
     Defense Energy Support Center Singapore
     c/o NRCC Singapore
     PSC 470, Box 2100
     FPO AP 96534-2100
     Phone: 65-6750-2070/2013 [4]
     FAX:   65-6750-2080/2635 [4]

     Shipping Address:
     Defense Energy Support Center Singapore
     NRCC Singapore PSA Sembawang Terminal
     Deptford Road Building 7-4
     Singapore 759657