```
                                                          SP0600-06-R-0218
                                                       SCHEDULE OF SUPPLIES
                                                            ATTACHMENT A


ITEM                                          ESTIMATED              OFFER
NUMBER                                        QUANTITY  UI           PRICE USD

           FREEMANTLE
           FE,
           AUSTRALIA
               DELIVERY FEDAAC: SP0600
               ORDERING OFFICE:


202-61     MARINE GAS OIL (MT)                 13,232   MT           $_____

           PIPELINE (PIPE),
           MINIMUM DELIVERY:      400 METRIC TONS


  **********************************************************************

           MELBOURNE
           FE,
           AUSTRALIA
               DELIVERY FEDAAC: SP0600
               ORDERING OFFICE:


203-61     MARINE GAS OIL (MT)                 15,855   MT           $_____

           BARGE (BRG),
           MINIMUM DELIVERY:      950 METRIC TONS


  **********************************************************************

           SYDNEY
           FE,
           AUSTRALIA
               DELIVERY FEDAAC: SP0600
               ORDERING OFFICE:


204-61     MARINE GAS OIL (MT)                 20,135   MT           $_____

           BARGE (BRG),
           MINIMUM DELIVERY:      400 METRIC TONS


  **********************************************************************

           COZUMEL
             USCG
           MEXICO
               DELIVERY FEDAAC: SP0600
               ORDERING OFFICE:


206-61     MARINE GAS OIL (MT)                  9,910   MT           $_____

           BARGE (BRG),
           MINIMUM DELIVERY:      20 METRIC TONS


  **********************************************************************
```

1

SP0600-06-R-0218
SCHEDULE OF SUPPLIES
ATTACHMENT A

| ITEM NUMBER | | ESTIMATED QUANTITY | UI | OFFER PRICE USD |
|---|---|---|---|---|
| | PUERTO QUETZAL<br>AA,<br>GUATEMALA<br>    DELIVERY FEDAAC: SP0600<br>    ORDERING OFFICE: | | | |
| 228-61 | MARINE GAS OIL (MT) | 12,525 | MT | $_____ |
| | TANK TRUCK (TT),<br>MINIMUM DELIVERY:     10 METRIC TONS<br>PORT AUTHORITY PERSONNEL ARE THE ONES THAT RIG<br>THE HOSES AND OPEN THE VALUES REGARDLESS OF WHO HAS<br>THE CONTRACT | | | |

*************************************************************

| | ACAPULCO<br>AA,<br>MEXICO<br>    DELIVERY FEDAAC: SP0600<br>    ORDERING OFFICE: | | | |
|---|---|---|---|---|
| 229-61 | MARINE GAS OIL (MT) | 5,000 | MT | $_____ |
| | TANK TRUCK (TT),<br>AVERAGE DELIVERY:     40 METRIC TONS<br>MINIMUM DELIVERY:     10 METRIC TONS | | | |

*************************************************************

| | CABO SAN LUCAS<br>AA,<br>MEXICO<br>    DELIVERY FEDAAC: SP0600<br>    ORDERING OFFICE: | | | |
|---|---|---|---|---|
| 230-61 | MARINE GAS OIL (MT) | 1,110 | MT | $_____ |
| | TANK TRUCK (TT),<br>AVERAGE DELIVERY:     30 METRIC TONS<br>MINIMUM DELIVERY:     30 METRIC TONS | | | |

*************************************************************

```
                                                            SP0600-06-R-0218
                                                          SCHEDULE OF SUPPLIES
                                                               ATTACHMENT A


ITEM                                          ESTIMATED                OFFER
NUMBER                                        QUANTITY  UI             PRICE USD

            PUERTA VALLARTA
            AA,
            MEXICO
               DELIVERY FEDAAC: SP0600
               ORDERING OFFICE:


234-61      MARINE GAS OIL (MT)                2,900   MT           $_____


            TANK TRUCK (TT),
            MINIMUM DELIVERY:     10 METRIC TONS
            ORDERS MUST BE PLACED AT LEAST FOUR (4) WORKING
            DAYS PRIOR TO DELIVERY DATE, EXCLUSIVE OF
            WEEKENDS AND MEXICAN HOLIDAYS.


    *****************************************************************

            ACAJUTLA
              USCG
            EL SALVADOR
               DELIVERY FEDAAC: SP0600
               ORDERING OFFICE:


269-61      MARINE GAS OIL (MT)                7,800   MT           $_____
            TANK TRUCK (TT),
            MINIMUM DELIVERY:     10 METRIC TONS


    *****************************************************************

            BELIZE CITY
              USCG
            BELIZE
               DELIVERY FEDAAC: SP0600
               ORDERING OFFICE:


271-61      MARINE GAS OIL (MT)                4,755   MT           $_____


            TANK TRUCK (TT),
            AVERAGE DELIVERY:     45 METRIC TONS
            MINIMUM DELIVERY:     20 METRIC TONS

    *****************************************************************
```

3

```
                                                              SP0600-06-R-0218
                                                            SCHEDULE OF SUPPLIES
                                                                 ATTACHMENT A


ITEM                                                ESTIMATED              OFFER
NUMBER                                              QUANTITY  UI           PRICE USD

          SAN ANDRES
            USCG
          COLOMBIA
             DELIVERY FEDAAC: SP0600
             ORDERING OFFICE:


273-61    MARINE GAS OIL (MT)                       5,150     MT           $_____


          BARGE (BRG),
          AVERAGE DELIVERY:      20 METRIC TONS
          MINIMUM DELIVERY:      10 METRIC TONS


************************************************************************

          GEORGETOWN
            USCG
          GRAND CAYMAN
             DELIVERY FEDAAC: SP0600
             ORDERING OFFICE:


275-61    MARINE GAS OIL (MT)                       2,375     MT           $_____


          TANK TRUCK (TT),
          AVERAGE DELIVERY:      20 METRIC TONS
          MINIMUM DELIVERY:      10 METRIC TONS


************************************************************************

          SOKHNA PORT
          AF,
          EGYPT
             DELIVERY FEDAAC: SP0600
             ORDERING OFFICE: RENE FRY   202-685-5736


503-61    MARINE GAS OIL (MT)                       8,458     MT           $_____

          BARGE (BRG),


************************************************************************

          PUERTO CORTEZ
          AA,
          HONDURAS
             DELIVERY FEDAAC: SP0600
             ORDERING OFFICE:


506-61    MARINE GAS OIL (MT)                       650       MT           $_____

          TANK WAGON (TW),


************************************************************************
```

```
                                                            SP0600-06-R-0218
                                                          SCHEDULE OF SUPPLIES
                                                                 ATTACHMENT A


ITEM                                           ESTIMATED                OFFER
NUMBER                                         QUANTITY    UI           PRICE USD

         PUERTO CASTILLA
         AA,
         HONDURAS
             DELIVERY FEDAAC: SP0600
             ORDERING OFFICE:


510-61   MARINE GAS OIL (MT)                      150      MT           $_____

         TANK WAGON (TW),


*****************************************************************************

         TOWNSVILLE
           NAVY
         AUSTRALIA
             DELIVERY DODAAC: SP0600
             ORDERING OFFICE:


516-61   MARINE GAS OIL (MT)                   19,505      MT           $_____

         PIPELINE (PIPE),
           AVERAGE DELIVERY:     800 METRIC TONS
           MINIMUM DELIVERY:     400 METRIC TONS


516-61A  MARINE GAS OIL (MT)                   19,505      MT           $_____

         BARGE (BRG),
           AVERAGE DELIVERY:     800 METRIC TONS
           MINIMUM DELIVERY:     400 METRIC TONS


516-61B  MARINE GAS OIL (MT)                   15,600      MT           $_____

         TANK TRUCK (TT),
           AVERAGE DELIVERY:     800 METRIC TONS
           MINIMUM DELIVERY:     400 METRIC TONS


*****************************************************************************

         PORT VICTORIA
         AF, NAVY
           REPUBLIC OF SEYCHELLES
             DELIVERY DODAAC: SP0600
             ORDERING OFFICE:


520-61   MARINE GAS OIL (MT)                   21,984      MT           $_____

         PIPELINE (PIPE),


*****************************************************************************
```

5

```
                                                           SP0600-06-R-0218
                                                         SCHEDULE OF SUPPLIES
                                                              ATTACHMENT A


ITEM                                                 ESTIMATED          OFFER
NUMBER                                               QUANTITY  UI       PRICE USD

         DARWIN
           NAVY
         AUSTRALIA
             DELIVERY DODAAC: SP0600
             ORDERING OFFICE:


521-61   MARINE GAS OIL (MT)                         24,975   MT        $_____

         PIPELINE (PIPE),
         AVERAGE DELIVERY:    380 METRIC TONS
         MINIMUM DELIVERY:    200 METRIC TONS

521-61A  MARINE GAS OIL (MT)                         24,975   MT        $_____

         BARGE (BRG),
         AVERAGE DELIVERY:    380 METRIC TONS
         MINIMUM DELIVERY:    200 METRIC TONS

521-62B  FUEL OIL, INTERMEDIATE 180 MT               19,980   MT        $_____

         TANK TRUCK (TT),
         AVERAGE DELIVERY:    380 METRIC TONS
         MINIMUM DELIVERY:    200 METRIC TONS

****************************************************************************

         CAIRNS
           FE,
         AUSTRALIA
             DELIVERY FEDAAC: SP0600
             ORDERING OFFICE:


525-61   MARINE GAS OIL (MT)                         12,050   MT        $_____

         PIPELINE (PIPE),
         AVERAGE DELIVERY:    570 METRIC TONS
         MINIMUM DELIVERY:    475 METRIC TONS

525-61A  MARINE GAS OIL (MT)                         12,050   MT        $_____

         BARGE (BRG),
         AVERAGE DELIVERY:    570 METRIC TONS
         MINIMUM DELIVERY:    475 METRIC TONS

525-61B  MARINE GAS OIL (MT)                          9,640   MT        $_____

         TANK WAGON (TW),
         AVERAGE DELIVERY:    570 METRIC TONS
         MINIMUM DELIVERY:    475 METRIC TONS

****************************************************************************
```

```
                                                              SP0600-06-R-0218
                                                           SCHEDULE OF SUPPLIES
                                                                  ATTACHMENT A


ITEM                                              ESTIMATED              OFFER
NUMBER                                            QUANTITY  UI           PRICE USD
           BRISBANE
           FE,
           AUSTRALIA
               DELIVERY FEDAAC: SP0600
               ORDERING OFFICE:

530-61     MARINE GAS OIL (MT)                    10,780    MT           $_____

           PIPELINE (PIPE),
           AVERAGE DELIVERY:     700 METRIC TONS
           MINIMUM DELIVERY:     400 METRIC TONS

530-61A    MARINE GAS OIL (MT)                    10,780    MT           $_____


           BARGE (BRG),
           AVERAGE DELIVERY:     700 METRIC TONS
           MINIMUM DELIVERY:     400 METRIC TONS

530-61B    MARINE GAS OIL (MT)                     8,600    MT           $_____
           TANK WAGON (TW),
           AVERAGE DELIVERY:     700 METRIC TONS
           MINIMUM DELIVERY:     400 METRIC TONS


           ***************************************************************

           PHUKET
           FE,
           THAILAND
               DELIVERY FEDAAC: SP0600
               ORDERING OFFICE:

533-61     MARINE GAS OIL (MT)                    15,810    MT           $_____

           BARGE (BRG),
           AVERAGE DELIVERY:     500 METRIC TONS
           MINIMUM DELIVERY:     200 METRIC TONS


           ***************************************************************

           KOROR
           FE, ISLANDS SOUTHEAST OF THE PHILIPPINES
           PALAU
               DELIVERY FEDAAC: SP0600
               ORDERING OFFICE:

540-61     MARINE GAS OIL (MT)                     5,185    MT           $_____

           BARGE (BRG),
           AVERAGE DELIVERY:     200 METRIC TONS
           MINIMUM DELIVERY:      95 METRIC TONS

           ***************************************************************
```

7

```
                                                                    SP0600-06-R-0218
                                                                 SCHEDULE OF SUPPLIES
                                                                        ATTACHMENT A


ITEM                                              ESTIMATED                      OFFER
NUMBER                                            QUANTITY   UI              PRICE USD
              SHANHAI
              FE, PEOPLE'S REPUBLIC OF CHINA
              CHINA
                  DELIVERY FEDAAC: SP0600
                  ORDERING OFFICE:


555-61        MARINE GAS OIL (MT)                    3,170   MT          $_____


              PIPELINE (PIPE),
                AVERAGE DELIVERY:     630 METRIC TONS
                MINIMUM DELIVERY:     630 METRIC TONS

555-61A       MARINE GAS OIL (MT)                    3,170   MT          $_____


              BARGE (BRG),
                AVERAGE DELIVERY:     630 METRIC TONS
                MINIMUM DELIVERY:     630 METRIC TONS

555-61B       MARINE GAS OIL (MT)                    3,170   MT          $_____


              TANK WAGON (TW),
                AVERAGE DELIVERY:     630 METRIC TONS
                MINIMUM DELIVERY:     630 METRIC TONS

**************************************************************************

              QINDAO
              FE, , PEOPLE'S REPUBLIC OF CHINA
              CHINA
                  DELIVERY FEDAAC: SP0600
                  ORDERING OFFICE:


557-61        MARINE GAS OIL (MT)                    2,375   MT          $_____

              PIPELINE (PIPE),
                AVERAGE DELIVERY:     630 METRIC TONS
                MINIMUM DELIVERY:     630 METRIC TONS

557-61A       MARINE GAS OIL (MT)                    2,375   MT          $_____

              BARGE (BRG),
                AVERAGE DELIVERY:     630 METRIC TONS
                MINIMUM DELIVERY:     630 METRIC TONS

557-61B       MARINE GAS OIL (MT)                    2,375   MT          $_____

              TANK WAGON (TW),
                AVERAGE DELIVERY:     630 METRIC TONS
                MINIMUM DELIVERY:     630 METRIC TONS


**************************************************************************
```

SP0600-06-R-0218
SCHEDULE OF SUPPLIES
ATTACHMENT A

| ITEM NUMBER | | ESTIMATED QUANTITY | UI | OFFER PRICE USD |
|---|---|---|---|---|
| | PYONGTAEK FE, KOREA   DELIVERY FEDAAC: SP0600   ORDERING OFFICE: | | | |
| 559-61 | MARINE GAS OIL (MT) | 5,000 | MT | $_____ |
| | BARGE (BRG), SOME SHIPS WILL BE CARRYING EXPLOSIVES, SO USE OF BARGE IS CRITICAL. MINIMUM PUMPING RATE TO A 78 FOOT RISE FROM THE BARGE TO THE SHIP'S BUNKER FLANGE WILL BE 1000 METRIC TONS PER HOUR. AVERAGE DELIVERY:    360 METRIC TONS MINIMUM DELIVERY:    200 METRIC TONS AVERAGE REQUIREMENT WILL BE 10,000 BARRELS FOR LARGE SHIPS AND 715 BARRELS FOR SMALL SHIPS. MAXIMUM REQUIREMENT WILL BE 24,000 BARRELS PER EVOLUTION | | | |

***************************************************************

| | DILI FE, , INDONESIA EAST TIMOR   DELIVERY FEDAAC: SP0600   ORDERING OFFICE: | | | |
|---|---|---|---|---|
| 561-61 | MARINE GAS OIL (MT) | 3,170 | MT | $_____ |
| | BARGE (BRG), AVERAGE DELIVERY:    300 METRIC TONS MINIMUM DELIVERY:    200 METRIC TONS | | | |

***************************************************************

| | MUARA FE, BRUNEI   DELIVERY FEDAAC: SP0600   ORDERING OFFICE: | | | |
|---|---|---|---|---|
| 563-61 | MARINE GAS OIL (MT) | 12,050 | MT | $_____ |
| | BARGE (BRG), AVERAGE DELIVERY:    400 METRIC TONS MINIMUM DELIVERY:    630 METRIC TONS | | | |

***************************************************************

9

```
                                                               SP0600-06-R-0218
                                                             SCHEDULE OF SUPPLIES
                                                                   ATTACHMENT A

ITEM                                              ESTIMATED              OFFER
NUMBER                                            QUANTITY   UI          PRICE USD

          INGENIERO WHITE COMMERCIAL PIER
          AA,
          ARGENTINA
              DELIVERY FEDAAC: SP0600
              ORDERING OFFICE:


600-61    MARINE GAS OIL (MT)                       1,254    MT          $_____


          BARGE (BRG),
          MINIMUM DELIVERY:     100 METRIC TONS

    ************************************************************************

          PUERTO BELGRANO
          AA,
          ARGENTINA
              DELIVERY FEDAAC: SP0600
              ORDERING OFFICE:


601-61    MARINE GAS OIL (MT)                         740    MT          $_____


          TANK TRUCK (TT),
          MINIMUM DELIVERY:      50 METRIC TONS

601-611   MARINE GAS OIL (MT)                       1,850    MT          $_____


          BARGE (BRG),
          MINIMUM DELIVERY:      15 METRIC TONS

    ************************************************************************

          ORANJESTAD
          AA,
          ARUBA
              DELIVERY FEDAAC: SP0600
              ORDERING OFFICE:


603-61    MARINE GAS OIL (MT)                      11,700    MT          $_____


          BARGE (BRG),
          MINIMUM DELIVERY:      10 METRIC TONS

    ************************************************************************
```

```
                                                           SP0600-06-R-0218
                                                         SCHEDULE OF SUPPLIES
                                                              ATTACHMENT A


ITEM                                              ESTIMATED              OFFER
NUMBER                                            QUANTITY  UI           PRICE USD


         PUERTO GOLFITO
         AA,
         COSTA RICA
             DELIVERY FEDAAC: SP0600
             ORDERING OFFICE:


604-61   MARINE GAS OIL (MT)                      15,460    MT           $_____


         TANK TRUCK (TT),
         MINIMUM DELIVERY:     15 METRIC TONS
         PORT AUTHORITY PERSONNEL ARE THE ONES THAT RIG
         THE
         HOSES & OPEN THE VALVES REGARDLESS OF WHO HAS
         THE
         CONTRACT

*********************************************************************

         RIO DE JANEIRO
         AA,
         BRAZIL
             DELIVERY FEDAAC: SP0600
             ORDERING OFFICE:


606-61   MARINE GAS OIL (MT)                         300    MT           $_____


         BARGE (BRG),
         MINIMUM DELIVERY:     50 METRIC TONS
         INTO U.S. VESSELS, HOWEVER, CONTRACTOR MAY BE
         REQUIRED TO DELIVER INTO BRAZILIAN OILER IN
         SUPPORT OF UNITAS.

*********************************************************************

         VALPRAISO
         AA,
         CHILE
             DELIVERY FEDAAC: SP0600
             ORDERING OFFICE:


607-61   MARINE GAS OIL (MT)                       6,300    MT           $_____


         BARGE (BRG),
         MINIMUM DELIVERY:     50 METRIC TONS
         INTO U.S. VESSELS, HOWEVER, CONTRACTOR MAY BE
         REQUIRED TO DELIVER INTO BRAZILIAN OILER IN
         SUPPORT OF UNITAS.

*********************************************************************
```

SP0600-06-R-0218
SCHEDULE OF SUPPLIES
ATTACHMENT A

| ITEM NUMBER | | ESTIMATED QUANTITY | UI | OFFER PRICE USD |
|---|---|---|---|---|
| | PUNTA ARENAS AA, CHILE DELIVERY FEDAAC: SP0600 ORDERING OFFICE: | | | |
| 608-61 | MARINE GAS OIL (MT) | 480 | MT | $_____ |
| | TANK TRUCK (TT), MINIMUM DELIVERY:     25 METRIC TONS | | | |
| 608-611 | MARINE GAS OIL (MT) | 570 | MT | $_____ |
| | BARGE (BRG), MINIMUM DELIVERY:     32 METRIC TONS | | | |

****************************************************************

| | CARTAGENA AA, COLOMBIA DELIVERY FEDAAC: SP0600 ORDERING OFFICE: | | | |
|---|---|---|---|---|
| 609-61 | MARINE GAS OIL (MT) | 17,840 | MT | $_____ |
| | BARGE (BRG), MINIMUM DELIVERY:     10 METRIC TONS | | | |

****************************************************************

| | WILLEMSTAD AA, CURACAO DELIVERY FEDAAC: SP0600 ORDERING OFFICE: | | | |
|---|---|---|---|---|
| 610-61 | MARINE GAS OIL (MT) | 12,840 | MT | $_____ |
| | PIPELINE (PIPE), AVERAGE DELIVERY:     45 METRIC TONS MINIMUM DELIVERY:     20 METRIC TONS | | | |

****************************************************************

```
                                                            SP0600-06-R-0218
                                                         SCHEDULE OF SUPPLIES
                                                                ATTACHMENT A


ITEM                                            ESTIMATED                    OFFER
NUMBER                                          QUANTITY  UI                 PRICE USD

          BUENOS AIRES
          AA,
          ARGENTINA
             DELIVERY FEDAAC: SP0600
             ORDERING OFFICE:


611-61    MARINE GAS OIL (MT)                        480  MT                 $_____


          BARGE (BRG),
          MINIMUM DELIVERY:     60 METRIC TONS

**************************************************************************
          CRISTOBAL
          AA, , FOR DELIVERY AT PIERS 6 & 10
          PANAMA
             DELIVERY FEDAAC: SP0600
             ORDERING OFFICE:


612-61    MARINE GAS OIL (MT)                        480  MT                 $_____


          PIPELINE (PIPE),
          MINIMUM DELIVERY:     20 METRIC TONS


612-611   MARINE GAS OIL (MT)                        239  MT                 $_____


          TANK TRUCK (TT),
          MINIMUM DELIVERY:     20 METRIC TONS

**************************************************************************
          CRISTOBAL
          AA,
          PANAMA
             DELIVERY FEDAAC: SP0600
             ORDERING OFFICE:


613-61    MARINE GAS OIL (MT)                        800  MT                 $_____


          BARGE (BRG),
          MINIMUM DELIVERY:     20 METRIC TONS

**************************************************************************
```

```
                                                        SP0600-06-R-0218
                                                        SCHEDULE OF SUPPLIES
                                                              ATTACHMENT A


ITEM                                          ESTIMATED              OFFER
NUMBER                                        QUANTITY   UI          PRICE USD

          BALBOA PIERSIDE
          AA, , PIER 16
          PANAMA
              DELIVERY FEDAAC: SP0600
              ORDERING OFFICE:


614-61    MARINE GAS OIL (MT)                  7,040    MT           $_____


          PIPELINE (PIPE),
          AVERAGE DELIVERY:     190 METRIC TONS
          MINIMUM DELIVERY:     120 METRIC TONS


****************************************************************************

          FORTALEZA
          AA,
          BRAZIL
              DELIVERY FEDAAC: SP0600
              ORDERING OFFICE:


615-61    MARINE GAS OIL (MT)                  2,700    MT           $_____


          PIPELINE (PIPE),
          MINIMUM DELIVERY:     30 METRIC TONS

****************************************************************************

          VASCO NUNEZ DE BALBOA
          AA,
          PANAMA
              DELIVERY FEDAAC: SP0600
              ORDERING OFFICE:


616-61    MARINE GAS OIL (MT)                  7,040    MT           $_____


          TANK TRUCK (TT),
          MINIMUM DELIVERY:     20 METRIC TONS
          A MINIMUM SULFUR CONTENT OF .20% IS REQUIRED FOR
          DELIVERIES MADE TO NOAA SHIP DAVID STARR JORDAN.
          THE BUNKER DELIVERY RECEIPT MUST SHOW EVIDENCE
          OF THIS MINIMUM SULFUR CONTENT AT TIME OF DELIVERY.
          FOR DELIVERY AT PIERS 1 AND 2

****************************************************************************
```

```
                                                              SP0600-06-R-0218
                                                            SCHEDULE OF SUPPLIES
                                                                   ATTACHMENT A


ITEM                                                  ESTIMATED            OFFER
NUMBER                                                QUANTITY  UI         PRICE USD

  617      VASCO NUNEZ DE BALBOA
           AA,
           PANAMA
               DELIVERY FEDAAC: SP0600
               ORDERING OFFICE:

  617-61   MARINE GAS OIL (MT)                         63,336   MT         $_____

           PIPELINE (PIPE),
           MINIMUM DELIVERY:    30 METRIC TONS
           FOR DELIVERY AT PIERS 1 AND 2


  *************************************************************************

           COLON
           AA, , (2000 PIER)
           PANAMA
               DELIVERY FEDAAC: SP0600
               ORDERING OFFICE:

  618-61   MARINE GAS OIL (MT)                         22,435   MT         $_____


           PIPELINE (PIPE),
           AVERAGE DELIVERY:    60 METRIC TONS
           MINIMUM DELIVERY:    40 METRIC TONS

  618-611  MARINE GAS OIL (MT)                            240   MT         $_____


           TANK TRUCK (TT),
           AVERAGE DELIVERY:   190 METRIC TONS
           MINIMUM DELIVERY:    30 METRIC TONS

  618-612  MARINE GAS OIL (MT)                          1,586   MT         $_____


           BARGE (BRG),
           MINIMUM DELIVERY:    32 METRIC TONS

  *************************************************************************

           VASCO NUNEZ DE BALBOA
           AA,
           PANAMA
               DELIVERY FEDAAC: SP0600
               ORDERING OFFICE:

  619-611  MARINE GAS OIL (MT)                          2,380   MT         $_____


           BARGE (BRG),
           MINIMUM DELIVERY:    30 METRIC TONS

  *************************************************************************
```

```
                                                              SP0600-06-R-0218
                                                           SCHEDULE OF SUPPLIES
                                                                   ATTACHMENT A


ITEM                                              ESTIMATED              OFFER
NUMBER                                            QUANTITY  UI           PRICE USD

         CALLAO
         AA,
         PERU
             DELIVERY FEDAAC: SP0600
             ORDERING OFFICE:


620-61   MARINE GAS OIL (MT)                      5,400    MT            $_____


         BARGE (BRG),
         MINIMUM DELIVERY:    30 METRIC TONS
         REFUELING ON CALLAO ALONGSIDE AT NAVAL BASE
         CALLAO
         IS PROHIBITED.  REFUELING AT PIER 4 AT THE
         MARITIME TERMINAL IN CALLAO MAY BE USED,
         DEPENDING
         ON AVAILABILITY.
         FURTHER, A NAVY TO NAVY FUEL EXCHANGE AGREEMENT
         EXISTS FOR THIS LOCATION. FUEL QUANTITY UNDER
         CONTRACT IS FOR ADDITIONAL COMMERCIAL SUPPORT.

*********************************************************************

         MONTEVIDEO
         AA,
         URUGUAY
             DELIVERY FEDAAC: SP0600
             ORDERING OFFICE:


621-61   MARINE GAS OIL (MT)                      1,760    MT            $_____


         BARGE (BRG),
         MINIMUM DELIVERY:    50 METRIC TONS

*********************************************************************

         ANTOFAGASTA
         AA,
         CHILE
             DELIVERY FEDAAC: SP0600
             ORDERING OFFICE:


623-61   MARINE GAS OIL (MT)                      3,093    MT            $_____


         TANK TRUCK (TT),
         MINIMUM DELIVERY:    31 METRIC TONS

*********************************************************************
```

```
                                                              SP0600-06-R-0218
                                                          SCHEDULE OF SUPPLIES
                                                                 ATTACHMENT A


ITEM                                              ESTIMATED              OFFER
NUMBER                                            QUANTITY  UI       PRICE USD

           COQUIMBO
           AA,
           CHILE
               DELIVERY FEDAAC: SP0600
               ORDERING OFFICE:


624-61     MARINE GAS OIL (MT)                      240    MT         $_____


           TANK TRUCK (TT),
           MINIMUM DELIVERY:       32 METRIC TONS


     ****************************************************************

           TALCAHUANO
           AA,
           CHILE
               DELIVERY FEDAAC: SP0600
               ORDERING OFFICE:


625-61     MARINE GAS OIL (MT)                      240    MT         $_____


           TANK TRUCK (TT),
           MINIMUM DELIVERY:       32 METRIC TONS


     ****************************************************************

           SALVADOR
           AA,
           BRAZIL
               DELIVERY FEDAAC: SP0600
               ORDERING OFFICE:


626-61     MARINE GAS OIL (MT)                    1,850    MT         $_____


           BARGE (BRG),
           MINIMUM DELIVERY:       20 METRIC TONS


     ****************************************************************

           PUERTO LA CRUZ
           AA,
           VENEZUELA
               DELIVERY FEDAAC: SP0600
               ORDERING OFFICE:


628-61     MARINE GAS OIL (MT)                    1,376    MT         $_____

           BARGE (BRG),
           MINIMUM DELIVERY:       30 METRIC TONS


     ****************************************************************
```

```
                                                              SP0600-06-R-0218
                                                          SCHEDULE OF SUPPLIES
                                                                  ATTACHMENT A


ITEM                                              ESTIMATED              OFFER
NUMBER                                            QUANTITY   UI      PRICE USD

           VACAMONTE (INTERNATIONAL PIER)
           AA,
           PANAMA
               DELIVERY FEDAAC: SP0600
               ORDERING OFFICE:


629-61     MARINE GAS OIL (MT)                       2,379   MT      $_____

           TANK TRUCK (TT),
           MINIMUM DELIVERY:       32 METRIC TONS


***************************************************************************

           MANTA
           AA,
           ECUADOR
               DELIVERY FEDAAC: SP0600
               ORDERING OFFICE:


630-06     JET FUEL, TYPE A                         17,045   MT      $_____

           TANK TRUCK (TT),
           MINIMUM DELIVERY:       25 METRIC TONS

630-61     MARINE GAS OIL (MT)                       4,300   MT      $_____

           BARGE (BRG),
           AVERAGE DELIVERY:      190 METRIC TONS
           MINIMUM DELIVERY:       60 METRIC TONS


***************************************************************************

           SALINAS
           AA,
           ECUADOR
               DELIVERY FEDAAC: SP0600
               ORDERING OFFICE:

631-61     MARINE GAS OIL (MT)                       2,565   MT      $_____

           BARGE (BRG),
           MINIMUM DELIVERY:       10 METRIC TONS


***************************************************************************

           GUAYAQUIL
           AA,
           ECUADOR
               DELIVERY FEDAAC: SP0600
               ORDERING OFFICE:

632-61     MARINE GAS OIL (MT)                       2,370   MT      $_____

           BARGE (BRG),
           MINIMUM DELIVERY:       25 METRIC TONS


***************************************************************************
```

```
                                                                SP0600-06-R-0218
                                                            SCHEDULE OF SUPPLIES
                                                                   ATTACHMENT A


ITEM                                               ESTIMATED                OFFER
NUMBER                                             QUANTITY   UI        PRICE USD

          MONTEGO BAY
          AA,
          JAMAICA
              DELIVERY FEDAAC: SP0600
              ORDERING OFFICE:


635-61    MARINE GAS OIL (MT)                         6,500   MT      $_____

          TANK TRUCK (TT),
          AVERAGE DELIVERY:     125 METRIC TONS
          MINIMUM DELIVERY:      30 METRIC TONS


          *************************************************************

          IQUIQUE
          AA,
          CHILE
              DELIVERY FEDAAC: SP0600
              ORDERING OFFICE:


640-61    MARINE GAS OIL (MT)                         1,190   MT      $_____

          BARGE (BRG),
          MINIMUM DELIVERY:     150 METRIC TONS

640-611   MARINE GAS OIL (MT)                         1,905   MT      $_____

          TANK TRUCK (TT),
          MINIMUM DELIVERY:      15 METRIC TONS


          *************************************************************

          DA NANG
          FE,
          VIETNAM
              DELIVERY FEDAAC: SP0600
              ORDERING OFFICE:


641-61    MARINE GAS OIL (MT)                         2,060   MT      $_____

          PIPELINE (PIPE),
          MINIMUM DELIVERY:     266 METRIC TONS


          *************************************************************
```