SP0600-06-R-0218
SCHEDULE OF SUPPLIES
ATTACHMENT A

| ITEM NUMBER | | ESTIMATED QUANTITY UI | OFFER PRICE USD |
|---|---|---|---|
| | HAIPHONG FE, VIETNAM   DELIVERY FEDAAC: SP0600   ORDERING OFFICE: | | |
| 642-61 | MARINE GAS OIL (MT) | 266 MT | $_____ |
| | PIPELINE (PIPE), MINIMUM DELIVERY:   266 METRIC TONS | | |

********************************************************************

| | HO CHI MINH CITY FE, VIETNAM   DELIVERY FEDAAC: SP0600   ORDERING OFFICE: | | |
|---|---|---|---|
| 643-61 | MARINE GAS OIL (MT) | 2,120 MT | $_____ |
| | PIPELINE (PIPE), MINIMUM DELIVERY:   200 METRIC TONS | | |

********************************************************************

| | HONG KONG FE, , PEOPLE'S REPUBLIC OF CHINA CHINA   DELIVERY FEDAAC: SP0600   ORDERING OFFICE: | | |
|---|---|---|---|
| 654-61 | MARINE GAS OIL (MT) | 6,485 MT | $_____ |
| | BARGE (BRG), AVERAGE DELIVERY:   400 METRIC TONS MINIMUM DELIVERY:   125 METRIC TONS DELIVERY AREA IS THAT AGREED UPON AND OUTLINED IN HONG KONG HARBOR PLAN OF 1995.  VESSELS MAY REQUIRE A SEPARATION PONTOON WHEN THE ORDER IS PLACED, DEPENDING ON VESSEL'S CONFIGURATION. INNER HARBOR | | |

********************************************************************

```
                                                             SP0600-06-R-0218
                                                          SCHEDULE OF SUPPLIES
                                                                 ATTACHMENT A


ITEM                                              ESTIMATED                OFFER
NUMBER                                            QUANTITY  UI             PRICE USD

         COLUMBO
         FE,
         SRI LANKA
            DELIVERY FEDAAC: SP0600
            ORDERING OFFICE:


660-61   MARINE GAS OIL (MT)                       5,550   MT              $_____

         BARGE (BRG),
           AVERAGE DELIVERY:   550 METRIC TONS
           MINIMUM DELIVERY:   475 METRIC TONS


****************************************************************************

         KOTA KINABALU
         FE,
         MALAYSIA
            DELIVERY FEDAAC: SP0600
            ORDERING OFFICE:


661-61   MARINE GAS OIL (MT)                       6,180   MT              $_____

         BARGE (BRG),
           AVERAGE DELIVERY:   300 METRIC TONS
           MINIMUM DELIVERY:   125 METRIC TONS


****************************************************************************

         KUANTAN
         FE,
         MALAYSIA
            DELIVERY FEDAAC: SP0600
            ORDERING OFFICE:


663-61   MARINE GAS OIL (MT)                       6,295   MT              $_____

         BARGE (BRG),
           AVERAGE DELIVERY:   300 METRIC TONS
           MINIMUM DELIVERY:    95 METRIC TONS


****************************************************************************

         LUMUT
         FE,
         MALAYSIA
            DELIVERY FEDAAC: SP0600
            ORDERING OFFICE:


664-61   MARINE GAS OIL (MT)                       1,100   MT              $_____

         BARGE (BRG),
           MINIMUM DELIVERY:   300 METRIC TONS


****************************************************************************
```

```
                                                              SP0600-06-R-0218
                                                            SCHEDULE OF SUPPLIES
                                                                   ATTACHMENT A


ITEM                                                ESTIMATED              OFFER
NUMBER                                              QUANTITY   UI          PRICE USD

          PENANG
          FE,
          MALAYSIA
             DELIVERY FEDAAC: SP0600
             ORDERING OFFICE:


665-61    MARINE GAS OIL (MT)                         4,440   MT           $_____

          BARGE (BRG),
          AVERAGE DELIVERY:     400 METRIC TONS
          MINIMUM DELIVERY:     400 METRIC TONS


************************************************************************

          PORT KLANG
          FE,
          MALAYSIA
             DELIVERY FEDAAC: SP0600
             ORDERING OFFICE:


666-61    MARINE GAS OIL (MT)                        14,745   MT           $_____

          BARGE (BRG),
          AVERAGE DELIVERY:     475 METRIC TONS
          MINIMUM DELIVERY:     250 METRIC TONS


************************************************************************

          INCHON
          FE,
          KOREA
             DELIVERY FEDAAC: SP0600
             ORDERING OFFICE:


667-61    MARINE GAS OIL (MT)                         1,680   MT           $_____

          BARGE (BRG),
          MINIMUM DELIVERY:      50 METRIC TONS


************************************************************************

          PATTAYA
          FE,
          THAILAND
             DELIVERY FEDAAC: SP0600
             ORDERING OFFICE:


671-61    MARINE GAS OIL (MT)                         1,900   MT           $_____

          BARGE (BRG),
          MINIMUM DELIVERY:     400 METRIC TONS


************************************************************************
```

```
                                                          SP0600-06-R-0218
                                                        SCHEDULE OF SUPPLIES
                                                              ATTACHMENT A


ITEM                                            ESTIMATED             OFFER
NUMBER                                          QUANTITY   UI         PRICE USD

         SATTAHIP
         FE,
         THAILAND
            DELIVERY FEDAAC: SP0600
            ORDERING OFFICE:


672-61   MARINE GAS OIL (MT)                    31,825     MT         $_____


         BARGE (BRG),
         AVERAGE DELIVERY:     490 METRIC TONS
         MINIMUM DELIVERY:      95 METRIC TONS

****************************************************************************

         NOUMEA
         FE,
         NEW CALEDONIA
            DELIVERY FEDAAC: SP0600
            ORDERING OFFICE:


673-61   MARINE GAS OIL (MT)                     1,500     MT         $_____


         BARGE (BRG),
         MINIMUM DELIVERY:     400 METRIC TONS


673-611  MARINE GAS OIL (MT)                     1,500     MT         $_____


         TANK TRUCK (TT),
         MINIMUM DELIVERY:     400 METRIC TONS

****************************************************************************

         MANILA
         FE,
         PHILIPPINES
            DELIVERY FEDAAC: SP0600
            ORDERING OFFICE:


675-61   MARINE GAS OIL (MT)                     3,170     MT         $_____


         BARGE (BRG),
         AVERAGE DELIVERY:     600 METRIC TONS
         MINIMUM DELIVERY:     600 METRIC TONS

****************************************************************************
```

23

SP0600-06-R-0218
SCHEDULE OF SUPPLIES
ATTACHMENT A

```
ITEM                                                      ESTIMATED            OFFER
NUMBER                                                    QUANTITY   UI        PRICE USD

           SUBIC BAY
           FE,
           PHILIPPINES
               DELIVERY FEDAAC: SP0600
               ORDERING OFFICE:


676-61     MARINE GAS OIL (MT)                             13,150    MT        $_____


           BARGE (BRG),
           AVERAGE DELIVERY:     300 METRIC TONS
           MINIMUM DELIVERY:     125 METRIC TONS

676-62     FUEL OIL, INTERMEDIATE 180 MT                    3,219    MT        $_____


           BARGE (BRG),
           ORDERING PERIOD:  DATE OF AWARD-31 MAR 06
           DELIVERY PERIOD: DATE OF AWARD - 30 APR 06

*****************************************************************

           EL SUEZ
           AF,
           EGYPT
               DELIVERY FEDAAC: SP0600
               ORDERING OFFICE:


701-61     MARINE GAS OIL (MT)                              2,500    MT        $_____


           BARGE (BRG),
           MINIMUM DELIVERY:      50 METRIC TONS
           AT ANCHORAGE WITHIN 12 NAUTICAL MILES OF EL
           SUEZ.
           VESSELS CARRYING AMMUNITION NOT ALLOWED IN PORT
           AREA.
           OUTER HARBOR DELIVERIES ARE SUBJECT TO BARGE
           AVAILABILITY AND WEATHER CONDITIONS.  SUBJECT TO
           PRODUCT AVAILABILITY.

*****************************************************************

           PORT SAID
           AF,
           EGYPT
               DELIVERY FEDAAC: SP0600
               ORDERING OFFICE:


702-61     MARINE GAS OIL (MT)                                300    MT        $_____


           BARGE (BRG),
           MINIMUM DELIVERY:     100 METRIC TONS
           AT ANCHORAGE WITHIN 12 NAUTICAL MILES OF EL
           SUEZ.
```

24

SP0600-06-R-0218
SCHEDULE OF SUPPLIES
ATTACHMENT A

| ITEM NUMBER | | ESTIMATED QUANTITY | UI | OFFER PRICE USD |
|---|---|---|---|---|
| | VESSELS CARRYING AMMUNITION NOT ALLOWED IN PORT AREA. OUTER HARBOR DELIVERIES ARE SUBJECT TO BARGE AVAILABILITY AND WEATHER CONDITIONS.  SUBJECT TO PRODUCT AVAILABILITY. | | | |

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

PORT GENTIL
AF, , WEST AFRICA
GABON
    DELIVERY FEDAAC: SP0600
    ORDERING OFFICE:

703-61    MARINE GAS OIL (MT)        450 MT    $_____

PIPELINE (PIPE),
MINIMUM DELIVERY:    300 METRIC TONS

703-611    MARINE GAS OIL (MT)        2,775 MT    $_____

BARGE (BRG),
MINIMUM DELIVERY:    300 METRIC TONS

703-612    MARINE GAS OIL (MT)        2,775 MT    $_____

TANK TRUCK (TT),
MINIMUM DELIVERY:    300 METRIC TONS

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

ABIDJAN
AF,
IVORY COAST
    DELIVERY FEDAAC: SP0600
    ORDERING OFFICE:

704-61    MARINE GAS OIL (MT)        90 MT    $_____

BARGE (BRG),
MINIMUM DELIVERY:    10 METRIC TONS

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

```
                                                              SP0600-06-R-0218
                                                            SCHEDULE OF SUPPLIES
                                                               ATTACHMENT A

ITEM                                           ESTIMATED              OFFER
NUMBER                                         QUANTITY   UI          PRICE USD

         DJIBOUTI
         AF, , BERTHS 11, 12, 13
         DJIBOUTI
             DELIVERY FEDAAC: SP0600
             ORDERING OFFICE:


705-61   MARINE GAS OIL (MT)                     296     MT           $_____


         PIPELINE (PIPE),
         MINIMUM DELIVERY:    100 METRIC TONS


**************************************************************************

         DAKAR
         AF, , WEST AFRICA
         SENEGAL
             DELIVERY FEDAAC: SP0600
             ORDERING OFFICE:


706-61   MARINE GAS OIL (MT)                    2,775    MT           $_____


         PIPELINE (PIPE),
         MINIMUM DELIVERY:    300 METRIC TONS

706-611  MARINE GAS OIL (MT)                    2,775    MT           $_____


         BARGE (BRG),
         MINIMUM DELIVERY:    300 METRIC TONS

706-612  MARINE GAS OIL (MT)                    2,775    MT           $_____


         TANK TRUCK (TT),
         MINIMUM DELIVERY:    300 METRIC TONS

**************************************************************************

         TEMA
         AF, , WEST AFRICA
         GHANA
             DELIVERY FEDAAC: SP0600
             ORDERING OFFICE:


709-61   MARINE GAS OIL (MT)                    1,665    MT           $_____


         PIPELINE (PIPE),
         MINIMUM DELIVERY:    300 METRIC TONS
```

```
                                                                    SP0600-06-R-0218
                                                                 SCHEDULE OF SUPPLIES
                                                                        ATTACHMENT A

ITEM                                                ESTIMATED              OFFER
NUMBER                                              QUANTITY  UI           PRICE USD

709-611     MARINE GAS OIL (MT)                     1,665     MT           $_____


            BARGE (BRG),
            MINIMUM DELIVERY:     300 METRIC TONS

709-612     MARINE GAS OIL (MT)                     1,665     MT           $_____


            TANK TRUCK (TT),
            MINIMUM DELIVERY:     300 METRIC TONS


************************************************************************

            CAPE VERDE
            AF, , WEST AFRICA
            CAPE VERDE
                DELIVERY FEDAAC: SP0600
                ORDERING OFFICE:

752-61      MARINE GAS OIL (MT)                     450       MT           $_____


            PIPELINE (PIPE),
            MINIMUM DELIVERY:     100 METRIC TONS


************************************************************************

            CAPE TOWN
            AF, , MSC POC: RENE FRY, HE HAS THE INTERNATIONAL MARITIME
            ORGANIZATION (IMO) CALL SIGN FORMOST OF THEIR SHIPS AS REQUIRED BY
            THE MARPOL REGS.
            SOUTH AFRICA
                DELIVERY FEDAAC: SP0600
                ORDERING OFFICE: RENE FRY,WNY 202-685-5736       0

754-61      MARINE GAS OIL (MT)                     3,333     MT           $_____

            PIPELINE (PIPE), MIN DELIVERY RATE:  150 MT PER
            HOUR AGAINST A 78 FOOT HEAD
            MINIMUM DELIVERY:     100 METRIC TONS
            ENSURE THAT CONTRACTS INCLUDE MARPOL VI REG 18,
            APPEX 2 AND 3 RQMTS (DOCUMENT ATTACHED). THESE
            RQMTS ARE TO ENSURE THAT THE QUALITY OF THE FUEL
            MEET THE RQMTS OF THE MARPOL VI REGS.  THIS IS
            IN ADDITION TO THE STANDARD BOILER PLATE THAT IS
            PROVIDED BY DESC OUTLINING THE RQMTS FOR
            VERIFYING QUANTITY OF FUEL RECEIVED.  (NAVSHIP TECH MANUAL
            541) AND API TEMP CORRECTION FACTORS, ETC.
            MSC POC IS RENE FRY.  HE HAS THE INTERNATIONAL
            MARITIME ORGANIZATION (IMO) CALL SIGNS FOR MOST
            OF THEIR SHIPS AS REQUIRED BY THE MARPOL REGS.
            THERE ARE APPROX 7 MSC VESSELS THAT HAVE BEEN IN
            COMMERCIAL SERVICE AND THEY DO NOT HAVE IMO CALL
            SIGNS BUT ARE IN THE PROCESS OF OBTAINING THEM.
            MSC SUGGESTS USIGN THE INTERNATIONAL RADIO CALL
            SIGN FOR THESE VESSELS.
```

SP0600-06-R-0218
SCHEDULE OF SUPPLIES
ATTACHMENT A

| ITEM NUMBER | | ESTIMATED QUANTITY | UI | OFFER PRICE USD |
|---|---|---|---|---|
| 754-61A | MARINE GAS OIL (MT) | 4,000 | MT | $_____ |

BARGE (BRG), MIN DELIVERY RATE: 150 MT PER HOUR

AGAINST A 78 FOOT HEAD
MINIMUM DELIVERY:    100 METRIC TONS
ENSURE THAT CONTRACTS INCLUDE MARPOL VI REG 18,
APPEX 2 AND 3 RQMTS (DOCUMENT ATTACHED). THESE
RQMTS ARE TO ENSURE THAT THE QUALITY OF THE FUEL
MEET THE RQMTS OF THE MARPOL VI REGS. THIS IS
IN ADDITION TO THE STANDARD BOILER PLATE THAT IS
PROVIDED BY DESC OUTLINING THE RQMTS FOR
VERIFYING QUANTITY OF FUEL RECEIVED. (NAVSHIP TECH MANUAL
541) AND API TEMP CORRECTION FACTORS, ETC.
MSC POC IS RENE FRY. HE HAS THE INTERNATIONAL
MARITIME ORGANIZATION (IMO) CALL SIGNS FOR MOST
OF THEIR SHIPS AS REQUIRED BY THE MARPOL REGS.
THERE ARE APPROX 7 MSC VESSELS THAT HAVE BEEN IN
COMMERCIAL SERVICE AND THEY DO NOT HAVE IMO CALL
SIGNS BUT ARE IN THE PROCESS OF OBTAINING THEM.
MSC SUGGESTS USIGN THE INTERNATIONAL RADIO CALL
SIGN FOR THESE VESSELS.

| 754-62 | FUEL OIL, INTERMEDIATE 180 MT | 16,000 | MT | $_____ |
|---|---|---|---|---|

BARGE (BRG), MIN DELIVERY RATE: 150 MT PER HOUR

AGAINST A 78 FOOT HEAD
MINIMUM DELIVERY:    100 METRIC TONS
ENSURE THAT CONTRACTS INCLUDE MARPOL VI REG 18,
APPEX 2 AND 3 RQMTS (DOCUMENT ATTACHED). THESE
RQMTS ARE TO ENSURE THAT THE QUALITY OF THE FUEL
MEET THE RQMTS OF THE MARPOL VI REGS. THIS IS
IN ADDITION TO THE STANDARD BOILER PLATE THAT IS
PROVIDED BY DESC OUTLINING THE RQMTS FOR
VERIFYING QUANTITY OF FUEL RECEIVED. (NAVSHIP TECH MANUAL
541) AND API TEMP CORRECTION FACTORS, ETC.
MSC POC IS RENE FRY. HE HAS THE INTERNATIONAL
MARITIME ORGANIZATION (IMO) CALL SIGNS FOR MOST
OF THEIR SHIPS AS REQUIRED BY THE MARPOL REGS.
THERE ARE APPROX 7 MSC VESSELS THAT HAVE BEEN IN
COMMERCIAL SERVICE AND THEY DO NOT HAVE IMO CALL
SIGNS BUT ARE IN THE PROCESS OF OBTAINING THEM.
MSC SUGGESTS USIGN THE INTERNATIONAL RADIO CALL
SIGN FOR THESE VESSELS.

****************************************************************

SASEBO
 , MSC
JAPAN
    DELIVERY FEDAAC: SP0600
    ORDERING OFFICE:

| 765-61 | MARINE GAS OIL (MT) | 103,700 | MT | $_____ |
|---|---|---|---|---|

BARGE (BRG),

****************************************************************

```
                                                                    SP0600-06-R-0218
                                                                 SCHEDULE OF SUPPLIES
                                                                        ATTACHMENT A


ITEM                                                ESTIMATED              OFFER
NUMBER                                              QUANTITY UI            PRICE USD

           NAHA
           FE, , OKINAWA
           JAPAN
               DELIVERY FEDAAC: SP0600
               ORDERING OFFICE:


774-61     MARINE GAS OIL (MT)                      11,418  MT            $_____
           MAX. CLOUD POINT 4 DEG C


           BARGE (BRG), BARGE (B) DELIVERY / COMBINATION OF

           TRUCK/BARGE ACCEPTABLE.
           MINIMUM DELIVERY:    32 METRIC TONS
           CONTRACTOR MUST BE ABLE TO VET ALL EMPLOYEES TO
           INCLUDE SUBCONTRACTORS FOR FORCE PROTECTION.
           CONTRACTOR MUST COMPLY WITH ALL ENVIRONMENTAL
           LAWS AND REGULATIONS PERTAINING TO OKINAWA & AT THE
           REQUEST OF THE INSTALLATION COMMANDER WITH
           RECOGNIZE OVER THE MILITARY PORT.
           OVERTIME: HOURS & DAYS OUTSIDE OF NORMAL
           DELIVERY (1730-0800 FRIDAY TO MONDAY MORNING) RATE PER
           HOUR

*****************************************************************************

           SASEBO
           FE,
           JAPAN
               DELIVERY FEDAAC: SP0600
               ORDERING OFFICE:


948-62     FUEL OIL, INTERMEDIATE 180 MT             1,865  MT            $_____


           BARGE (BRG),
           MINIMUM DELIVERY:     79 METRIC TONS

*****************************************************************************

           OKINAWA
           FE,
           JAPAN
               DELIVERY FEDAAC: SP0600
               ORDERING OFFICE:


949-62     FUEL OIL, INTERMEDIATE 180 MT               799  MT            $_____

           BARGE (BRG),
           MINIMUM DELIVERY:     79 METRIC TONS

*****************************************************************************
```

SP0600-06-R-0218
SCHEDULE OF SUPPLIES
ATTACHMENT A

```
ITEM                                                    ESTIMATED           OFFER
NUMBER                                                  QUANTITY  UI        PRICE USD

          YOKOHAMA
          FE,
          JAPAN
              DELIVERY FEDAAC: SP0600
              ORDERING OFFICE:

951-61    MARINE GAS OIL (MT)                           1,800     MT        $_____


          BARGE (BRG),
          MINIMUM DELIVERY:    400 METRIC TONS

     ****************************************************************

          PUSAN
          FE,
          KOREA
              DELIVERY FEDAAC: SP0600
              ORDERING OFFICE:

953-61    MARINE GAS OIL (MT)                           131,170   MT        $_____


          BARGE (BRG),
          MINIMUM DELIVERY:    50 METRIC TONS
          A NAVY-TO-NAVY FUEL EXCHANGE AGREEMENT EXISTS
          FOR THIS LOCATION.  FUEL QUANTITY UNDER CONTRACT IS
          FOR ADDITIONAL SUPPORT.

953-62    FUEL OIL, INTERMEDIATE 180 MT                 2,209     MT        $_____

          BARGE (BRG),
          MINIMUM DELIVERY:    100 METRIC TONS


953-63    FUEL OIL, INTERMEDIATE 380 MT                 6,084     MT        $_____

          BARGE (BRG),
          MINIMUM DELIVERY:    100 METRIC TONS


     ****************************************************************
```

30

```
                                                          SP0600-06-R-0218
                                                        SCHEDULE OF SUPPLIES
                                                              ATTACHMENT A


ITEM                                            ESTIMATED              OFFER
NUMBER                                          QUANTITY  UI         PRICE USD

          POHANG AND/OR ULSAN
          FE, , PORTS AREAS GOVERNMENT MUST ADVISE CONTRACTOR OF SPECIFIC
          DELIVERY LOCATION AT TIME OF ORDER PLACEMENT.
          KOREA
              DELIVERY FEDAAC: SP0600
              ORDERING OFFICE:


954-61    MARINE GAS OIL (MT)                    4,282   MT          $_____

          BARGE (BRG),
          MINIMUM DELIVERY:     50 METRIC TONS
          A NAVY-TO-NAVY FUEL EXCHANGE AGREEMENT EXISTS
          FOR
          THIS LOCATION.  FUEL QUANTITY UNDER CONTRACT IS
          FOR ADDITIONAL SUPPORT.


954-62    FUEL OIL, INTERMEDIATE 180 MT          1,055   MT          $_____

          BARGE (BRG),
          A NAVY-TO-NAVY FUEL EXCHANGE AGREEMENT EXISTS
          FOR
          THIS LOCATION.  FUEL QUANTITY UNDER CONTRACT IS
          FOR ADDITIONAL SUPPORT.


954-63    FUEL OIL, INTERMEDIATE 380 MT        216,455   MT          $_____

          BARGE (BRG),
          MINIMUM DELIVERY:    100 METRIC TONS


    ****************************************************************

          CHINHAE
          FE,
          KOREA
              DELIVERY FEDAAC: SP0600
              ORDERING OFFICE:


955-61    MARINE GAS OIL (MT)                   13,960   MT          $_____

          BARGE (BRG),
          MINIMUM DELIVERY:     50 METRIC TONS
          A NAVY-TO-NAVY FUEL EXCHANGE AGREEMENT EXISTS
          FOR
          THIS LOCATION.
          FUEL QUANTITY UNDER CONTRACT IS FOR ADDITIONAL
          SUPPORT.


    ****************************************************************
```

31

SP0600-06-R-0218
SCHEDULE OF SUPPLIES
ATTACHMENT A

| ITEM NUMBER | | ESTIMATED QUANTITY UI | | OFFER PRICE USD |
|---|---|---|---|---|
| | SINGAPORE<br>FE, , AT ANCHORAGE IN HARBOR<br>SINGAPORE<br>    DELIVERY FEDAAC: SP0600<br>    ORDERING OFFICE: | | | |
| 956-61 | MARINE GAS OIL (MT) | 7,360 | MT | $_____ |
| | BARGE (BRG),<br>AVERAGE DELIVERY:    500 METRIC TONS<br>MINIMUM DELIVERY:     95 METRIC TONS<br>MAJORITY OF ANCHORAGE SITES ARE ON THE SOUTHERN<br>PORTION OF THE ISLAND .<br>DELIVERY WITHIN A 25-MILE RADIUS OF SINGAPORE | | | |
| 956-62 | FUEL OIL, INTERMEDIATE 180 MT | 3,048 | MT | $_____ |
| | BARGE (BRG),<br>MINIMUM DELIVERY:   100 METRIC TONS | | | |
| 956-63 | FUEL OIL, INTERMEDIATE 380 MT | 645 | MT | $_____ |
| | BARGE (BRG),<br>MINIMUM DELIVERY:   100 METRIC TONS | | | |

************************************************************

| | EL SUEZ<br>AF,<br>EGYPT<br>    DELIVERY FEDAAC: SP0600<br>    ORDERING OFFICE: | | | |
|---|---|---|---|---|
| 981-62 | FUEL OIL, INTERMEDIATE 180 MT | 385 | MT | $_____ |
| | BARGE (BRG),<br>MINIMUM DELIVERY:   100 METRIC TONS<br>AT ANCHORAGE WITHIN 12 NAUTICAL MILES OF EL<br>SUEZ.<br>VESSELS CARRYING AMMUNITION NOT ALLOWED IN PORT<br>AREA.<br>OUTER HARBOR DELIVERIES ARE SUBJECT TO BARGE<br>AVAILABILITY AND WEATHER CONDITIONS.  SUBJECT TO<br>PRODUCT AVAILABILITY. | | | |

************************************************************

SP0600-06-R-0218
SCHEDULE OF SUPPLIES
ATTACHMENT A

| ITEM NUMBER | | ESTIMATED QUANTITY | UI | OFFER PRICE USD |
|---|---|---|---|---|
| | PORT SAID<br>AF,<br>EGYPT<br>  DELIVERY FEDAAC: SP0600<br>  ORDERING OFFICE: | | | |
| 982-62 | FUEL OIL, INTERMEDIATE 180 MT | 300 | MT | $_____ |
| | BARGE (BRG),<br>MINIMUM DELIVERY:    100 METRIC TONS<br>AT ANCHORAGE WITHIN 12 NAUTICAL MILES OF EL<br>SUEZ.<br>VESSELS CARRYING AMMUNITION NOT ALLOWED IN PORT<br>AREA.<br>OUTER HARBOR DELIVERIES ARE SUBJECT TO BARGE<br>AVAILABILITY AND WEATHER CONDITIONS.  SUBJECT TO<br>PRODUCT AVAILABILITY. | | | |

***********************************************************************

| | MOMBASA<br>AF, , DELIVERY RADIUS 3 NAUTICAL MILES<br>KENYA<br>  DELIVERY FEDAAC: SP0600<br>  ORDERING OFFICE: | | | |
|---|---|---|---|---|
| 983-61 | MARINE GAS OIL (MT) | 800 | MT | $_____ |
| | BARGE (BRG),<br>MINIMUM DELIVERY:    50 METRIC TONS | | | |

***********************************************************************

| | DURBAN<br>AF,<br>SOUTH AFRICA<br>  DELIVERY FEDAAC: SP0600<br>  ORDERING OFFICE: | | | |
|---|---|---|---|---|
| 984-61 | MARINE GAS OIL (MT) | 5,000 | MT | $_____ |
| | PIPELINE (PIPE),<br>MINIMUM DELIVERY:    50 METRIC TONS | | | |
| 984-611 | MARINE GAS OIL (MT) | 244,529 | MT | $_____ |
| | BARGE (BRG),<br>MINIMUM DELIVERY:    50 METRIC TONS | | | |
| 984-62 | FUEL OIL, INTERMEDIATE 180 MT | 70,000 | MT | $_____ |
| | PIPELINE (PIPE),<br>MINIMUM DELIVERY:    100 METRIC TONS | | | |

33

SP0600-06-R-0218
SCHEDULE OF SUPPLIES
ATTACHMENT A

| ITEM NUMBER | | ESTIMATED QUANTITY | UI | OFFER PRICE USD |
|---|---|---|---|---|
| 984-621 | FUEL OIL, INTERMEDIATE 180 MT | 25,000 | MT | $_____ |
| | BARGE (BRG), MINIMUM DELIVERY: 100 METRIC TONS | | | |

**********************************************************************

RICHARD'S BAY
AF,
SOUTH AFRICA
   DELIVERY FEDAAC: SP0600
   ORDERING OFFICE:

| | | | | |
|---|---|---|---|---|
| 985-61 | MARINE GAS OIL (MT) | 21,000 | MT | $_____ |
| | BARGE (BRG), MINIMUM DELIVERY: 1,500 METRIC TONS | | | |
| 985-62 | FUEL OIL, INTERMEDIATE 180 MT | 18,000 | MT | $_____ |
| | BARGE (BRG), MINIMUM DELIVERY: 1,500 METRIC TONS | | | |

**********************************************************************

34

SP0600-06-R-0218
BASE REFERENCE PRICES
ATTACHMENT B

## BASE REFERENCE PRICES

| Line Item | Reference | Price (USD/MT) |
|---|---|---|
| 202-61 | Platts Bunkerwire, Singapore Marine Gasoil | $637.50 |
| 203-61 | Platts Bunkerwire, Singapore Marine Gasoil | $637.50 |
| 204-61 | Platts Bunkerwire, Singapore Marine Gasoil | $637.50 |
| 206-61 | Platts Oilgram Price Report, U.S. Gulf Coast, No. 2, Waterborne, avg. | $606.57 |
| 228-61 | Platts Oilgram Price Report, U.S. Gulf Coast, No. 2, Waterborne, avg. | $606.57 |
| 229-61 | Platts Oilgram Price Report, U.S. Gulf Coast, No. 2, Waterborne, avg. | $606.57 |
| 230-61 | Platts Oilgram Price Report, U.S. Gulf Coast, No. 2, Waterborne, avg. | $606.57 |
| 234-61 | Platts Oilgram Price Report, U.S. Gulf Coast, No. 2, Waterborne, avg. | $606.57 |
| 271-61 | Platts Oilgram Price Report, U.S. Gulf Coast, No. 2, Waterborne, avg. | $606.57 |
| 273-61 | Platts Bunkerwire, Cartagena, Marine Gasoil Avg | $735.00 |
| 275-61 | Platts Oilgram Price Report, U.S. Gulf Coast, No. 2, Waterborne, avg. | $606.57 |
| 277-61 | Platts Oilgram Price Report, U.S. Gulf Coast, No. 2, Waterborne, avg. | $606.57 |
| 503-61 | Platts Bunkerwire, Suez, Marine Diesel Avg | $675.00 |
| 506-61 | Platts Oilgram Price Report, U.S. Gulf Coast, No. 2, Waterborne, avg. | $606.57 |
| 510-61 | Platts Oilgram Price Report, U.S. Gulf Coast, No. 2, Waterborne, avg. | $606.57 |
| 516-61 | Platts Bunkerwire, Singapore Marine Gasoil | $637.50 |
| 516-61A | Platts Bunkerwire, Singapore Marine Gasoil | $637.50 |
| 516-61B | Platts Bunkerwire, Singapore Marine Gasoil | $637.50 |
| 520-61 | Platts Bunkerwire, Suez, Marine Diesel Avg | $675.00 |
| 521-61 | Platts Bunkerwire, Singapore Marine Gasoil | $637.50 |
| 521-61A | Platts Bunkerwire, Singapore Marine Gasoil | $637.50 |
| 521-61B | Platts Bunkerwire, Singapore Marine Gasoil | $637.50 |
| 525-61 | Platts Bunkerwire, Singapore Marine Gasoil | $637.50 |
| 525-61A | Platts Bunkerwire, Singapore Marine Gasoil | $637.50 |
| 525-61B | Platts Bunkerwire, Singapore Marine Gasoil | $637.50 |
| 530-61 | Platts Bunkerwire, Singapore Marine Gasoil | $637.50 |
| 530-61A | Platts Bunkerwire, Singapore Marine Gasoil | $637.50 |
| 530-61B | Platts Bunkerwire, Singapore Marine Gasoil | $637.50 |
| 533-61 | Platts Bunkerwire, Singapore Marine Gasoil | $637.50 |
| 540-61 | Platts Bunkerwire, Singapore Marine Gasoil | $637.50 |
| 555-61 | Platts Bunkerwire, Hong Kong, Diesel Avg | $622.50 |
| 555-61A | Platts Bunkerwire, Hong Kong, Diesel Avg | $622.50 |
| 555-61B | Platts Bunkerwire, Hong Kong, Diesel Avg | $622.50 |

SP0600-06-R-0218  
BASE REFERENCE PRICES  
ATTACHMENT B

| Line Item | Reference | Price (USD/MT) |
|---|---|---|
| 557-61 | Platts Bunkerwire, Hong Kong, Diesel Avg | $622.50 |
| 557-61A | Platts Bunkerwire, Hong Kong, Diesel Avg | $622.50 |
| 557-61B | Platts Bunkerwire, Hong Kong, Diesel Avg | $622.50 |
| 559-61 | Platts Bunkerwire, South Korea, Marine Diesel Avg | $675.00 |
| 561-61 | Platts Bunkerwire, Singapore Marine Gasoil | $637.50 |
| 563-61 | Platts Bunkerwire, Singapore Marine Gasoil | $660.50 |
| 600-61 | Platts Bunkerwire, Buenos Aires, Marine-Gas Oil Avg | $715.00 |
| 601-61 | Platts Bunkerwire, Buenos Aires, Marine-Gas Oil Avg | $715.00 |
| 601-611 | Platts Bunkerwire, Buenos Aires, Marine-Gas Oil Avg | $715.00 |
| 603-61 | Platts Oilgram Price Report, U.S. Gulf Coast, No. 2, Waterborne, avg. | $606.57 |
| 604-61 | Platts Oilgram Price Report, U.S. Gulf Coast, No. 2, Waterborne, avg. | $606.57 |
| 606-61 | Platts Bunkerwire, Santos, Marine-Gas Oil Avg | $660.50 |
| 607-61 | Platts Bunkerwire, Valparaiso, Marine Gasoil Avg | $810.00 |
| 608-61 | Platts Bunkerwire, Valparaiso, Marine Gasoil Avg | $810.00 |
| 608-611 | Platts Bunkerwire, Valparaiso, Marine Gasoil Avg | $810.00 |
| 609-61 | Platts Bunkerwire, Cartagena, Marine Gasoil Avg | $735.00 |
| 610-61 | Platts Oilgram Price Report, U.S. Gulf Coast, No. 2, Waterborne, avg. | $606.57 |
| 611-61 | Platts Bunkerwire, Buenos Aires, Mar-Gas Oil Avg | $715.00 |
| 612-61 | Platts Oilgram Price Report, U.S. Gulf Coast, No. 2, Waterborne, avg. | $606.57 |
| 612-611 | Platts Oilgram Price Report, U.S. Gulf Coast, No. 2, Waterborne, avg. | $606.57 |
| 613-61 | Platts Oilgram Price Report, U.S. Gulf Coast, No. 2, Waterborne, avg. | $606.57 |
| 614-61 | Platts Oilgram Price Report, U.S. Gulf Coast, No. 2, Waterborne, avg. | $606.57 |
| 615-61 | Platts Bunkerwire, Santos, Marine-Gas Oil Avg | $660.50 |
| 616-61 | Platts Oilgram Price Report, U.S. Gulf Coast, No. 2, Waterborne, avg. | $606.57 |
| 617-61 | Platts Oilgram Price Report, U.S. Gulf Coast, No. 2, Waterborne, avg. | $606.57 |
| 618-61 | Platts Oilgram Price Report, U.S. Gulf Coast, No. 2, Waterborne, avg. | $606.57 |
| 618-611 | Platts Oilgram Price Report, U.S. Gulf Coast, No. 2, Waterborne, avg. | $606.57 |
| 618-612 | Platts Oilgram Price Report, U.S. Gulf Coast, No. 2, Waterborne, avg. | $606.57 |
| 619-611 | Platts Oilgram Price Report, U.S. Gulf Coast, No. 2, Waterborne, avg. | $606.57 |
| 620-61 | Platts Bunkerwire, Callao, Marine Gasoil Avg | $767.50 |
| 621-61 | Platts Bunkerwire, Buenos Aires, Marine Gasoil Avg | $715.00 |
| 623-61 | Platts Bunkerwire, Valparaiso, Marine Gasoil | $810.00 |

2

SP0600-06-R-0218
BASE REFERENCE PRICES
ATTACHMENT B

| Line Item | Reference | Price (USD/MT) |
|---|---|---|
| 624-61 | Platts Bunkerwire, Valparaiso, Marine Gasoil Avg | $810.00 |
| 625-61 | Platts Bunkerwire, Valparaiso, Marine Gasoil Avg | $810.00 |
| 626-61 | Platts Bunkerwire, Santos, Marine-Gas Oil Avg | $660.50 |
| 628-61 | Platts Oilgram Price Report, U.S. Gulf Coast, No. 2, Waterborne, avg. | $606.57 |
| 629-61 | Platts Oilgram Price Report, U.S. Gulf Coast, No. 2, Waterborne, avg. | $606.57 |
| 630-06 | Platts Oilgram Price Report, U.S. Gulf Coast, Jet 54, Waterborne, avg. | $606.57 |
| 630-61 | Platts Bunkerwire, Balboa, Marine Gasoil Avg | $665.00 |
| 631-61 | Platts Bunkerwire, Balboa, Marine Gasoil Avg | $665.00 |
| 632-61 | Platts Bunkerwire, Balboa, Marine Gasoil Avg | $665.00 |
| 635-61 | Platts Oilgram Price Report, U.S. Gulf Coast, No. 2, Waterborne, avg. | $606.57 |
| 640-61 | Platts Bunkerwire, Valparaiso, Marine Gasoil Avg | $810.00 |
| 640-611 | Platts Bunkerwire, Valparaiso, Marine Gasoil Avg | $810.00 |
| 641-61 | Platts Bunkerwire, Singapore Marine Gasoil | $637.50 |
| 642-61 | Platts Bunkerwire, Singapore Marine Gasoil | $637.50 |
| 643-61 | Platts Bunkerwire, Singapore Marine Gasoil | $637.50 |
| 654-61 | Platts Bunkerwire, Hong Kong, Marine Diesel Avg | $622.50 |
| 660-61 | Platts Bunkerwire, Singapore Marine Gasoil | $637.50 |
| 661-61 | Platts Bunkerwire, Singapore Marine Gasoil | $637.50 |
| 663-61 | Platts Bunkerwire, Singapore Marine Gasoil | $637.50 |
| 664-61 | Platts Bunkerwire, Singapore Marine Gasoil | $637.50 |
| 665-61 | Platts Bunkerwire, Singapore Marine Gasoil | $637.50 |
| 666-61 | Platts Bunkerwire, Singapore Marine Gasoil | $637.50 |
| 667-61 | Platts Bunkerwire, South Korea, Marine Diesel Avg | $675.00 |
| 671-61 | Platts Bunkerwire, Singapore Marine Gasoil | $637.50 |
| 672-61 | Platts Bunkerwire, Singapore Marine Gasoil | $637.50 |
| 673-61 | Platts Bunkerwire, Singapore Marine Gasoil | $637.50 |
| 673-611 | Platts Bunkerwire, Singapore Marine Gasoil | $637.50 |
| 675-61 | Platts Bunkerwire, Singapore Marine Gasoil | $637.50 |
| 676-61 | Platts Bunkerwire, Singapore Marine Gasoil | $637.50 |
| 676-62 | Platts Bunkerwire, Singapore, FO 180 Avg | $637.50 |
| 701-61 | Platts Bunkerwire, Suez , Marine Diesel Avg | $675.00 |
| 702-61 | Platts Bunkerwire, Suez , Marine Diesel Avg | $675.00 |
| 703-61 | Bunkerfuels Report, Off Nigeria, Diesel Avg | $720.00 |
| 703-612 | Bunkerfuels Report, Off Nigeria, Diesel Avg | $720.00 |
| 704-61 | Bunkerfuels Report, Off Abidjan, Diesel Avg | $720.00 |
| 705-61 | Platts Bunkerwire, Suez , Marine Diesel Avg | $675.00 |

SP0600-06-R-0218
BASE REFERENCE PRICES
ATTACHMENT B

| Line Item | Reference | Price (USD/MT) |
|---|---|---|
| 706-611 | Bunkerfuels Report, Dakar, Marine Diesel Avg | $720.00 |
| 706-612 | Bunkerfuels Report, Dakar, Marine Diesel Avg | $720.00 |
| 709-612 | Bunkerfuels Report, Off Abidjan, Diesel Avg | $720.00 |
| 752-61 | Bunkerfuels Report, Dakar, Marine Diesel Avg | $720.00 |
| 754-61 | Bunkerfuels Report, Cape Town, Marine Diesel Avg | $650.50 |
| 754-62 | Bunkerfuels Report, Cape Town, FO 180 Avg | $650.50 |
| 754-62 | Bunkerfuels Report, Cape Town, FO 180 Avg | $339.00 |
| 765-61 | Platts Bunkerwire, Japan Marine Diesel Avg | $617.50 |
| 774-61 | Platts Bunkerwire, Japan Marine Diesel Avg | $617.50 |
| 948-62 | Platts Bunkerwire, Japan FO 180 Avg | $375.00 |
| 949-62 | Platts Bunkerwire, Japan FO 180 Avg | $375.00 |
| 951-61 | Platts Bunkerwire, Japan Marine Diesel Avg | $617.50 |
| 953-61 | Platts Bunkerwire, South Korea, Marine Diesel Avg | $675.00 |
| 953-62 | Platts Bunkerwire, South Korea, FO 180 Avg | $376.50 |
| 953-63 | Platts Bunkerwire, South Korea, FO 380 Avg | $351.50 |
| 954-61 | Platts Bunkerwire, South Korea, Marine Diesel Avg | $675.00 |
| 954-62 | Platts Bunkerwire, South Korea, Marine Diesel Avg | $675.00 |
| 954-63 | Platts Bunkerwire, South Korea, FO 380 Avg | $351.50 |
| 955-61 | Platts Bunkerwire, South Korea, Marine Diesel Avg | $675.00 |
| 956-61 | Platts Bunkerwire, Singapore Marine Gasoil | $637.50 |
| 956-62 | Platts Bunkerwire, Singapore, FO 180 Avg | $353.00 |
| 956-63 | Platts Bunkerwire, Singapore, FO 380 Avg | $343.00 |
| 981-62 | Platts Bunkerwire, Suez, FO 180 Avg | $362.00 |
| 982-62 | Platts Bunkerwire, Suez, FO 180 Avg | $362.00 |
| 983-61 | Platts Bunkerwire, Khor Fakkan, Marine Diesel Avg | $642.50 |
| 984-61 | Platts Bunkerwire, Durban, Diesel Avg | $630.00 |
| 984-611 | Platts Bunkerwire, Durban, Diesel Avg | $630.00 |
| 984-62 | Platts Bunkerwire, Durban, FO180 Avg | $338.00 |
| 984-621 | Platts Bunkerwire, Durban, FO180 Avg | $338.00 |
| 985-61 | Platts Bunkerwire, Durban, Diesel Avg | $630.00 |
| 985-62 | Platts Bunkerwire, Durban, FO180 Avg | $338.00 |