**EXHIBIT 3**

| SOLICITATION/CONTRACT/ORDER FOR COMMERCIAL ITEMS OFFEROR TO COMPLETE BLOCKS 12, 17, 23, 24, & 30 | | | 1. REQUISITION NUMBER | | PAGE 1 OF 22 |
|---|---|---|---|---|---|
| 2. CONTRACT NUMBER SP0600-06-D-0391 | 3. AWARD/EFFECTIVE DATE 01 OCTOBER 2006 | 4. ORDER NUMBER | 5. SOLICITATION NUMBER SP0600-06-R-0218 | | 6. SOLICITATION ISSUE DATE 5 JULY 2006 |
| 7. FOR SOLICITATION INFORMATION CALL: | a. NAME FRANK MURPHY | | b. TELEPHONE NUMBER (no collect calls) (703) 767-8334 | | 8. OFFER DUE DATE/LOCAL TIME 3 AUGUST 2006 @ 12:00 PM LOCAL FORT BELVOIR TIME |

**9. ISSUED BY** CODE SP0600

DESC-PIB/TRACEY L. WILLIAMS
DEFENSE ENERGY SUPPORT CENTER
8725 JOHN J. KINGMAN ROAD, SUITE 4950
FORT BELVOIR, VA 22060-6222
PHONE: (703) 767-7366  FAX: (703) 767-8506

Email: tracey.williams@dla.mil
P.P. 1.3B

**10. THIS ACQUISITION IS**
☒ UNRESTRICTED
☐ SET ASIDE    % FOR
☐ SMALL BUSINESS
☐ SMALL DISADV BUSINESS
☐ 8(A)

NAICS: 424720
SIZE STANDARD:

**11. DELIVERY FOR FOB DESTINATION UNLESS BLOCK IS MARKED**
☒ SEE SCHEDULE

**12. DISCOUNT TERMS**

**13a. THIS CONTRACT IS RATED ORDER UNDER DPAS (15 CFR 700)**
**13b. RATING** K

**14. METHOD OF SOLICITATION**
☐ RFQ  ☐ IFB  ☒ RFP

**15. DELIVER TO** CODE
SEE SCHEDULE IN CLAUSE B1.04-1.100

**16. ADMINISTERED BY** CODE
SEE BLOCK 9

**17a. CONTRACTOR/OFFEROR** BIDDER CODE U101  FACILITY CAGE CODE ZBB12
UBS PROVEDORES PTY LTD
dba USS-UBS INTERNATINAL
PO BOX 579 QUEENSLAND
AUS 4172
TELEPHONE NO. 61739020800    FAX NO: 61739020800

**18a. PAYMENT WILL BE MADE BY** CODE
SEE CLAUSE G150.01 & G153-100

☐ 17b. CHECK IF REMITTANCE IS DIFFERENT AND PUT SUCH ADDRESS IN OFFER

18b. SUBMIT INVOICES TO ADDRESS SHOWN IN BLOCK 18a. UNLESS BLOCK BELOW IS CHECKED    ☐ SEE ADDENDUM

| 19. ITEM NO. | 20. SCHEDULE OF SUPPLIES/SERVICES | 21. QUANTITY | 22. UNIT | 23. UNIT PRICE | 24. AMOUNT |
|---|---|---|---|---|---|
| | ORDERING PERIOD 1 OCT 2006 - 30 SEPT 2011 SEE CLAUSE B1.04-1.100 (Attach additional Sheets as Necessary) | | | | |

**25. ACCOUNTING AND APPROPRIATION DATA**
97XXXX4930.5CF0.01 26.01 S33160 FOR DOD & USCG ONLY, OTHERS MUST CITE OWN FUNDS

**26. TOTAL AWARD AMOUNT (For Govt. Use Only)**
$327,746,924 est.

☒ 27a. SOLICITATION INCORPORATES BY REFERENCE FAR 52.212-1, 52.212-4. FAR 52.212-3 AND 52.212-5 ARE ATTACHED. ADDENDA ☐ ARE ☒ ARE NOT ATTACHED. *SCHEDULE OF SUPPLIES AND SOLICITATION CLAUSES ARE ATTACHED.
☐ 27b. CONTRACT/PURCHASE ORDER INCORPORATES BY REFERENCE FAR 52.212-4. FAR 52.212-5 IS ATTACHED. ADDENDA ☐ ARE ☐ ARE NOT ATTACHED.

☒ 28. CONTRACTOR IS REQUIRED TO SIGN THIS DOCUMENT AND RETURN 1 COPIES TO ISSUING OFFICE. CONTRACTOR AGREES TO FURNISH AND DELIVER ALL ITEMS SET FORTH OR OTHERWISE IDENTIFIED ABOVE AND ON ANY ADDITIONAL SHEETS SUBJECT TO THE TERMS AND CONDITIONS SPECIFIED HEREIN.

☐ 29. AWARD OF CONTRACT: REFERENCE ___ OFFER DATED ___. YOUR OFFER ON SOLICITATION (BLOCK 5), INCLUDING ANY ADDITIONS OR CHANGES WHICH ARE SET FORTH HEREIN, IS ACCEPTED AS TO ITEMS:

**30a. SIGNATURE OF OFFEROR/CONTRACTOR** *[signature]*
**30b. NAME AND TITLE OF SIGNER (Type or Print)** Bill Roe
**30c. DATE SIGNED** 22-9-06

**31a. UNITED STATES OF AMERICA (Signature of Contracting Officer)** *Tammy E. Baltzell*
**31b. NAME OF CONTRACTING OFFICER (Type or Print)** TAMMY E. BALTZELL, CONTRACTING OFFICER
**31c. DATE SIGNED** 21 Sept 2006

**32a. QUANTITY IN COLUMN 21 HAS BEEN** ☐ RECEIVED ☐ INSPECTED ☐ ACCEPTED, AND CONFORMS TO THE CONTRACT, EXCEPT AS NOTED
**33. SHIP NUMBER**
**34. VOUCHER NUMBER**
**35. AMOUNT VERIFIED CORRECT FOR**
☐ PARTIAL ☐ FINAL

**32b. SIGNATURE OF AUTHORIZED GOVT. REPRESENTATIVE**
**32c. DATE**
**36. PAYMENT** ☐ COMPLETE ☐ PARTIAL ☐ FINAL
**37. CHECK NUMBER**

**38. S/R ACCOUNT NO.**
**39. S/R VOUCHER NO.**
**40. PAID BY**

**41a. I CERTIFY THIS ACCOUNT IS CORRECT AND PROPER FOR PAYMENT**
**41b. SIGNATURE AND TITLE OF CERTIFYING OFFICER**
**41c. DATE**
**42a. RECEIVED BY (Print)**
**42b. RECEIVED AT (Location)**
**42c. DATE REC'D (YY/MM/DD)**
**42d. TOTAL CONTAINERS**

AUTHORIZED FOR LOCAL REPRODUCTION    OFFEROR SUBMISSION PACKAGE    STANDARD FORM 1449