UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
———————————————————————X


WILHELMSEN PREMIER MARINE FUELS AS                    07 Civ. 5798 (CM)

                              Plaintiff,

              against

UBS PROVEDORES PTY LTD. AND
RAECORP INTERNATIONAL PTY LTD.,


                              Defendants


———————————————————————X

### DEFENDANTS' NOTICE OF MOTION TO AMEND THE JUDGMENT PURSUANT TO FED. R. CIV. P. 52 (b)


**PLEASE TAKE NOTICE** that, upon the Attorney Certification of Jeanne-Marie Van

Hemmen, dated October 8, 2007, and the exhibits annexed thereto, the accompanying Memorandum

of Law and all the pleadings and prior proceedings had herein, the Defendants UBS Provedores Pty.

Ltd. ("UBS")and Raecorp International Pty. Ltd. ("Raecorp"), shall move this Court, pursuant to

Fed. R. Civ. Pro. 52(b) to amend the Court's September 28, 2007 Decision and Order, before the

Honorable Colleen McMahon, United States District Court Judge, in the United States District Court

for the Southern District of New York, located at 500 Pearl Street, New York, New York 10007.

Dated: New York, New York
          October 8, 2007


                              BETANCOURT, VAN HEMMEN, GRECO & KENYON
                              Attorneys for Petitioner


                              _____/s/_____
                              By: Jeanne-Marie Van Hemmen (JV-6414)
                                  46 Trinity Place

New York, NY 10006
(212) 297-0050