UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
———————————————————————X

WILHELMSEN PREMIER MARINE FUELS AS

      Plaintiff,

07 Civ. 5798 (CM)

  against

UBS PROVEDORES PTY LTD. AND
RAECORP INTERNATIONAL PTY LTD.,

      Defendants
———————————————————————X

**ATTORNEY CERTIFICATION OF JEANNE-MARIE VAN HEMMEN IN SUPPORT OF MOTION TO AMEND PURSUANT TO RULE 52(b)**

Jeanne-Marie Van Hemmen, hereby certifies, under penalty of perjury, that:

1.    I am a partner at the law firm Betancourt, Van Hemmen, Greco & Kenyon, which represents Defendants UBS Provedores Pty. Ltd. and Raecorp. International Pty. Ltd. in the captioned matter. I am responsible for the handling of this file and am, therefore, fully familiar with the facts and circumstances before this Court. I submit this certification in support of UBS' and Raecorp's motion to amend this Court's September 28, 2007 Decision and Order denying Defendants' Motion to Vacate the Attachments.

2.    Attached as Exhibit 1 is a true and correct copy of William Rae's affidavit submitted in support of Defendants' Motion to Vacate.

3.    Attached as Exhibit 2 is a true and correct copy of the Borge affidavit with exhibits attached thereto submitted by Plaintiff in opposition to Defendants' Motion to Vacate.

4.    Attached as Exhibit 3 is a true and correct copy of the Court's September 24, 2007 Hearing Transcript of the oral argument conducted in connection with Defendants' Motion to Vacate the Attachments.

Pursuant to 28 United States Code §1746, I declare under penalty of perjury that the foregoing is true and correct. Executed in Red Bank, NJ on October 8, 2007.

_____/s/_____
Jeanne-Marie Van Hemmen (JV 6414)