William J. Honan (WJH 1922)
Michael J. Frevola (MJF 8359)
HOLLAND & KNIGHT LLP
195 Broadway
New York, NY 10007-3189
(212) 513-3200

```
┌─────────────────────────────────┐
│ USDS SDNY                        │
│ DOCUMENT                         │
│ ELECTRONICALLY FILED             │
│ DOC #: _____          │
│ DATE FILED: ___10/22/07___       │
└─────────────────────────────────┘
```

ATTORNEYS FOR PLAINTIFF
WILHELMSEN PREMIER MARINE FUELS AS

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

WILHELMSEN PREMIER MARINE FUELS AS,

        Plaintiff,

-against-

UBS PROVEDORES PTY LTD. a/k/a
USS-UBS INTERNATIONAL and
RAECORP INTERNATIONAL PTY LTD.,

        Defendants.

07 Civ. 5798 (CM)

**CONSENT**
**ORDER**

    **WHEREAS**, on or about June 19, 2007, Wilhelmsen Premier Marine Fuels AS ("Plaintiff")

filed this action against UBS Provedores Pty Ltd. a/k/a USS-UBS International ("UBS"), and

obtained the issuance of a Writ of Attachment and Garnishment and an Order for Issuance of a

Writ of Attachment and Garnishment dated on or about June 28, 2007; and

    **WHEREAS**, on or about August 23, 2007, Plaintiff subsequently filed its amended

complaint to add Raecorp International Pty Ltd. ("Raecorp") as an additional defendant (UBS

and Raecorp collectively will hereinafter be referred to "Defendants"), and obtained the issuance

of an Amended Writ of Attachment and Garnishment and an Order for Issuance of an Amended

Writ of Attachment and Garnishment dated on or about August 29, 2007; and

WHEREAS, the Writ of Attachment and Garnishment and an Order for Issuance of a Writ

of Attachment and Garnishment dated on or about June 28, 2007 and the Amended Writ of

Attachment and Garnishment and an Order for Issuance of a Amended Writ of Attachment and

Garnishment dated on or about August 29, 2007 (collectively referred to as the "Process of

Maritime Attachment and Garnishment") were subsequently served on various garnishee banks

in this district; and

WHEREAS, Plaintiff has attached funds that were being routed from or to accounts held by

UBS in the collective sum of $1,108,544.50 (the "Security"), which Security presently is in the

possession of the following garnishees: (1) the amounts of $210,795.94, $289,378.30, $2,619.67

and $93,625.00 with Citibank, N.A.; (2) the amounts of $275,399.86, $68,865.12, $68,865.12

and $29,610.37 with JPMorgan Chase; (3) the amount of $68,885.12 with HSBC Bank USA,

N.A., and (4) the amounts of $300.00 and $200.00 at Wachovia Bank, N.A.; and

WHEREAS, the Plaintiff and the Defendants have agreed to settle Plaintiff's claims;

NOW, pursuant to the subjoined consent of the attorneys for Plaintiff and Defendants, it is:

ORDERED that the entirety of the Security is to released and wired to the following account

of Plaintiff's:

|                   |                                       |
|-------------------|---------------------------------------|
| Bank Name:        | Nordea Bank, London                   |
| Swift:            | NDEAGB2L                              |
| IBAN Number:      | GB10NDEA40487859955102                |
| Account Number:   | 59955102                              |
| Beneficiary Name: | Wilhelmsen Premier Marine Fuels AS    |

2

and it is further

**ORDERED** that this Consent Order likewise shall apply to all further funds frozen by garnishees pursuant to the Process of Maritime Attachment and Garnishment and release of such funds is directed without Plaintiff having to apply for a supplemental consent order. **All such frozen amounts shall be transferred in accordance with the original wire instructions.**

Dated:        October 19, 2007

HOLLAND & KNIGHT LLP

By: _____
Michael J. Frevola
195 Broadway
New York, New York 10007
(212) 513-3516
(212) 385-9010 fax
michael.frevola@hklaw.com
*Attorneys for Plaintiff Wilhelmsen Premier Marine Fuels AS*

BETANCOURT, VAN HEMMEN, GRECO & KENYON

By: _____ (for)
Jeanne-Marie van Hemmen
46 Trinity Place
New York, New York 10006
(212) 297-0050
jvanhemmen@bvgklaw.com
*Attorneys for Defendants UBS Provedores Pty Ltd. a/k/a USS-UBS International and Raecorp International Pty Ltd.*

**SO ORDERED:**

_____        10/22/07
United States District Judge                   / Date /

3