UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

USDS SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 1/14/08

---------------------------------------X

WILHELMSEN PREMIER MARINE FUELS AS

    Plaintiff,

against

UBS PROVEDORES PTY LTD. AND
RAECORP INTERNATIONAL PTY LTD.,

    Defendants

---------------------------------------X

07 Civ. 5798 (CM)

**ORDER**

**WHEREAS**, Plaintiff, Wilhelmsen Premier Marine Fuels AS, filed this action against Defendants, UBS Provedores PTY LTD a/k/a USS-UBS International and Raecorp International PTY LTD, and obtained writs of attachment and garnishment and orders for issuance of a writ of attachment and garnishment (Collectively "Attachment Orders"); and

**WHEREAS**, Wilhelmsen subsequently served the Attachment Orders on various garnishees in the district; and

**WHEREAS**, the Plaintiff and Defendants entered into a settlement agreement which fully and finally resolves Plaintiff's claims against the Defendants ("Settlement Agreement"); and

**WHEREAS**, pursuant to the Settlement Agreement, Plaintiff is obligated to have the Attachment Orders vacated and this lawsuit dismissed with prejudice and without costs to any party;

NOW THEREFORE, IT IS

**ORDERED**, that the Attachment Orders are hereby vacated; and

It is further

**ORDERED**, that any funds attached pursuant to the Attachment Orders are to be released by garnishees immediately and wired in accordance with their original wire transfer instructions; and

It is further

**ORDERED**, that this action is hereby dismissed with prejudice and without costs to any party.

Dated: January 14, 2008

SO ORDERED:

_____
U.S.D.J.