William J. Honan (WJH 1922)
Michael J. Frevola (MJF 8359)
HOLLAND & KNIGHT LLP
195 Broadway
New York, NY 10007-3189
(212) 513-3200

ATTORNEYS FOR PLAINTIFF
WILHELMSEN PREMIER MARINE FUELS AS

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| WILHELMSEN PREMIER MARINE FUELS AS,<br><br>Plaintiff,<br><br>-against-<br><br>UBS PROVEDORES PTY LTD. a/k/a<br>USS-UBS INTERNATIONAL and<br>RAECORP INTERNATIONAL PTY LTD.,<br><br>Defendants. | 07 Civ. 5798 (CM)<br><br>**NOTICE OF MOTION TO<br>VACATE DISMISSAL ORDER** |

**PLEASE TAKE NOTICE THAT**, on the accompanying memorandum of law and accompanying affidavit, the undersigned will move this Court before the Honorable Colleen McMahon at the courthouse for the United States District Court for the Southern District of New York, 500 Pearl Street, New York, New York, at a time to be determined by the Court, for an Order vacating the Order of Dismissal With Prejudice entered by this Honorable Court on Monday, January 14, 2008.

**PLEASE TAKE FURTHER NOTICE THAT** opposition papers, if any, are to be filed not later than Friday, February 1, 2008.

Dated: New York, New York
January 25, 2008

                      HOLLAND & KNIGHT LLP

By: _____
William J. Honan
Michael J. Frevola
195 Broadway
New York, NY 10007-3189
Tel: (212) 513-3200
Fax: (212) 385-9010

*Attorneys for Plaintiff*
*Wilhelmsen Premier Marine Fuels AS*