**NATIONAL ONLINE**

International Funds Transfer Report

Message Number: **UBSP9795**
Message Status: **Sent**
Printed on: **07-Dec-2007 01:05 pm**

## Authorisation Details

Authoriser:

FLP0542W   BILL

Signature:

---

| | |
|---|---|
| Pay Amount: | USD 419,420.49 |
| Value Date: | 07-Dec-2007 |
| Reference | WILHELMSEN |
| Beneficiary: | WILHEMSEN BUNKERS<br>STRANDVEIEN 20<br>LYSAKER<br>NORWAY |
| AccountNo/IBAN: | 59955102 |
| Country: | UNITED KINGDOM |
| SWIFT/BIC: | NDEAGB2L |
| Remittance For: | Other trade related commodities |
| O/S Bank Charges: | Remitter |
| Remitter: | UBS PROVEDORES PTY LTD<br>PO BOX 579,<br>MORNINGSIDE   QLD 4170. |

---

## Settlement Instructions

**NFCA**

Payment Value:   USD 419,420.49
Debit Account:   UBSPRUSD01 (UBSPRUSD01)

---

**End of Report**

National Australia Bank Limited    ABN 12 004 044 937