William J. Honan (WJH 1922)
Michael J. Frevola (MJF 8359)
HOLLAND & KNIGHT LLP
195 Broadway
New York, NY 10007-3189
(212) 513-3200
ATTORNEYS FOR PLAINTIFF
WILHELMSEN PREMIER MARINE FUELS AS

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

WILHELMSEN PREMIER MARINE FUELS AS,

    Plaintiff,

-against-

UBS PROVEDORES PTY LTD. a/k/a
USS-UBS INTERNATIONAL and
RAECORP INTERNATIONAL PTY LTD.,

    Defendants.

07 Civ. 5798 (CM)

**NOTICE OF AMENDED MOTION
TO VACATE DISMISSAL ORDER**

---

**PLEASE TAKE NOTICE THAT**, on the accompanying memorandum of law and accompanying affidavits, the undersigned will move this Court before the Honorable Colleen McMahon at the courthouse for the United States District Court for the Southern District of New York, 500 Pearl Street, New York, New York, at a time to be determined by the Court, for an Order vacating the Order of Dismissal With Prejudice entered by this Honorable Court on Monday, January 14, 2008.

Dated: New York, New York
      May 20, 2008

                      HOLLAND & KNIGHT LLP

By: _____
      William J. Honan
      Michael J. Frevola
      195 Broadway
      New York, NY 10007-3189
      Tel:  (212) 513-3200
      Fax:  (212) 385-9010

*Attorneys for Plaintiff
Wilhelmsen Premier Marine Fuels AS*