## BETANCOURT, VAN HEMMEN, GRECO & KENYON LLC
46 TRINITY PLACE
NEW YORK, NEW YORK 10006

Telephone: 212-297-0050
www.bvgklaw.com

# MEMO ENDORSED

Ronald Betancourt
Jeanne-Marie D. Van Hemmen
John Greco
Todd P. Kenyon

*Of Counsel*
Virginia A. Harper

May 27, 2008

**BY TELEFAX (212) 805-6326**
The Honorable Colleen McMahon
United States District Judge
United States District Court Southern District of New York
United States Courthouse
500 Pearl St.
New York, NY 10007

Re: Wilhelmsen Premier Marine Fuels AS v. UBS Provedores Pty Ltd., et al
SDNY Docket No. 07 Civ 5786 (CM)

07 W 5798

Your Honor,

We are attorneys for Defendants herein, UBS Provedores Pty Ltd. and Raecorp International Pty Ltd. ("Defendants"). We write to request an extension of Defendants' time to oppose Wilhelmsen's Amended Motion to Vacate the Court's Dismissal Order. Defendants' opposition is currently due on June 3, 2008. We request that due date be adjourned to June 17, 2008.

We are informed by an administrative assistant at UBS that UBS' and Raecorp's principal is traveling internationally until the beginning of June. As a result, to date, we have not received instructions from our client regarding the motion. We will not likely be in a position to meaningfully oppose the motion until after he returns. In addition, the undersigned will be away from the office on a vacation planned long ago from June 5, 2008 through June 10, 2008.

Thank you for your consideration of our request.

Respectfully Submitted,

BETANCOURT, VAN HEMMEN, GRECO & KENYON

Jeanne-Marie Van Hemmen

USDS SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 5/27/08

NEW JERSEY OFFICE • 114 MAPLE AVENUE, RED BANK, NEW JERSEY 07701 • TEL: 732-530-4646 • FAX: 732-530-9536

CC: by facsimile
    Michael Frevola
    Holland & Knight, LLP
    Counsel for Plaintiff