UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
----------------------------------------X

WILHELMSEN PREMIER MARINE FUELS AS

           Plaintiff,

against

UBS PROVEDORES PTY LTD. a/k/a
USS-UBS INTERNATIONAL and
RAECORP INTERNATIONAL PTY LTD.,

           Defendants

----------------------------------------X

07 Civ. 5798 (CM)

**SUPPLEMENTAL DECLARATION OF ROSE HENNESSY IN FURTHER OPPOSITION TO PLAINTIFF'S MOTION TO VACATE DISMISSAL ORDER**

Rose Hennessy, hereby declares, under penalty of perjury, that:

1. I am the Chief Financial Officer of UBS Provedores PTY LTD. ("UBS") and was so employed during all relevant times.

2. On March 7, 2007, UBS invoiced the U.S. Government for costs incurred bunkering various U.S. government vessels in Sasebo and Naha, Japan, under invoice No. 10039.

3. Invoice No. 10039 is in the amount of $3,180,853.58. Invoice No. 10039 is attached as Exhibit A.

4. UBS has been trying to get payment of invoice No. 10039 from the U.S. Government since its submission. To date, the U.S. Government has not paid invoice No. 10039.

5. In the settlement agreement entered into between UBS and Wilhelmsen Premier Marine Fuels AS ("Wilhelmsen"), dated October 22, 2007("Settlement Agreement"), UBS' $3,180,853.58 claim against the U.S. Government relating to amounts invoiced pursuant to invoice number 10039 is defined as the "Government Claims". UBS is obligated to provide Wilhelmsen with

all correspondence exchanged between the U.S. Government and UBS concerning the Government Claims. UBS has complied with that requirement.

6. On March 8, 2007, UBS submitted a claim to the U.S. Government for costs incurred when it purchased fuel to meet the Government's oral request for surge capabilities that ultimately did not materialize. That fuel was resold at a loss. UBS' claim was submitted under invoice 10040 (the "Surge Claim").

B.

7. Invoice 10040 is in the amount of $3,550,783.66. Invoice 10004 is attached as Exhibit Modification 00004. Modification 00004 and Invoice 100454 are attached hereto as Exhibit C.

8. The U.S. Government issued Modification 00004 in September 2007, indicating it would pay the Surge Claim. UBS then issued Invoice 100454 to recover amounts permitted in Modification 00004. Modification 00004 and Invoice 100454 are attached hereto as Exhibit C.

9. The Government Claims, referenced in the Settlement Agreement and invoiced under invoice number 10039, is a different and distinct claim for different and distinct goods and services from the Surge Claim. UBS has no obligation to provide Wilhelmsen information concerning its recovery of the Surge Claim.

10. Attorney Usher characterizes UBS' documentation regarding Invoice 10039 as "incomplete" on the basis that UBS' documents regarding the Government Claims produced to Wilhelmsen did not contain a "written claim certificate." See paragraph 7, p. 3 Usher Affidavit. He speculates that a "written claim certificate" must have been submitted in connection with the Surge Claim, otherwise the Surge Claim would not have been paid.

11. The U.S. Government requested UBS submit a "written claim certificate" in connection with the Surge Claim in August, 2007. UBS filed it in response to the Government's

2

request. To date, the U.S. Government has not requested such a submission in connection with the Government Claims and/or Invoice 10039. Accordingly, no such "written claim certificate" exists.

For this reason, one was not produced to Wilhelmsen.

Pursuant to 28 United States Code §1746, I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct. Executed at Morningside, QLD, Australia, on June 17, 2008.

_____
Rose Hennessy

3

# USS - UBS INTERNATIONAL

PO Box 579
MORNINGSIDE QLD 4170
Ph: 07 3902 0800
Fx: 07 3902 0600

ABN 45 740 315 754

## Tax Invoice 10039

Date 07.03.2007
Account # 1383

| Customer | Port / Ship To : |
|---|---|
| DEFENSE FINANCE & ACCOUNTING SERVICE<br>Fuels Accting & Payments Div<br>Attn: DFAS CO-CVDBBA<br>Po Box 182317 COLUMBUS OH | SHIP NAME:<br>PORT: JAPAN<br>CONTRACT NO: SP0600-06-D-0391 |

| P.O. No. | TERMS | REP | SHIP DATE | VIA | DUE DATE |
|---|---|---|---|---|---|
| 432186251 | 10 Days | | | | |

| ITEM CODE | QTY | U.O.M. | DESCRIPTION | PRICE | AMOUNT | GST |
|---|---|---|---|---|---|---|
| FUEL | 1 | EACH | CLAIM DATED 7TH MARCH, 2007 | 162,752.99 | 162,752.99 | 0.00 |
| FUEL | 1 | EACH | USNS BRUCE HEEZEN | 1,075,798.08 | 1,075,798.08 | 0.00 |
| FUEL | 1 | EACH | USNS DAHL | 1,097,354.50 | 1,097,354.50 | 0.00 |
| FUEL | 1 | EACH | USNS WATSON | 844,948.01 | 844,948.01 | 0.00 |
| FUEL | 1 | EACH | USNS WATKINS | | | |



**BANKING ACCOUNT DETAILS:**
ACCOUNT NAME: USS - UBS INTERNATIONAL
BANK NAME: NATIONAL AUSTRALIA BANK
B.S.B: 084-391
ACCOUNT: 46507-3883

Please note Invoice in: UNITED STATES DOLLARS

| | |
|---|---|
| SALE AMOUNT | $3,180,853.58 |
| GST | $0.00 |
| TOTAL DUE (USD) | $3,180,853.58 |
| AMOUNT PAID | $3,180,853.58 |
| AMOUNT DUE | $0.00 |



EXHIBIT
Heidelberg Supplemental Ex. A

# USS - UBS INTERNATIONAL

PO Box 579
MORNINGSIDE QLD 4170
Ph: 07 3902 0800
Fx: 07 3902 0600

ABN 45 740 315 754

## Tax Invoice 10040

Date 08.03.2007
Account # 1383

| Customer | Port / Ship To: |
|---|---|
| DEFENSE FINANCE & ACCOUNTING SERVICE<br>Fuels Accting & Payments Div<br>Attn: DFAS CO-CVDBBA<br>Po Box 182317 COLUMBUS OH | SHIP NAME:<br>PORT: JAPAN<br>CONTRACT NO: SP0600-06-D-0391 |

| P.O. No. | TERMS | REP | SHIP DATE | VIA | DUE DATE |
|---|---|---|---|---|---|
| 432186251 | 10 Days | | | | |

| ITEM CODE | QTY | U.O.M. | DESCRIPTION | PRICE | AMOUNT | GST |
|---|---|---|---|---|---|---|
| BARGE | 1 | HRS | BARGE COSTS | 1,320,000.00 | 1,320,000.00 | 0.00 |
| FUEL | 1 | EACH | TANK CHARGES | 19,545.01 | 19,545.01 | 0.00 |
| FUEL | 1 | EACH | FUEL (MGO) | 2,211,238.65 | 2,211,238.65 | 0.00 |

| | |
|---|---|
| SALE AMOUNT | $3,550,783.66 |
| GST | $0.00 |
| TOTAL DUE (USD) | $3,550,783.66 |
| AMOUNT PAID | $3,550,783.66 |
| AMOUNT DUE | $0.00 |

**BANKING ACCOUNT DETAILS:**
ACCOUNT NAME: USS - UBS INTERNATIONAL
BANK NAME: NATIONAL AUSTRALIA BANK
B.S.B.: 084-391
ACCOUNT: 46507-3883

Please note Invoice in: UNITED STATES DOLLARS

EXHIBIT
Hennessy
Supplemental
Ex. B

# USS - UBS INTERNATIONAL

ABN 45 740 315 754

USS - UBS INTERNATIONAL
PO Box 579
MORNINGSIDE QLD 4170
Ph: 07 3902 0800
Fx: 07 3902 0600

## Tax Invoice 10454

Date       24.09.2007
Account #  1383

| Customer | Port / Ship To : |
|---|---|
| DEFENSE FINANCE & ACCOUNTING SERVICE<br>Fuels Acctng & Payments Div<br>Attn: DFAS CO-CVDBBA<br>Po Box 182317 COLUMBUS OH | CONTRACT NO: SP0600-06-D-0391 |

| P.O. No. | TERMS | REP | SHIP DATE | VIA | DUE DATE |
|---|---|---|---|---|---|
| 432186251 | 10 Days | | | | |

| ITEM CODE | QTY | U.O.M. | DESCRIPTION | PRICE | AMOUNT | GST |
|---|---|---|---|---|---|---|
| 0820-ONETIN | 1 | | ORAL ORDER AS PER ATTACHED AMENDMENT NO P00004 | 3,550,783.66 | 3,550,783.66 | 0.00 |
| | | | | | 0.00 | |



**BANKING ACCOUNT DETAILS:**
ACCOUNT NAME: USS - UBS INTERNATIONAL
BANK NAME: NATIONAL AUSTRALIA BANK
B.S.B: 084-391
ACCOUNT: 46507-3883

Please note Invoice in: UNITED STATES DOLLARS

| | SALE AMOUNT | GST | TOTAL DUE (USD) | AMOUNT PAID | AMOUNT DUE |
|---|---|---|---|---|---|
| | $3,550,783.66 | $0.00 | $3,550,783.66 | $3,550,783.66 | $0.00 |

EXHIBIT
Hennessy
Supplemental
Ex. C

1. On March 8, 2007, USS-UBS submitted a claim under Item 765-61 (Sasebo, Japan) in accordance with FAR 33.206 for $3,550,783.66 for costs incurred in response to the Government's request for surge capabilities to meet requirements that did not materialize. USS-UBS claimed that it purchased fuel to meet the anticipated surge during the period December 2006 through March 2007, which it subsequently sold at a loss. This claim was processed under contract clause I1.03-5(d) DISPUTES and FAR 52.233-1 DISPUTES.

2. Pursuant to subsequent review of the claim and responses from all concerned parties, the Contracting Officer has determined that the subject claim is valid and the Contractor will be paid the amount of $3,550,783.66.

TOTAL SUM to be paid: $3,550,783.66

3. The Contractor agrees that this modification settles all claims by the Contractor under the contract relative to Line Item 765-61 arising out of or in any way related to Military Sealift Command's request for surge capacity during the period November 1, 2006 through March 30, 2007, and hereby fully, finally and unconditionally releases and discharges the Government from any and all liability, claims, impact costs, demands, causes of action, and legal expenses, accrued, known or unknown, which the Contractor has or might have relating thereto, including, without limitation, all obligations of the Government to make further payments or to carry out any further undertakings. The Government reserves all rights under the contract, including but not limited to, the right to claim damages for any previous delivery of fuel.

4. All other terms and conditions of the contract remain unchanged.