### Rose Hennessy

| | |
|---|---|
| **From:** | Bill Rae |
| **Sent:** | Friday, 3 August 2007 4:36 PM |
| **To:** | Wood, Debora (DESC) |
| **Cc:** | Rose Hennessy; Norris, Bradford N Lt Col (DESC); Nina Curtis |
| **Subject:** | Sasebo Claims |
| **Importance:** | High |

Debora/Norris,

Can we get an update on the claim for Sasebo, we need the funds in at soonest it has been going on since December 06 and getting well and truly to hard to carry please can we get payment ASAP. Thanks

- Sasebo Oral Claim- FYI – I get all answers to DESC ASAP on any request but it seems hard to get the same back, and it makes it hard for me to report to anybody at my end with a timeline or a result so I would appreciate if you could advise a date for payment thanks (we are holding the costs due to an error from the Navy/MSC and one that dates back to December 06 a long time to hold the mistakes of USN/MSC

- Sasebo Claim – **Price increase** – all information has been sent to DESC and we are waiting for a reply to get it finalized all information is in with DESC and as you can see by the information that the barge transport has to come from such a long distance causing additional costs

As you know we have Claims dating back to October 2006 with DESC and the Navy and it makes it hard to operate with no answers coming back

Thank you, for your valuable time any queries please do not hesitate contacting me at anytime

Kind regards,

**World wide bunker & lubricants Division**



**Bill Rae | Director | RaeCorp International | HEAD OFFICE:**
**T** +61 7 3902 000 | **M** +61 402 797 722 | **F** +61 7 3902 0700

E billrae@raecorpint.com. | W www.raecorpint.com | wtrae@hotmail.com

****A claim free day is a great day****

**The information contained in this e-mail is confidential and may contain legally privileged information. If you are not the intended recipient of this email, please contact RaeCorp International immediately by return email or on (61-7-3902 0500) and destroy all copies of this message and any attachments. Although RaeCorp International uses virus detection software on its computer system on a regular basis, RaeCorp International does not warrant that the contents of this e-mail and any attachment are free from computer viruses or any other defect which might affect any computer or computer network into which it is received or opened. The recipient is strongly advised to take steps to ensure the e-mail and any attachments are free of computer viruses and any other defects prior to opening and using the same. RaeCorp International does not accept liability for any loss or damage arising from the use of any information or data contained in this email or attachment**

8/02/2008