# Holland & Knight

Tel 212 513 3200
Fax 212 385 9010

Holland & Knight LLP
195 Broadway, 24th Floor
New York, NY 10007-3189
www.hklaw.com

# MEMO ENDORSED

September 8, 2008

Michael J. Frevola
212 513 3516
michael.frevola@hklaw.com

*Via facsimile*

The Honorable Colleen McMahon
United States District Judge
United States Courthouse
500 Pearl Street
New York, New York 10007

<u>Wilhelmsen Premier Marine Fuels AS v. UBS Provedores Pty Ltd. et al.</u>
SDNY Docket #: 07 Civ. 5798 (CM)

Honorable Madam:

We write concerning plaintiff Wilhelmsen's motion to vacate Your Honor's order of dismissal dated January 14, 2008, which motion initially was briefed fully on February 1, 2008, and which amended motion was briefed fully on June 27, 2008.

Plaintiff respectfully requests whether Your Honor requires additional information or would desire oral argument on Wilhelmsen's amended motion. Furthermore, in the event that it would ease Your Honor's schedule, Wilhelmsen advises that it consents to have its application decided by Magistrate Judge Pitman (the assigned Magistrate Judge).

Respectfully submitted,

HOLLAND & KNIGHT LLP

*Michael J. Frevola*

Michael J. Frevola

MJF/mf

Jeanne-Marie van Hemmen, Esq. *(via facsimile)*
*Counsel for Defendants*

# 5587238_v1

USDS SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 9/9/08

---

Handwritten endorsement (9/9/08):

"(which was not fully briefed until the end of June — original motion [illegible]).

There are many more pressing matters on my calendar than this motion. I will refer it to Judge Pitman for a Report and Recommendation, since your opponent does not consent to full adjudication by Judge Pitman.

Colleen McMahon
USDJ"