UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
———————————————————X

Wilhelmsen Premier Marine Fuels AS,

        Plaintiff(s),

-against-

UBS Provedores PTY LTD a/k/a
USS-UBS International,

        Defendant(s).

———————————————————X

07 Civ. 5798 (CM) (HBP)

ORDER OF REFERENCE
TO A MAGISTRATE JUDGE

The above entitled action is referred to the Honorable Henry B. Pitman, United States Magistrate Judge for the following purpose(s):

____ General Pretrial (includes scheduling, discovery, non-dispositive pretrial motions, and settlement)

____ Specific Non-Dispositive Motion/Dispute:*

_____

_____

____ Consent under 28 U.S.C. §636(c) for all purposes (including trial)

____ Consent under 28 U.S.C. §636(c) for limited purpose (e.g., dispositive motion, preliminary injunction

Purpose:_____

If referral is for discovery disputes when the District Judge is unavailable, the time period of the referral:_____

____ Settlement*

____ Inquest After Default/Damages Hearing

____ Habeas Corpus

____ Social Security

✓ Dispositive Motion (i.e., motion requiring a Report and Recommendation

Particular Motion: Amended motion to vacate dismissal order

All such motions:_____

USDS SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 9/9/08

* Do not check if already assigned for general pretrial.

SEP 9 2008
Dated: New York, New York

SO ORDERED

_____
Hon. Colleen McMahon
United States District Judge